IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAHOO FITNESS L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| ZWIFT, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Wahoo Fitness L.L.C. ("Wahoo") states that:

1. Wahoo is a privately-held company;

2. Wahoo has no parent corporation; and

3. No publicly held company owns 10% or more of Wahoo's stock

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Matthew L. Cutler
Douglas A. Robinson
HARNESS IP
7700 Bonhomme Ave., Suite 400
Clayton, MO 63038
(314) 726-7600
mcutler@harnessip.com
drobinson@harnessip.com

/s/ Jennifer Ying
_____
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jying@morrisnichols.com

*Attorneys for Plaintiff Wahoo Fitness L.L.C.*

October 3, 2022