IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAHOO FITNESS L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1295 (CFC) |
| | ) |
| ZWIFT, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF WAHOO FITNESS, L.L.C.'S
<u>MOTION FOR A PRELIMINARY INJUNCTION</u>**

Plaintiff Wahoo Fitness L.L.C. ("Wahoo") respectfully requests that this Court enter a preliminary injunction enjoining Defendant Zwift, Inc. ("Zwift") from infringing two of Wahoo's patents directed to direct drive bicycle trainers, U.S. Patent No. 10,933,290 ("the '290 Patent") and U.S. Patent No. 11,090,542 ("the '542 Patent") (collectively, "the Asserted Patents"), during the pendency of the above-captioned litigation.

The grounds for this motion are more fully set forth in the accompanying Opening Brief and the supporting Declarations of Steven Lenz, Douglas Kidder, Harold "Chip" Hawkins, Nathan Fenwick, Cory Bultman, Joshua Manwaring, and Todd Muller and the exhibits submitted herewith.

| | |
|---|---|
| OF COUNSEL:<br><br>Matthew L. Cutler<br>Douglas A. Robinson<br>HARNESS IP<br>7700 Bonhomme Avenue, Suite 400<br>Clayton, MO 63038<br>(314) 726-7600<br>mcutler@harnessip.com<br>drobinson@harnessip.com<br><br>J. Bradley Luchsinger<br>HARNESS IP<br>5445 Corporate Drive, Suite 200<br>Troy, MI 48098<br>(248) 641-1600<br>bluchsinger@harnessip.com<br><br>November 16, 2022 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jennifer Ying*<br><br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jying@morrisnichols.com<br><br>*Attorneys for Plaintiff Wahoo Fitness L.L.C.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAHOO FITNESS L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1295 (CFC) |
| | ) |
| ZWIFT, INC., | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER GRANTING MOTION

Having considered Plaintiff Wahoo Fitness L.L.C.'s Motion for Preliminary Injunction (the "Motion"), and any opposition thereto, IT IS HEREBY ORDERED, this _____ day of _____, 2022, that:

1. Wahoo's Motion is GRANTED; and

2. Pursuant to 35 U.S.C. § 283 and Fed. R. Civ. P. 65, Defendant Zwift, Inc. ("Zwift"), its parents, subsidiaries, successors, assigns, officers, agents, servants, employees, and persons in active concert or participation with Zwift who have actual notice of this Order, are hereby preliminarily enjoined and prohibited from engaging in future acts of infringement of Wahoo Fitness L.L.C's U.S. Patent Nos. 10,933,290 ("the '290 Patent") and 11,090,542 ("the '542 Patent") (collectively, "the Asserted Patents") by making, using, offering for sale, selling, or importing products that infringe one or more claims of the Asserted Patents in the United States, including the Zwift Hub bicycle trainer ("the Accused Product") and

any other product that is not more than colorably different from the Accused Product; and

      3.    This preliminary injunction shall expire upon the conclusion of this litigation by dismissal, settlement, or final judgment or by the abandonment, invalidation or expiration of the claims of the Asserted Patents.

                                    _____
                                    Chief, United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 16, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Zwift, Inc.* | *VIA ELECTRONIC MAIL* |
| Mark N. Reiter, Esquire<br>Albert Suarez IV, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX  75201<br>*Attorneys for Defendant Zwift, Inc.* | *VIA ELECTRONIC MAIL* |
| Ernest Y. Hsin, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, # 3000,<br>San Francisco, CA  94105<br>*Attorneys for Defendant Zwift, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)