# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
(302) 658-9200
(302) 658-3989 FAX

**Jennifer Ying**
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

April 7, 2023

The Honorable William C. Bryson                                    *VIA ELECTRONIC FILING*
U.S. Court of Appeals, Fed. Cir.
717 Madison Place, NW
Washington, DC  20439

      Re:    *Wahoo Fitness L.L.C. v. Zwift, Inc.*; C.A. No. 22-1295 (WCB) (SRF)

Dear Judge Bryson:

      Pursuant to the Court's March 28, 2023 Oral Order (D.I. 84), the parties respectfully submit the enclosed proposed scheduling order in advance of the Rule 16 scheduling conference set for April 11, 2023.

      The parties are pleased to report that they have reached agreement on all provisions of the scheduling order.

      Counsel is available should the Court have any questions.

                                                                       Respectfully,

                                                                   */s/ Jennifer Ying*

                                                                  Jennifer Ying (#5550)

JY/lo
Encl.
cc:    All Counsel of Record (via e-mail)