EXHIBIT 1



Why Zwift    How Zwift Works    Zwift Hub    Shop    Support



Home ⟩ All ⟩ Zwift Hub



# ZWIFT HUB

**$499.00**

Zwift Hub opens up the world of Zwift. Thanks to the smart trainer's automatic resistance you'll feel every climb and descent while the built-in power meter levels up your training.

And it comes with a pre-installed cassette to match the gears on your bike, which you choose at checkout.

Need help choosing the right cassette?

Style: No Cassette



| NO CASSETTE | 8-SPEED | 9-SPEED | 10-SPEED | 11-SPEED |

| 12-SPEED |

ADD TO CART



# EVERYTHING YOU NEED TO ZWIFT









**CORE COLOR BLOCK BOTTLE SET**
$20.00

**ZWIFT TRAINING MAT**
$80.00

**CORE COLOR BLOCK SWEATBAND SET**
$29.00

## FEATURES                                                                              —

Zwift Hub's automatic resistance realistically matches the gradient of the virtual road. You'll glide downhills, feel each ascent, and save energy when drafting another Zwifter.

The heart of Zwift Hub is its power meter, which accurately measures your pedal power in watts. Knowing your power is a game-changer when paired with our Zwift workouts and training plans. Combine this with ERG Mode which automatically adjusts resistance to match your workout intervals and you'll be crushing your goals in no time.

Zwift Hub includes a pre-installed cassette to match the gears on your bike. Simply choose from 8, 9, 10, 11, or 12-speed options and we will preinstall it, so you can get straight to Zwifting.

Zwift Hub is built tough to last, designed to be stable and quiet. The only wrench you need to get set up is included in the box. Whether you jump on for a recovery spin or full gas efforts, Zwift Hub is ready to ride.

Speed, distance, cadence, and power are wirelessly transmitted via Bluetooth or ANT+.

Do you use AppleTV? Zwift Hub can be used as a Bluetooth bridge for your heart rate monitor, saving on the number of Bluetooth connections. You can also bridge an ANT+ heart rate monitor to a Bluetooth device.

## DETAILS                                                                                —

- The direct drive design provides a smooth and quiet riding experience.
- Pedaling resistance automatically adjusts to simulate climbs up to a 16% incline.
- ERG Mode automatically adjusts resistance to match your training workout intervals
- Wirelessly connects to your device via Bluetooth or ANT+
- Your choice of 8, 9, 10, 11, or 12 speed cassette pre-installed to match your bike. Need help Choosing? Check out our video guide to learn what a cassette is and how to select the right option for your Zwift Hub to match your bike.
- If you require a different number of speeds or particular gear ratio, you can order your Zwift Hub with no cassette.
- LED indicator light confirms trainer status.
- Compatible with quick-release (130/135mm) and Thru-axle (12x142 / 12x148) via included adapters.
- Quick-release skewer included.
- Includes a 1-year limited warranty.

**TECH SPECS**



## TECH SPECS —

- Maximum Simulated Grade: 16%
- Maximum Power Output: 1,800W
- Power Accuracy: +/- 2.5%
- Transmits measured data using both Bluetooth FTMS and Ant+ FEC

- Accepts control data using either of Bluetooth FTMS or ANT+ FE-C
- Resistance type: Electromagnetic
- Flywheel weight: 10.3 lb
- Product weight: 33 lb
- Product dimensions: 19.5 in L x 24 in W x 18.1 in H
- Wheel size compatibility: 650c, 700c, 24", 26", 27.5", 29"
- Max Weight: 265 lb
- Sound: 52 dB at 250 watts
- Operating temperatures: (14 F to 77 F)
- Power requirements: 100-240 V, 1.5 A, 50 Hz-60 Hz
- Included cassette gear ratios: 12-Speed with 11-30 tooth 8, 9, 10, & 11-speed with 11–28 tooth
- Freehub body: Hyperglide

Learn more about the California Prop 65 Warning for California residents.

---

## SHIPPING & RETURNS —

**Shipping**
- Zwift reserves the right to enforce an order quantity limit of no more than 3 units per customer
- Orders will be processed within 1-3 days
- Standard shipping: 1–5 business days
- $25 shipping charge applied at checkout

**Returns**
- We offer a 30-day return policy on all products
- Items should be in "like new" condition and returned in original packaging

---

## CUSTOMER REVIEWS

No Reviews Yet

**WRITE A REVIEW**



**SHOP**
Zwift Shop

**SUPPORT**
Zwift Hub

**DOWNLOAD**
Zwift for Mac

**COMPANY**
Careers



Zwift Shop
Shop Cycling Gear
Shop Running Gear
Shop Apparel and Accessories
Orders
Shop FAQ
Returns

Zwift Hub
Cycling
Running
Account
Forums
Status
Contact Us

Zwift for Mac
Zwift for Windows
Zwift for Android
Zwift for IOS
Zwift Companion for iOS
Zwift Companion for Android

Careers
Press
Blog

© 2022 Zwift, Inc. All rights reserved. v1.25.2 **Privacy** / **Legal** / **Terms**

AMEX DISCOVER PayPal V VISA

EXHIBIT 2

US010933290B2

(12) **United States Patent**
Hawkins, III et al.

(10) Patent No.: **US 10,933,290 B2**
(45) Date of Patent: **Mar. 2, 2021**

(54) **BICYCLE TRAINER**

(71) Applicant: **Wahoo Fitness LLC**, Atlanta, GA (US)

(72) Inventors: **Harold M. Hawkins, III**, Atlanta, GA (US); **Andrew P. Lull**, Boulder, CO (US)

(73) Assignee: **Wahoo Fitness LLC**, Atlanta, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/011,237**

(22) Filed: **Jun. 18, 2018**

(65) **Prior Publication Data**

US 2018/0296896 A1    Oct. 18, 2018

**Related U.S. Application Data**

(63) Continuation of application No. 13/975,720, filed on Aug. 26, 2013, now Pat. No. 9,999,818.
(Continued)

(51) **Int. Cl.**
*A63B 69/16*        (2006.01)
*A63B 21/22*        (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... *A63B 69/16* (2013.01); *A63B 21/0052* (2013.01); *A63B 21/00069* (2013.01); *A63B 21/225* (2013.01); *A63B 22/0605* (2013.01); *A63B 24/0087* (2013.01); *A63B 71/0622* (2013.01); *A63B 2024/009* (2013.01); *A63B 2024/0093* (2013.01); *A63B 2069/165* (2013.01); *A63B 2071/0638* (2013.01); *A63B 2210/50* (2013.01); *A63B 2220/34* (2013.01); *A63B 2220/54* (2013.01); *A63B 2225/093*

(2013.01); *A63B 2225/50* (2013.01); *A63B 2230/062* (2013.01); *G08C 2201/93* (2013.01)

(58) **Field of Classification Search**
CPC ... A63B 9/16; A63B 21/0052; A63B 71/0622; A63B 24/0087; A63B 22/0605; A63B 21/00069; A63B 21/225; A63B 2230/062; A63B 2225/093; A63B 2220/34; A63B 2210/50; A63B 2071/0638; A63B 2069/165; A63B 2024/0093; A63B 2024/009; A63B 2220/54; G08C 2201/93
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,259,385 A *   7/1966   Boren ................ A63B 22/0694
                                                    482/60
3,481,331 A *  12/1969   Carr ................. A63B 23/03533
                                                    602/24
(Continued)

*Primary Examiner* — Garrett K Atkinson
(74) *Attorney, Agent, or Firm* — Polsinelli PC

(57)                    **ABSTRACT**

A bicycle trainer including folding legs and a vertically adjustable frame member supporting an axle and cassette where a rider mounts the rear frame, such as dropouts, of a conventional bicycle with the rear wheel removed. The trainer includes a flywheel with a magnetic brake assembly controlled through an open protocol and configured to receive wireless transmitted signals from an app running on a smart phone or other such applications. The flywheel assembly also includes a bracket coupling the magnetic brake with a frame. A strain gauge is mounted on the bracket to detect torque, which is used to calculate a rider's power while using the trainer.

**19 Claims, 22 Drawing Sheets**



**US 10,933,290 B2**

Page 2

### Related U.S. Application Data

(60) Provisional application No. 61/728,155, filed on Nov. 19, 2012, provisional application No. 61/693,685, filed on Aug. 27, 2012.

(51) **Int. Cl.**

| | | |
|---|---|---|
| *A63B 21/00* | (2006.01) | |
| *A63B 71/06* | (2006.01) | |
| *A63B 21/005* | (2006.01) | |
| *A63B 22/06* | (2006.01) | |
| *A63B 24/00* | (2006.01) | |

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,452,447 | A | * | 6/1984 | Lepley | A63B 21/00845 36/11.5 |
| 4,789,153 | A | * | 12/1988 | Brown | A63B 21/0088 482/111 |
| 5,067,710 | A | * | 11/1991 | Watterson | A63B 21/015 434/247 |
| 5,110,003 | A | * | 5/1992 | MacWilliams | B60K 15/0406 220/288 |
| 5,267,925 | A | * | 12/1993 | Boyd | A63B 21/0056 188/77 R |
| 5,468,201 | A | * | 11/1995 | Minoura | A63B 69/16 482/61 |
| 5,480,366 | A | * | 1/1996 | Harnden | A63B 21/0051 482/57 |
| 5,711,404 | A | * | 1/1998 | Lee | A63B 21/0051 188/158 |
| 5,848,953 | A | * | 12/1998 | Wei | A63B 21/0051 482/63 |
| 6,042,517 | A | * | 3/2000 | Gunther | A63B 21/0051 188/161 |
| 6,070,774 | A | * | 6/2000 | Rak | B60R 9/045 224/309 |
| 6,238,155 | B1 | * | 5/2001 | Aukzemas | F16B 39/28 411/107 |
| 6,273,845 | B1 | * | 8/2001 | Liou | A63B 21/0051 188/164 |
| 6,695,752 | B2 | * | 2/2004 | Lee | A63B 21/0051 482/110 |
| 6,964,633 | B2 | * | 11/2005 | Kolda | A63B 21/0051 482/63 |
| 7,011,607 | B2 | * | 3/2006 | Kolda | A63B 21/0051 482/57 |

| | | | | | |
|---|---|---|---|---|---|
| 7,585,258 | B2 | * | 9/2009 | Watson | A63B 24/00 188/159 |
| 7,727,124 | B1 | * | 6/2010 | Lassanske | A63B 69/16 482/61 |
| 7,732,961 | B2 | * | 6/2010 | Lin | H02K 1/146 310/153 |
| 7,976,434 | B2 | * | 7/2011 | Radow | A63B 21/00196 482/5 |
| 8,147,388 | B2 | * | 4/2012 | Bingham | A63B 69/16 482/57 |
| 9,050,494 | B2 | * | 6/2015 | Bass | A63B 69/16 |
| 10,166,434 | B2 | * | 1/2019 | Caccia | A63B 69/16 |
| 10,737,164 | B2 | * | 8/2020 | Lo | A63B 21/00069 |
| 2003/0027692 | A1 | * | 2/2003 | Phillips | A63B 21/015 482/57 |
| 2004/0077245 | A1 | * | 4/2004 | Schmidt | A63B 21/0058 482/57 |
| 2006/0009329 | A1 | * | 1/2006 | Toyama | A63B 21/023 482/51 |
| 2006/0234839 | A1 | * | 10/2006 | Peterson | A63B 69/16 482/61 |
| 2006/0234840 | A1 | * | 10/2006 | Watson | A63B 24/00 482/61 |
| 2007/0203000 | A1 | * | 8/2007 | Chiu | A63B 21/0052 482/63 |
| 2008/0096725 | A1 | * | 4/2008 | Keiser | A63B 21/0051 482/8 |
| 2008/0200308 | A1 | * | 8/2008 | Pedrini | A61B 5/0205 482/6 |
| 2008/0242511 | A1 | * | 10/2008 | Munoz | A63B 22/02 482/5 |
| 2010/0179030 | A1 | * | 7/2010 | Liao Lai | A63B 21/0051 482/63 |
| 2010/0234185 | A1 | * | 9/2010 | Watt | A63B 21/0051 482/8 |
| 2011/0287902 | A1 | * | 11/2011 | Bingham, Jr. | A63B 21/0088 482/61 |
| 2012/0004074 | A1 | * | 1/2012 | Schelzig | A61B 5/0245 482/4 |
| 2012/0166105 | A1 | * | 6/2012 | Biermann | A63B 24/0062 702/43 |
| 2013/0053223 | A1 | * | 2/2013 | Shu-Chiung | A63B 69/16 482/61 |
| 2013/0059698 | A1 | * | 3/2013 | Barton | A63B 71/0622 482/63 |
| 2013/0237386 | A1 | * | 9/2013 | Tsai | A63B 21/015 482/60 |

* cited by examiner



FIG. 1



FIG. 1A



FIG. 2



FIG. 2A



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9A



FIG. 9B



FIG. 10



FIG. 11



FIG. 12



FIG. 13

FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19

US 10,933,290 B2

**1**

# BICYCLE TRAINER

## CROSS REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. patent application Ser. No. 13/975,720, entitled "BICYCLE TRAINER" and filed Aug. 26, 2013, now U.S. Pat. No. 9,999,818 granted on Jun. 19,2018, which claims priority under 35 U.S.C. § 119 to U.S. provisional patent application 61/728,155, entitled "BICYCLE TRAINER," which was filed Nov. 19, 2012, and to U.S. provisional patent application 61/693,685, entitled "BICYCLE TRAINER," which was filed Aug. 27, 2012. All applications are hereby incorporated by reference in their entirety into the present application.

## TECHNICAL FIELD

Aspects of the present invention involve a bicycle trainer providing various features including portability, levelability, height adjustment, power measurement, and controllability, such as through a smart device or tablet, among other features and advantages.

## BACKGROUND

Busy schedules, bad weather, focused training, and other factors cause bicycle riders ranging from the novice to the professional to train indoors. Numerous indoor training options exist including exercise bicycles and trainers. An exercise bicycle looks similar to a bicycle but without wheels, and includes a seat, handlebars, pedals, crank arms, a drive sprocket and chain. An indoor trainer, in contrast, is a mechanism that allows the rider to mount her actual bicycle to the trainer, with or without the rear wheel, and then ride the bike indoors. The trainer provides the resistance and supports the bike but otherwise is a simpler mechanism than a complete exercise bicycle. Such trainers allow a user to train using her own bicycle, and are much smaller than full exercise bicycles, are often are less expensive than full exercise bicycles.

While very useful, conventional trainers nonetheless suffer from many drawbacks. For example, it is often difficult to level conventional trainers from side to side. Moreover, riding a slightly tilted bicycle is uncomfortable and can cause unintended damage to the bicycle. In another example, many riders prefer that their bicycle be level fore and aft so that it feels like the rider is training on a flat surface as opposed to an incline or decline. Most conventional trainers, however, cannot be vertically adjusted so the rider places boards, books, or the like under the trainer to elevate the entire trainer, or under the front wheels to elevate the front of the bicycle. Similarly, many trainers are designed for a bicycle with a certain wheel size, such as conventional 26 inch wheels, relatively newer but increasingly popular 29 inch mountain bike wheels, and even more recent 700c wheel sizes. However, conventional trainers are meant for only one size bicycle tire and thus a rider would need to have a separate trainer or use boards or the like to elevate the entire trainer if, for example, the user wanted to use a 26 inch trainer with a 29 inch mountain bike.

While many trainers are portable based on the simple fact that they are relatively small. Such trainers are nonetheless heavy, can be awkward to load into car trunks, and can still occupy substantial space when not in use. Portability, however, is important as some folks may want to store their

**2**

trainer when not in use and some folks may take their trainer to races and the like in order to warm-up before a race and cool-down afterward. Finally, fitness training using a power meter, particularly for bicyclists, is increasingly popular. Power meters measure and display the rider's power output (typically displayed in Watts) used for pedaling. Power meters of many different sorts have been adapted for use on bicycles, exercise bicycles and other fitness equipment. Many of these designs, however, are overly complicated, prone to error, and/or prone to failure, and also tend to be relatively expensive.

With these thoughts in mind among others, aspects of the trainer disclosed herein were conceived.

## SUMMARY

Aspects of the present disclosure involve a bicycle trainer that provides several advantages over conventional designs. The trainer includes a vertically adjustable rear axle and cassette (rear bicycle gears) where the user mounts her bicycle to the trainer. Generally speaking, the user removes her rear wheel from the drop outs at the rear of the bicycle (not shown) and then connects the rear axle and cassette of the trainer to the drop outs in the same manner that the rear wheel would be coupled to the bicycle. Additionally, the trainer is configured with a reversible spacer that allows for mounting bicycles, such as mountain bicycles and road bicycles, with different width rear wheels and attendant frame or hub spacing.

The cassette is coupled to a pulley that drives a belt connected to a flywheel or other resistance mechanism such that when the user is exercising, her pedaling motion drives the flywheel. The flywheel includes an electromagnetic brake that is controllable. Further, torque imparted on the flywheel by a rider pedaling a bicycle mounted on the trainer, is measured at a bracket interconnecting a portion of the flywheel with a stationary portion of the frame. Based on power measurements, RPM, heart rate and other factors, the magnetic brake may be controlled. Control of the trainer, and display of numerous possible features (power, RPM, terrain, video, user profile, heart-rate, etc.) may be provide through a dedicated device or through a smart phone, tablet or the like, running an app configured to communicate with the trainer.

In one embodiment of the bicycle trainer, the trainer includes a frame assembly that supports an axle to which a rear wheel of a bicycle may be connected. The trainer further includes a flywheel assembly comprising a magnetic brake assembly and a flywheel member, wherein the flywheel assembly is rotatably supported on the frame assembly. The magnetic brake assembly is rotationally fixed by a member coupled between the brake assembly and the frame assembly. The flywheel member is coupled with the axle such that the flywheel spins relative to the magnetic brake assembly when a rider is pedaling a bicycle connected with the axle. The trainer also includes a strain gauge mounted on the member that detects torque imparted on the member when a rider is pedaling.

Other implementations are also described and recited herein. Further, while multiple implementations are disclosed, still other implementations of the presently disclosed technology will become apparent to those skilled in the art from the following detailed description, which shows and describes illustrative implementations of the presently disclosed technology. As will be realized, the presently disclosed technology is capable of modification in various aspects, all without departing from the spirit and scope of the

US 10,933,290 B2

3

presently disclosed technology. Accordingly, the drawings and detailed description are to be regarded as illustrative in nature and not limiting.

BRIEF DESCRIPTION OF THE DRAWINGS

Example embodiments are illustrated in referenced figures of the drawings. It is intended that the embodiments and figures disclosed herein are to be considered illustrative rather than limiting.

FIG. **1** is an isometric view of a trainer;

FIG. **1A** is a zoom area view of a portion of the trainer illustrated in FIG. **1A** with a first leg of the trainer made transparent so as to illustrate internal components of a retention assembly that is used to lock the leg in a folded or use position;

FIG. **2** is a front view of the trainer of FIG. **1**;

FIG. **2A** is an isometric view of a two-sided spacer that may be employed to mount different size and types of bicycles to the trainer;

FIG. **3** is a left side view of the trainer in FIG. **1**;

FIG. **4** is a rear view of the trainer of FIG. **1**;

FIG. **5** is a top view of the trainer of FIG. **1**;

FIG. **6** is a right side view of the trainer of FIG. **1**;

FIG. **7** is a bottom view of the trainer of FIG. **1**;

FIG. **8** is a right side view of the trainer of FIG. **1**, with an outer flywheel portion of a flywheel assembly removed to illustrate internal components of the flywheel op view of the crank arm and power measurement device with various components hidden to illustrate internal components;

FIG. **9A** is a first rear isometric view of the trainer with several components hidden or transparent to better illustrate internal components of the flywheel assembly that fix the electromagnetic components and others in place relative to the spinning flywheel portion and also provide for power measurement;

FIG. **9B** is a second rear isometric view of the trainer with several components hidden or transparent to better illustrate internal components of the flywheel assembly that fix the electromagnetic components and others in place relative to the spinning flywheel portion and also provide for power measurement;

FIG. **10** is a right side view of the trainer with several components hidden or transparent to better illustrate internal components of the flywheel assembly that fix the electromagnetic components and others in place relative to the spinning flywheel portion and also provide for power measurement;

FIG. **11** is an isometric view of a second trainer conforming to aspects of the present disclosure;

FIG. **12** is a left side view of the trainer shown in FIG. **11**;

FIG. **13** is a front isometric view of the trainer shown in FIG. **11**, the view of FIG. **13** providing the flywheel in transparent view to illustrate various components of an internal flywheel brake assembly;

FIG. **14** is left side view of the trainer shown in FIG. **11**, the view including a cover in transparent view to show various components otherwise hidden within the cover;

FIG. **15** is a right side view of the trainer shown in FIG. **11**, the view including various flywheel assembly components hidden or in transparent view to illustrate a torque bracket coupling the magnetic brake with the frame;

FIG. **16** is a rear isometric zoomed view of the flywheel assembly with various components hidden or transparent to illustrate the torque member and its relationship with the frame and the flywheel assembly;

4

FIG. **17** is a front isometric zoomed view of the flywheel assembly with various components hidden or transparent to illustrate the torque member and its relationship with the frame and the flywheel assembly;

FIG. **18** is an electrical schematic of one example of a strain gauge that may be deployed on the torque member to measure the torque on the member, which may be used to measures a riders pedaling power; and

FIG. **19** is a block diagram of electrical components involved in obtaining torque data, calculating power data and controlling a magnetic brake of the flywheel, among others.

DETAILED DESCRIPTION

Aspects of the present disclosure involve a bicycle trainer that provides several advantages over conventional designs. The trainer includes a vertically adjustable rear axle and cassette (rear bicycle gears) where the user mounts her bicycle to the trainer. Generally speaking, the user removes her rear wheel from the drop outs at the rear of the bicycle (not shown) and then connects the rear axle and cassette of the trainer to the drop outs in the same manner that the rear wheel would be coupled to the bicycle. Additionally, the trainer is configured with a reversible spacer that allows for mounting bicycles, such as mountain bicycles and road bicycles, with different width rear wheels and attendant frame or hub spacing.

The cassette is coupled to a pulley that drives a belt connected to a flywheel or other resistance mechanism such that when the user is exercising, her pedaling motion drives the flywheel. The flywheel includes an electromagnetic brake that is controllable. Further, torque imparted on the flywheel by a rider pedaling a bicycle mounted on the trainer, is measured at a bracket interconnecting a portion of the flywheel with a stationary portion of the frame. Based on power measurements, RPM, heart rate and other factors, the magnetic brake may be controlled. Control of the trainer, and display of numerous possible features (power, RPM, terrain, video, user profile, heart-rate, etc.) may be provide through a dedicated device or through a smart phone, tablet or the like, running an app configured to communicate with the trainer.

More particularly and referring to FIGS. **1-7**, a bicycle trainer **10** includes a center leg **12** coupled to and extending rearwardly from a front mounting bracket **14**. The center leg **12** is arranged below a pulley **16** and offset slightly from a longitudinal centerline of the trainer **10**. A pair of support legs **18**, **20** is pivotally coupled to and at opposing ends of the bracket **14**. The first and second support legs **18**, **20** are configured to pivot inward toward the center leg **12** for storage and movement of the trainer **10**, and pivot outward and away from the center leg **12** when the trainer **10** is in use.

Distal the first and second pivotal connections with the bracket **14**, first and second pads **22**, **24** are coupled at an outer end of each of the respective first and second legs **18**, **20**. Additionally, an elongate pad **23** is coupled to a bottom side of the bracket **14**. Each pad **22**, **24** and leg **18**, **20** functions in the same manner so the first pad **22** at the outer end of the first leg **18** is discussed in detail. Referring to FIG. **3**, the pad **22** is adjustably mounted to the leg **18** to allow the trainer **10** to be leveled, transverse the longitudinal centerline, and thereby maintain the mounted bicycle in a side-to-side level orientation. While other alternatives are possible, in the example illustrated in the figures, the leg **18** defines a threaded aperture and the pad **22** is coupled with a threaded member that engages the aperture. An adjustment

US 10,933,290 B2

5

collar 26 is coupled with the threaded member such that rotation of the collar 26 causes the pad 22 to move vertically relative to the leg 18.

A main frame member 28 extends vertically and rearwardly from the mounting bracket 14. A plane in which the main frame member 28 pivots is oriented at a about a right angle relative to a plane in which the legs pivot. Accordingly, in one possible implementation, a bubble level 30 (shown in FIG. 2) is mounted within a recess in the main frame member 28. The bubble level 30 is mounted parallel with the plane in which the legs 18, 20 pivot. Thus, when the bubble 30 reads level, the main frame member 28 is vertical or otherwise perpendicular to the plane defined by the legs 18, 20. In such an orientation, any bicycle mounted to the axle will be straight, and not lean to the left or right. With such an integrated level, a user can quickly and easily adjust the pads 22, 24 on one or both legs and thereby level the trainer 10, even on an uneven or slanted surface.

Referring to FIG. 1A, adjacent each pivot, the front mounting bracket 14 defines an upper arcuate surface with a pair of notches 32 corresponding to an inwardly pivoted configuration of the leg 18, 20, and an outwardly pivotal (as shown) configuration of the leg 18, 20. A retention assembly 34 is coupled with the leg adjacent the upper arcuate surface and notches 32. The retention assembly 34 includes a spring loaded pin 36 with a user engageable head 38. The pin 36 supports a collar 40 that fits within the notches 32. By depressing the pin 36 against the spring 42, the collar 40 moves downwardly into a recess defined in the leg 18, 20 and disengages the respective notch 32. The leg may then be pivoted inwardly or outwardly, and when the user releases the pin 36, the spring 42 nudges the pin 36 upward causing the collar 40 to engage one of the respective notches 32 securing the leg 18, 20 in the desired position.

Referring to FIGS. 1 and 2, among others, the pulley 16, an axle 44, a cassette 46, a flywheel 48 and other components are supported by the main frame member 28 extending rearwardly and upwardly from the pivot mount bracket 14. The main frame member 28 is pivotably mounted to the pivot mount bracket 14 to adjust the height at which a bicycle is supported. Thus, the main frame member 28 may be pivoted upwardly or downwardly relative to the orientation illustrated in the drawings to vertically adjust the height of the bicycle.

A height adjustment bracket 50, as seen up-close in FIG. 1A, is coupled between the main frame member 28 and the center leg 12 to maintain the main member 28 in a desired height. More specifically, at a rearward end, the adjustment bracket 50 includes a u-shaped portion defining opposing members that are arranged on either side of the center leg 12. Each member defines an aperture. The center leg 12 defines a plurality of apertures 52 along its length that are configured to receive a pin 54 that extends through the opposing member apertures and one of the pluralities of apertures 52 in the center leg 12. In the illustrated example, the aperture opposite the portion of the pin that includes a handle portion is threaded. Similarly, the end of the pin, opposite the handle, is also threaded. By fixing the bracket 50 with one of the plurality of apertures 52 along the center leg 12, a user can raise or lower the main member 28 thereby raising or lowering the axle 44 to which the bicycle is mounted.

Other mechanisms are also possible to secure the bracket 50 to the center leg 12, as well as to elevate the center leg 12. For example, a telescoping vertical member pivotally coupled with the main frame member 28 might be used to adjust the height of the main member 28 and fix the height at a certain location by fixing the amount telescoping. The

6

height adjustment bracket 50 might include one or a pair of pop pins 37 to secure the u-bracket relative to the apertures in the center leg.

Turning now to mounting a bicycle to the trainer 10, and referring to FIG. 2A, the trainer 10 may be converted for use with bicycles having different sized wheels, chain stay, dropout, and/or axle spacing to accommodate differences in width between typical mountain bikes and road bikes. Generally speaking, road bikes have narrower axle spacing (and wheels and rims) compared to the axle spacing on mountain bikes. In some implementations, such as shown in FIG. 2A, the trainer 10 may include a two-sided axle spacer 56 that allows a user to elegantly covert the trainer between use with a road bike and mountain bike, or other sizes, without use of a tool. The trainer 10 includes the two-sided spacer 56 that is at the end of the axle 44 (opposite the cassette 46), and which can be reversed depending on what type of bicycle (and its hub) that is being mounted on the trainer. A quick release axle (not shown) extends through the reversible spacer 56 to hold it, as well as the bicycle, in place and on the trainer 10 when the trainer 10 is in use.

Referring still to FIG. 2A, the two-sided spacer 56 includes a relatively longer cylindrical spacer section 58 adjacent a relatively shorter spacer section 60. The spacer sections 58, 60 are separated by a collar 62 that ensures correct positioning of the spacer 56 by limiting a depth that the spacer 56 is received within an aperture 67 defined in the main member 28. Extending from each spacer section 58, 60 is a dropout mount 64 that is dimensioned to be received in a dropout on a bicycle. The bicycle dropout may be mounted directly on the dropout mount 64, both of which are secured to the trainer 10 by the quick release axle. As shown, an aperture 66 is defined through the spacer 56, which receives the quick release axle. The aperture 67 in the main frame 28 is sized to receive the shorter and longer spacer sections 58, 60. The depth of the aperture 67 in the frame is at least as deep as the longer of the spacer sections 58, 60. Thus, both the longer and the shorter spacer sections 58, 60 fit within the aperture 67. Additionally, by inserting the spacer sections 58, 60 into the frame aperture 67, the spacer 56 is securely held on the bike frame. Thus, when a user is mounting a bicycle, the spacer 56 is held securely on the frame making bicycle mounting easier for the rider. In the orientation shown, when the spacer 56 is inserted in the main frame aperture 67, the shorter spacer section 60 extends from the main frame 28 and the collar 62 abuts the main frame 28. The dropout from a road bike being mounted on the trainer 10 is placed over the dropout mount 64 extending from the shorter section 60. To mount a mountain bike, the spacer 56 is reversed so that the relatively longer spacer section 60 extends from the main frame 28. Similarly, the collar 62 abuts the main frame wall thereby ensuring that the spacer 56 is properly positioned, and the mountain bike dropout is mounted on the dropout mount 64 extending from the relatively longer spacer section 58.

As introduced above, the main frame member 28 supports the flywheel assembly 68. Unlike conventional flywheel assemblies 68, the present assembly is particularly configured to allow for power measurement. Generally speaking, the trainer 10 determines the amount of power being expended by the rider while pedaling by measuring the torque on a member of the flywheel assembly 68. Torque may be measured through a strain gauge 70 mounted on the member, and the torque on the member may be translated into a wattage measurement reflective of the amount of power expended by the rider.

US 10,933,290 B2

7

More particularly and referencing FIGS. **1**, **8-10**, and others, the flywheel assembly **68** along with the components used for measuring power are now discussed in more detail. The flywheel assembly **68** includes an outer relatively heavy flywheel member **48** that is configured to rotate relative to a plurality of internal components that are substantially fixed relative to the outer rotatably flywheel member **48**. The flywheel member **48** is coupled with a flywheel axle **72** that communicates through and is rotatably supported by the main member **28**. The flywheel axle **72** also includes a second flywheel pulley **74** that rotates in conjunction with the first flywheel pulley **16** through a belt **76**. The belt **76** interconnects the pulleys **16**, **74** and may include teeth that correspond to teeth on the first and second pulleys **16**, **74**. In the depicted arrangement, a user's pedaling force is translated through the belt from the first larger pulley **16** to the second pulley **74** supported on the flywheel axle **72**, which in turn causes the flywheel member **48** to rotate.

A belt tensioner assembly **78** is mounted on the main frame **28** and is used to mount and remove the belt **76** to and from the pulleys **16**, **74**, and also to adjust the tension of the belt **76** for proper function. The belt tensioner bracket **80** is generally L-shaped and supports a tensioner wheel on the end of a longer side of the bracket. The belt is positioned around the tensioner wheel **82**, and by adjusting the tensioner wheel **82** fore and aft, the tension on the belt **76** can be increased or decreased. Adjacent the tensioner wheel **82**, the bracket **80** defines an elongate aperture **84** through which is positioned a locking bolt **86** mounted to the main frame **28**. When the bracket **80** and tensioner wheel **82** are positioned in the appropriate fore/aft position, the bolt **86** is tightened thereby locking the bracket **80** and wheel **82** in place. Finally, on a short portion of the bracket **80**, an adjustment screw **88** is connected with a front face of the main frame **28** and through a threaded adjustment aperture in the short portion of the bracket **80**. While the bolt **86** is loosened, the adjustment screw **86** may be used to move the bracket **80** fore or aft.

The flywheel member **48** is fabricated partially or wholly with a ferrous material or other magnetic material. The fixed internal components of the flywheel assembly **68** may include a plurality of electromagnetic members **105** mounted on a core **92**, and provide a magnetic flywheel brake. In some arrangements, the magnetic brake may be computer controlled thereby dynamically adjusting the braking force to simulate any possible riding profile. In the illustrated example, the core **92** defines six T-shaped portions **94** extending radially from an annular main body **96**. A conductor **98**, such as copper wiring, is wound around a neck of the T-shaped portions **94** between the upper portion of the T and the annual or core **92**. The wire may be continuous so that a consistent current flows around each T-shaped portion **94**, core **92**; a consistent and electromagnet force is generated uniformly around the core **92**. Collectively, the T-shaped portions **94** and wound wiring can generate a magnetic field that magnetically couples with the flywheel member **48**. The trainer includes a processor **100** and associated electronics that allow for the control of a current through the wires thereby inducing a controllable magnetic field from the T-shaped portions **94**. Since the flywheel member **48** is magnetic, by varying the strength of the magnetic fields, the amount of braking force resisting rotation of the flywheel **48** may also be varied.

Turning now more specifically to the mechanisms by which power is measured, the various rotationally fixed portions of the flywheel assembly **68** are connected directly, or indirectly, to a mounting plate **102** adjacent the main

8

member **28**. The mounting plate **102** is rotatably mounted to a tubular member **104** supported by the main frame member **28**. The flywheel axle **72** extends through the center of the tubular member **102**; therefore, the flywheel member **48** is coaxial with the mounting plate **102**. While the mounting plate **102** is rotationally mounted, it is rotationally fixed by a torque bracket **106** connected between the main frame member **28** and the mounting plate **102**. Generally speaking, a strain gauge assembly **70** is mounted on the torque bracket **106**. Because the torque bracket **106** couples the main frame member **28** to the mounting plate **102**, when rotationally forces are transferred between the flywheel member **48** and the rotationally fixed components (e.g., magnets) **105**, those forces exert a torque on the torque bracket **106** which is detected by the strain gauge assembly **70**. Without the torque bracket **106**, the entire flywheel assembly **68** would rotate about the flywheel axle **72** rather than only the external flywheel member **48** as that is fixed to the flywheel axle **72**. Thus, the pedaling force exerted by the rider translates through the flywheel assembly **68** and is measured at the torque bracket **106** that resists the rotationally torque exerted on the flywheel **48**.

More specifically and referring primarily to FIGS. **9A**, **9B**, and, **10**, the torque bracket **106** is arcuate and defines a radius generally along a matching radius of the mounting plate **102**. A mid portion, between each end, of the torque bracket **106** is machined and has a strain gauge assembly **120** mounted thereon. One end of the torque bracket **106** defines an aperture through which a pin **108** extends, the pin **108** is fixed with the main frame **28**. A bushing **109** may support the pin **108** with the torque bracket aperture. A bushing **109** may also be included at the main frame **28**. In either case, at least one end of the pin **108** is floating within a bushing. Thus, the pin **108** resists the rotation of the flywheel **48**. However, while the pin **108** may be fixed without any bushings **109**, by using one or more bushing **109** or other equivalent mechanisms, no unwanted stresses or strains are placed on the pin **108**. At an opposing end of the torque bracket **106**, the bracket **106** is secured to the mounting bracket **102** by bolts **101** or otherwise secured to the mounting plate **102**. Thus, the mounting plate **102** is rotatably fixed through a combination of the pin **108** fixed to the main member **28**, the torque bracket **106** connected with the pin **108**, and the torque bracket **106** coupled with the mounting plate **102**. Accordingly, when the flywheel **48** mounted with the flywheel axle **72** is rotated by a user, the rotational force is translated to the flywheel mounting plate **102**. The torque bracket **106**, which is the only member resisting the rotational movement, deflects or is otherwise, placed in tension or compression. The strain gauge assembly **120** detects the deflection and that deflection is translated into a power measurement. The torque arm **106** may be positioned in other alternative locations between the flywheel **48** and some fixed portion of the trainer **10**.

In one particular implementation, a display **110** is wirelessly coupled with a processor **100** that receives the strain gauge **70** measurement and calculates power. The display **110** may wirelessly receive power data and display a power value. The display **110**, being wireless, may be mounted anywhere desirable, such as on a handlebar. The display **110** may also be incorporated in a wrist watch or cycling computer. The power data may also be transmitted to other devices, such as a smart phone, tablet, laptop, and other computing device for real-time display and/or storage.

In the example implementation shown herein, a power measurement device **112** is mounted on an inner wall of the brake assembly portion of the flywheel **48**. Alternatively, the

US 10,933,290 B2

9

power measurement device 112 along with other electronics may be mounted within a cap 114 at the top of the mainframe member 28. The power measurement device 112 may include a housing 116 within which various power measurement, and other electronics are provided, including a Wheatstone bridge circuit 118 that is connected with the strain gauge assembly 120 on the torque bracket 106, and produces an output voltage proportional to the torque applied to the bracket 106. The output is sent to a processor 100, such as through wires or wirelessly, that is mounted within the end cap 114 or as part of the power measurement device 112, or otherwise. In various possible other implementations, the housing 116 and/or the strain gauge assembly 120 may also be secured to other portions of the torque arm 106. The strain gauge assembly 120 may involve one or more, such as four, discrete strain gauges 70. When compression tension forces are applied to the gauges 70 the resistance changes. When connected in a Wheatstone circuit 118 or other circuit, a voltage value or other value proportional to the torque on the bracket 106 is produced.

Within the recessed portion of the torque arm 106, one or more strain gauges 70 may be provided. Generally speaking, the torque member 106 will be stretched to varying degrees under correspondingly varying forces. The strain gauges 70 elongate accordingly and the elongation is measured and converted into a power measurement. In one particular implementation, the strain gauges 70 are glued to a smooth flat portion of the torque member 106, such as the machined area 122. While a machined or otherwise provided recess 122 is shown, the power measurement apparatus may be applied to a bracket with little or no preprocessing of the bracket. The machined portion 122 helps protect the strain gauge from inadvertent contact and amplifies the strain measurement. The machined recess 122 is provided with a smooth flat bottom upon which the strain gauges 70 are secured. To assist with consistency between torque members 106 and thereby assist in manufacturing, a template may be used to apply the strain gauge 70 to the surface within the machined recess 122. Alternatively, the strain gauge 70 may be pre-mounted on a substrate in a desired configuration, and the substrate mounted to the surface. The side walls of the machined recess 122 also provide a convenient way to locate the housing 116.

FIGS. 11-17 illustrate an alternative trainer 10 conforming to aspects of the present disclosure. The trainer 10 functions and operates in generally the same manner as the embodiment illustrated in FIGS. 1-10, with some variations discussed below. Overall, the trainer 10 has a pivot mount bracket 14 at the front of the device 10. A first leg 18 and a second leg 20 are each pivotally mounted to the mount bracket 14. The legs 18, 20 may be folded out for use (as shown) or folded in for transportation and storage. A retention assembly 34 is positioned adjacent each pivot to hold the respective leg in either position.

A main frame member 28 extends upwardly and rearwardly from the pivot mount bracket 14. Adjacent to the main frame member 28, a center leg 12 extends rearwardly from the main frame member 28. A pulley 16, rotatably mounted to the main frame 28 and to which an axle 44 and cassette 46 are coupled, is positioned above and in generally the same plane as the center leg 12. Therefore, when the bicycle is mounted on the axle 44 and its chain is placed around the cassette 46, the bicycle is positioned generally along the center of the trainer 10 which falls between the main frame 28 and center leg 12.

To adjust the height of the main frame member 28 and thereby adjust the height of the rear of any bicycle connected with

10

the trainer 10, a height adjustment bracket 50 is pivotally mounted with the main member 28 and adjustably connected with the center leg 12. More particularly, the adjustment bracket 50 may be pinned at various locations along the length of the center leg 12, the further forward the bracket is pinned, the higher the main member 28 and the further rearward the bracket 50 is pinned, the lower the main member 28.

The trainer 10 may include a handle member 124 coupled with a front wall of the main member. A user may use the handle 124 to transport or otherwise lift and move the trainer 10. In the example shown, the handle 124 is bolted to the main member 28 at either end of the handle. Other handle forms are possible, such as a T-shaped member, an L-shaped member bolted at only one end to the main frame, a pair of smaller handles on either side of the main member as opposed to on the front facing wall of the main member as shown, a pair of bulbous protrusions extending from the sides of the main member and/or the front face of the main member 28, among others.

A generally triangular cover 126 is positioned over the belt 76, belt tensioner 78, flywheel axle 72, flywheel pulley 74, and other adjacent components, in an area between the pulley 16 and the flywheel pulley 74 at the flywheel axle 72. The cover 126 may be composed of a left side 128 and right side 130 that are bolted together. In one example, the left side 128 (shown in FIG. 11) may be removed to provide access to the covered components. As seen in FIG. 12, the flywheel assembly 68 can additionally include a cover 127 that covers the internal components of the assembly 68. FIG. 14 illustrates the cover 126 in transparent view thereby illustrating what components are covered.

Referring now specifically to FIGS. 15-17, a torque bracket 106 is coupled between a flywheel mounting plate 132 and the main member 28. A strain gauge 70 is mounted on the torque bracket 106. The strain gauge 70 is positioned in a full bridge circuit 134 with 4 grids, with the gauges 70 arranged 90 degrees to each other. The four grids make a square and turn 90 degrees to the adjacent gauge 70. Two of the gauges 70 are up and down and two of the gauges 70 are side to side, and these matching pairs are on opposite corners from each other. They take a measurement of deflection on the torque member 106. The forces are measured by allowing the brake (the electromagnetic components that resist rotation of the flywheel) to rotate around the same axis as the flywheel 48. The strain gage member (torque member) 106 stops that rotation, and the force applied to that member 106 is measured. This force due to the motion constraint represents the torque.

The torque bracket 106 defines an aperture at one end, through which a pin 108 extends into the main member 28. A bushing 109 may also be press fit into the aperture with the pin 108 extending through the bushing 109. Two bolts secure the torque bracket 106 to the mounting plate 132. The bracket 106 necks down between the ends. The deflection of the torque bracket 106 is thus focused at the neck 111. Thus, the strain gauges 70 may be position on a flat surface of the necked area, as best shown in FIG. 17.

FIG. 18 illustrates one example of a strain gauge 70. Each discrete gauge 70, different than described above but functioning similarly (shown in each quadrant of FIG. 18) includes leads connected in a full Wheatstone bridge circuit arrangement 118. Other circuit arrangements are possible that use more or less strain gauges 70, such as a quarter bridge or a half bridge configuration. An input voltage is applied to the bridge circuit 118 and the output voltage of the circuit is proportional to the bending force (torque) applied

US 10,933,290 B2

11

to the torque member **106**. The output voltage may be applied to some form of conditioning and amplification circuitry, such as a differential amplifier and filter that will provide an output voltage to the processor **100**. It is further possible to use an analog to digital converter to convert and condition the signal. A method of measuring power, among other features, is disclosed in application Ser. No. 13/356, 487 titled "Apparatus, System and Method for Power Measurement," filed on 23 Jan. 2012, which is hereby incorporated by reference herein.

Referring to FIG. **18**, there are two vertically positioned gauges **70** at the top of the strain gauge assembly **120**, and two 70 horizontally arranged at the bottom of the strain gauge assembly **120**. The upper, vertical, gauges **70** primarily detect deflection of the torque member **106**.

Referring now also to FIG. **19**, among others, revolution per minute (RPM) of the rear wheel is measured at the pulley **16**, such as through an optical sensor **136** and an alternative black and white pattern on the pulley **16**. The optical sensor **136** detects the pattern as it rotates by the sensor and thereby produces a signal indicative of RPM. There is an 8:1 gear ratio between the pulley **16** and the flywheel **48** so by knowing the pulley RPM, the flywheel RPM is derived. Alternatively, the flywheel RPM may be measured directly. The measured torque multiplied by the flywheel RPM provides the power value, which may be calculated by the processor **100**.

"Power" is the most common measurement of a rider's strength. With measured torque multiplied by the Rad/Sec value (RPM), power is calculated. In one example, the torque measurement and RPM measurements are communicated to a processor **100**, and power is calculated. Power values may then be wirelessly transmitted to a second processor **138**, coupled with a display **110** providing a user interface **140**, using the ANT+ protocol developed by Dynastream Innovations, Inc. The transmitter may be a discrete component coupled with the processor **100** within the housing **116** at the top of the main member **28**. The ANT protocol in its current iteration is unidirectional. Thus, power measurement and other data may be transmitted using the wireless ANT protocol.

Other protocols and wireless transmission mechanism may also be employed. In one specific example, the processor **100** is configured to communicate over a Bluetooth connection. For example, a smart phone, tablet or other device that communicates over a Bluetooth connection may receive data, such as power data and RPM data, from the processor **100**, and may also transmit control data to the processor **100**. For example, a smart phone running a bicycle training app may provide several settings. In one example, a rider, interacting through the user interface **140**, may select a power level for a particular training ride. The power level is associated with a power curve associated with RPM measurements of the trainer. As the rider uses the trainer **10**, RPM and power measurements are transmitted to the computing device, and the app compares those values to the power level and transmits a brake control signal based on the comparison. So, for example, if the rider is generating more power than called for by the setting, the app will send a display signal to change cadence (RPM) and/or send a signal used by the processor **100** to reduce the braking force applied to the flywheel **48**, with either change or both, causing the power output of the rider to be reduced. The app will continue to sample data and provide control signals for the rider to maintain the set level.

In another example, the trainer can be programmed to maintain a set power value. Thus, when a rider exceeds the

12

set power value, a control signal from the first processor **100** to the second processor **138** increases magnetic braking. Conversely, when the rider is falling below the set power value, the first processor **100** directs the second processor **138** to decrease braking power. These and other examples uses may be realized by apps or other applications developed for the device. Thus, the main (first processor and memory) may provide an application programming interface (API) **140** to which connected devices, such as smart phones and tablets running apps, may pass data, commands, and other information to the device in order to control power, among other attributes of the trainer **10**. Since conventional trainers **10** do not have integrated torque and power measurement capability in conjunction with mechanisms to automatically control a magnetic brake, the device opens up countless opportunities to customize control of the trainer, provide power based fitness training, interact or simulate recorded actual rides, simulate hill climbing and descending, coordinate the trainer **10** with graphical information such as speed changes, elevations changes, wind changes, rider weight and bike weight, etc.

Although various representative embodiments have been described above with a certain degree of particularity, those skilled in the art could make numerous alterations to the disclosed embodiments without departing from the spirit or scope of the inventive subject matter set forth in the specification. All directional references (e.g., upper, lower, upward, downward, left, right, leftward, rightward, top, bottom, above, below, vertical, horizontal, clockwise, and counterclockwise) are only used for identification purposes to aid the reader's understanding of the embodiments of the present invention, and do not create limitations, particularly as to the position, orientation, or use of the invention unless specifically set forth in the claims. Joinder references (e.g., attached, coupled, connected, and the like) are to be construed broadly and may include intermediate members between a connection of elements and relative movement between elements. As such, joinder references do not necessarily infer that two elements are directly connected and in fixed relation to each other.

In some instances, components are described with reference to "ends" having a particular characteristic and/or being connected to another part. However, those skilled in the art will recognize that the present invention is not limited to components which terminate immediately beyond their points of connection with other parts. Thus, the term "end" should be interpreted broadly, in a manner that includes areas adjacent, rearward, forward of, or otherwise near the terminus of a particular element, link, component, member or the like. In methodologies directly or indirectly set forth herein, various steps and operations are described in one possible order of operation, but those skilled in the art will recognize that steps and operations may be rearranged, replaced, or eliminated without necessarily departing from the spirit and scope of the present invention. It is intended that all matter contained in the above description or shown in the accompanying drawings shall be interpreted as illustrative only and not limiting. Changes in detail or structure may be made without departing from the spirit of the invention as defined in the appended claims.

The invention claimed is:

1. A bicycle trainer comprising:

a frame assembly supporting an axle to which a bicycle with a rear wheel removed may be connected to operably connect the bicycle to the bicycle trainer;

a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle,

US 10,933,290 B2

13

the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed and coupled with a tubular member coaxial with the flywheel axle, the flywheel member coupled with the axle such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle.

**2.** The bicycle trainer of claim **1** wherein the frame assembly comprises:

a main frame member pivotally coupled with a bracket, the main frame member supporting the axle;

a center frame member extending from the main frame member;

a member pivotally connected with the main frame member and configured to adjustably connect with the center frame member along a length of the center frame member;

whereby the axle may be vertically adjusted by connecting the member at different positions of the center frame member which thereby supports the main frame member at different pivot positions corresponding to different heights of the axle.

**3.** The bicycle trainer of claim **2** wherein the frame assembly comprises:

a first leg and a second leg, each of the first and second legs being pivotally mounted on the frame assembly to pivot inwardly toward the center frame member or outwardly from the center frame member.

**4.** The bicycle trainer of claim **1** further comprising a reversible spacer coupled with the axle, the reversible spacer having a first portion defining a first width and a second portion defining a second width, the first width corresponding with a first dropout spacing of a bicycle and the second width corresponding with a second dropout spacing wider than the first dropout spacing.

**5.** The bicycle trainer of claim **3**, wherein the frame assembly further comprises a mounting bracket including a first arcuate surface adjacent to which the first leg is pivotally mounted, the bracket including a second arcuate surface adjacent to which the second leg is pivotally mounted; and

the arcuate surface defining a first notch along the first arcuate surface and a second notch along the second arcuate surface, the first notch receiving a first spring loaded pin to secure the first leg in an outwardly pivoted position, the second receiving a second spring loaded pin to secure the second leg in an outwardly pivoted position.

**6.** The bicycle trainer of claim **1** wherein:

the frame assembly comprising a main frame member supporting the axle, the flywheel axle rotatably supported at the main frame member.

**7.** The bicycle trainer of claim **6** wherein the magnetic brake assembly is an electromagnetic brake assembly further comprising a plurality of electromagnetic members mounted on a core, the electromagnetic members controllable to generate a magnetic field that magnetically couples with the flywheel member.

**8.** The bicycle trainer of claim **7** wherein the plurality of electromagnetic members are each equidistantly spaced about the core.

**9.** The bicycle trainer of claim **7** wherein the plurality of electromagnetic members comprise a T-shaped portion of the core extending radially from an annular main body and a conductor is wound about the T-shaped portion.

**10.** The bicycle trainer of claim **9** wherein there are six electromagnetic members.

14

**11.** The bicycle trainer of claim **1** wherein a first pulley is coupled with the axle, the first pulley interconnected with a second pulley coupled with the flywheel axle, and wherein a cassette is coupled with the axle whereby a chain from the bicycle engaging the cassette may drive the first pulley and through the interconnection between the first pulley with the second pulley drive the flywheel member.

**12.** The bicycle trainer of claim **1** wherein the magnetic brake assembly and the flywheel member are rotationally supported relative to a common axis, and further comprising a member coupled between the magnetic brake assembly and the frame assembly, the member rotationally fixing the magnetic brake assembly relative to the flywheel member.

**13.** The bicycle trainer of claim **12** further comprising a strain gauge mounted on the member that detects torque imparted on the member when a rider is pedaling.

**14.** A bicycle trainer comprising:

a frame assembly supporting an axle to which a bicycle with a rear wheel removed may be connected to operably connect the bicycle to the bicycle trainer;

a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed and axially aligned with the flywheel axle, the flywheel member coupled with the axle such that the flywheel member spins relative to the magnetic brake assembly when a rider is pedaling a bicycle connected with the axle.

**15.** The bicycle trainer of claim **14** further comprising a tubular member coaxial with the flywheel axle to provide the axial alignment, the magnetic brake assembly operably coupled with the tubular member.

**16.** The bicycle trainer of claim **15** further comprising a member coupled between the magnetic brake assembly and the frame assembly, the member rotationally fixing the magnetic brake assembly.

**17.** The bicycle trainer of claim **16** further comprising a strain gauge mounted on the member that detects torque from a rider is pedaling.

**18.** The bicycle trainer of claim **17** wherein the magnetic brake assembly is an electromagnetic brake assembly further comprising a plurality of electromagnetic members mounted on a core, the electromagnetic members controllable to generate a magnetic field that magnetically couples with the flywheel member.

**19.** The bicycle trainer of claim **18** wherein the frame assembly comprises:

a main frame member pivotally coupled with a bracket, the main frame member supporting the axle;

a center frame member extending from the main frame member;

a member pivotally connected with the main frame member and configured to adjustably connect with the center frame member along a length of the center frame member, whereby the axle may be vertically adjusted by connecting the member at different positions of the center frame member which thereby supports the main frame member at different pivot positions corresponding to different heights of the axle; and

a first leg and a second leg, each of the first and second legs being pivotally mounted on the frame assembly to pivot inwardly toward the center frame member or outwardly from the center frame member.

* * * * *

EXHIBIT 3

US011090542B2

(12) **United States Patent**
    Hawkins, III et al.

(10) Patent No.:     **US 11,090,542 B2**
(45) Date of Patent:        **Aug. 17, 2021**

(54) **SYSTEM AND METHOD FOR CONTROLLING A BICYCLE TRAINER**

(71) Applicant: **Wahoo Fitness, LLC**, Atlanta, GA (US)

(72) Inventors: **Harold M. Hawkins, III**, Atlanta, GA (US); **Michael A. Lyle**, Gainsville, FL (US); **Bradley Jaymes Collins**, Atlanta, GA (US)

(73) Assignee: **Wahoo Fitness LLC**, Atlanta, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/102,546**

(22) Filed: **Aug. 13, 2018**

(65) **Prior Publication Data**
    US 2019/0054360 A1      Feb. 21, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 14/135,205, filed on Dec. 19, 2013, now Pat. No. 10,046,222, which is a continuation of application No. 13/975,720, filed on Aug. 26, 2013, now Pat. No. 9,999,818.

(60) Provisional application No. 61/728,155, filed on Nov. 19, 2012, provisional application No. 61/693,685, filed on Aug. 27, 2012.

(51) **Int. Cl.**
    A63B 69/16        (2006.01)
    A63B 21/22        (2006.01)
    A63B 21/00        (2006.01)
    A63B 71/06        (2006.01)
    A63B 21/005       (2006.01)
            (Continued)

(52) **U.S. Cl.**
    CPC .......... **A63B 69/16** (2013.01); **A63B 21/0052** (2013.01); **A63B 21/00069** (2013.01); **A63B 21/225** (2013.01); **A63B 22/0605** (2013.01); **A63B 24/0087** (2013.01); **A63B 71/0622** (2013.01); *A63B 2024/009* (2013.01); *A63B 2024/0093* (2013.01); *A63B 2069/165* (2013.01); *A63B 2071/0638* (2013.01); *A63B 2210/50* (2013.01); *A63B 2220/34* (2013.01); *A63B 2220/54* (2013.01); *A63B 2225/093* (2013.01); *A63B 2225/50* (2013.01); *A63B 2230/062* (2013.01); *G08C 2201/93* (2013.01)

(58) **Field of Classification Search**
    CPC .......... A63B 69/16–2069/168; A63B 23/0476; A63B 22/06–2022/0658
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,941,651 A * 7/1990 Phillips ................. A63B 69/16 434/61
5,848,953 A * 12/1998 Wei ................... A63B 21/0051 482/63

(Continued)

*Primary Examiner* — Jennifer Robertson
(74) *Attorney, Agent, or Firm* — Polsinelli PC; Gregory P. Durbin

(57)                **ABSTRACT**

A system and method for controlling an exercise device are provided herein. The system includes a memory having computer-executable instructions and at least one processor to execute the computer-executable instructions to wirelessly connect the exercise device, receive a training mode, receive at least one variable for determining a power set point, determine the power set point responsive to the training mode and the at least one variable and control a magnetic brake assembly in the exercise device responsive to the power set point.

**16 Claims, 34 Drawing Sheets**



**US 11,090,542 B2**

Page 2

(51) **Int. Cl.**
    ***A63B 22/06***      (2006.01)
    ***A63B 24/00***      (2006.01)

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,585,258 | B2 * | 9/2009 | Watson | A63B 24/00 |
| | | | | 188/159 |
| 2006/0234840 | A1 * | 10/2006 | Watson | A63B 24/00 |
| | | | | 482/61 |
| 2008/0096725 | A1 * | 4/2008 | Keiser | A63B 21/0051 |
| | | | | 482/8 |
| 2011/0287902 | A1 * | 11/2011 | Bingham, Jr. | A63B 21/0088 |
| | | | | 482/61 |
| 2012/0322621 | A1 * | 12/2012 | Bingham, Jr. | A63B 21/0088 |
| | | | | 482/8 |

* cited by examiner



FIG. 1



FIG. 1A



FIG. 2



FIG. 2A



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9A



FIG. 9B



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14

**U.S. Patent**     Aug. 17, 2021     Sheet 18 of 34     US 11,090,542 B2



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



2100
2101
Start
2102
Select standard mode using computing device
2104
Select a level between 0-9
2106
Computing device receives selected level
2108
Computing device sets variables based on selected level and communicates variables to the bicycle trainer
2110
Use physics engine to calculate a power set point based on rider speed
2112
Continually adjust PWM pulse rate based on instantaneous speed and selected level
2114
Computing device wirelessly receives information to display ride data
2116
Continue to operate in standard mode?
Y
N
2118
End standard mode

FIG. 21A



FIG. 21B



2200
2201
Start
2202
Select simulation mode using computing device
2204
Receive static and dynamic variables in app
2206
Communicate variables from computing device to bicycle trainer
2208
Use physics engine to calculate a power set point based on rider speed
2210
Continually adjust PWM pulse rate based on instantaneous speed and power set point
2212
Computing device wirelessly receives information to display ride data
2214
Continue to operate in simulation mode?
Y
N
2216
End simulation mode

FIG. 22



FIG. 23



FIG. 24



FIG. 25A



FIG. 25B

2518



2520

FIG. 25C

2522



FIG. 25D

**U.S. Patent**        Aug. 17, 2021        Sheet 33 of 34        US 11,090,542 B2



FIG. 25E



FIG.26

US 11,090,542 B2

1

# SYSTEM AND METHOD FOR CONTROLLING A BICYCLE TRAINER

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. application Ser. No. 14/135,205 filed Dec. 19, 2013 entitled "System and Method for Controlling a Bicycle Trainer", which is a continuation-in-part of U.S. application Ser. No. 13/975,720 filed Aug. 26, 2013 entitled "Bicycle Trainer," now U.S. Pat. No. 9,999,818, issued Jun. 19, 2018, which claims the benefit of priority to provisional application No. 61/693,685 filed Aug. 27, 2012 entitled "Bicycle Trainer" and provisional application No. 61/728,155 filed Nov. 19, 2012, all of which are hereby incorporated by reference.

## TECHNICAL FIELD

Aspects of the present disclosure involve a bicycle trainer providing various features including portability, levelability, height adjustment, power measurement, and controllability through a software interface executed by a smart device or tablet, among other features and advantages.

## BACKGROUND

Focused training for an important race, busy schedules, bad weather and other factors inspire bicycle riders to train indoors. Numerous indoor training options exist including exercise bicycles and trainers. An exercise bicycle looks similar to a bicycle but without wheels, and includes a seat, handlebars, pedals, crank arms, a drive sprocket and chain. An indoor trainer, in contrast, is a mechanism that allows the rider to mount an actual bicycle to the trainer, with or without the rear wheel, and then ride the bicycle indoors. The trainer provides the resistance and supports the bicycle but otherwise is a simpler mechanism than a complete exercise bicycle. Such trainers allow the user to train using their own bicycle, and are typically smaller than full exercise bicycles.

While useful, conventional trainers nonetheless suffer from several drawbacks. For example, it is often difficult to level conventional trainers from side to side, or front to back. Riding a slightly tilted bicycle is uncomfortable and can cause unintended damage to the bicycle. Similarly, many riders prefer that their bicycle be level fore and aft so that it feels like the rider is training on a flat surface as opposed to an incline or decline. Most conventional trainers, however, cannot be vertically adjusted so the person places boards, books, or the like under the trainer to elevate the entire trainer, or under the front wheels to elevate the front of the bicycle. Conventional trainers are also typically designed for one size wheel and one size axle. For example, many trainers are designed for a bicycle with a conventional 26 inch wheel, relatively newer but increasingly popular 29 inch mountain bike wheels, and even more recent 700c wheel sizes. However, conventional trainers are meant for only one size bicycle tire and thus a rider would need to have a separate trainer or use boards or the like to elevate the entire trainer if, for example, the user wanted to use a 26 inch trainer with a 29 inch mountain bike.

Many trainers are portable based on the simple fact that they are relatively small. Such trainers are nonetheless heavy, can be awkward to load into car trunks, and can still occupy substantial space when not in use. Portability, however, is important as some users may want to store their trainer when not in use and some users may take their trainer to races and the like in order to warm-up before a race and cool-down afterward.

Finally, fitness training using a power meter, particularly for bicyclists, is increasingly popular. Power meters measure and display the rider's power output (typically displayed in Watts) used for pedaling. Power meters of many different sorts have been adapted for use on bicycles, exercise bicycles and other fitness equipment. Many of these designs, however, are overly complicated, prone to error, and/or prone to failure, and also tend to be relatively expensive.

While bicycle fitness training using a power meter continues to grow in popularity, many bicycle fitness trainers cannot provide a consistent workout, are closed platforms so that they cannot operate with peripheral devices, and cannot be controlled wirelessly. In addition, many bicycle fitness trainers use rollers that the rear wheel engages and rolls on. There is often a high degree of friction, and a relatively large amount of torque for the rider to overcome. The friction tends to impart wear and tear on the tire, hub, bearings, and other components. Additionally, since there is almost always some amount of torque for the rider to overcome, the rider cannot coast and the fitness trainer will slow down the rear wheel relatively quickly compared to normal riding. Using conventional trainers, the riding experience does not feel like a real outdoor ride because there is very little inertia and too much torque. As an example, even if a rider is moving slowly, the rider often feels as if they are riding in sand on the beach. Additionally, conventional bicycle fitness trainers suffer because the riding is affected by air pressure within bicycle tires which is highly variable and based on temperature. The tire pressure level affects the resistance between the tire and the rollers.

In the meantime, smartphone and tablet usage and popularity has soared in recent years. Users of smartphones and tablets have access to a portable device that is capable of communicating with other devices, capable of executing applications, and capable of sending and receiving information with other devices. Smartphones are owned by more than half of American adults and may be carried in a pocket or purse. In addition, smartphones may be more powerful and easier to use than many desktop computers. Thus, smartphone users have ubiquitous access to a relatively powerful, and intuitive computing device which may be held in the palm of a hand.

When purchased, smartphones may come with a number of applications installed. In addition, hundreds of thousands of applications are also available for download and installation. The applications are produced by large companies as well as individual developers. These downloadable applications are available for free or a small price and extend the abilities of the smartphone. For example, a smartphone can be used to make a traditional phone call using a telephone app, send a text or media message using a messaging app, play music by executing a music application, obtain weather information by executing a weather application, obtain news by executing a news application, play a game by executing a game application, provide turn-by-turn navigation assistance by executing a GPS application, and plot out a run on a map by executing a fitness application. New applications are released on a daily basis for download. Accordingly, smartphones may be used in entirely different and new ways by downloading and executing the ever-growing library of available applications. In addition, smartphones are even more useful because many of these downloadable applications are also capable of communicating and interfacing

US 11,090,542 B2

3

with other hardware devices such as portable speakers, heart rate monitors, glucose meters, wireless scales, and fitness devices.

With these thoughts in mind among others, aspects disclosed herein were conceived.

SUMMARY

Briefly described, and according to one embodiment, aspects of the present disclosure generally relate to systems and methods for controlling and operating a bicycle trainer using a computing device. According to one embodiment, the computing device communicates variables to the bicycle trainer using an application programming interface (API). The variables are used by the bicycle trainer to control an electromagnetic brake assembly and simulate a bicycle ride based on the riding mode. In addition, the bicycle trainer communicates variables to the computing device using the API to display realtime bicycle ride information on the computing device.

In one aspect, an exercise device comprises a memory having computer-executable instructions and at least one processor to execute the computer-executable instructions to wirelessly connect the exercise device, receive a training mode, receive at least one variable for determining a power set point, determine the power set point responsive to the training mode and the at least one variable and control a magnetic brake assembly in the exercise device responsive to the power set point

These and other aspects, features, and benefits of the present disclosure will become apparent from the following detailed written description of the preferred embodiments and aspects taken in conjunction with the following drawings, although variations and modifications thereto may be effected without departing from the spirit and scope of the novel concepts of the disclosure.

BRIEF DESCRIPTION OF THE DRAWINGS

Example embodiments are illustrated in referenced figures of the drawings. It is intended that the embodiments and figures disclosed herein are to be considered illustrative rather than limiting.

FIG. 1 is an isometric view of a trainer;

FIG. 1A is a zoom area view of a portion of the trainer illustrated in FIG. 1A with a first leg of the trainer made transparent so as to illustrate internal components of a retention assembly that is used to lock the leg in a folded or use position;

FIG. 2 is a front view of the trainer of FIG. 1;

FIG. 2A is an isometric view of a two-sided spacer that may be employed to mount different size and types of bicycles to the trainer;

FIG. 3 is a left side view of the trainer in FIG. 1;

FIG. 4 is a rear view of the trainer of FIG. 1;

FIG. 5 is a top view of the trainer of FIG. 1;

FIG. 6 is a right side view of the trainer of FIG. 1;

FIG. 7 is a bottom view of the trainer of FIG. 1;

FIG. 8 is a right side view of the trainer of FIG. 1, with an outer flywheel portion of a flywheel assembly removed to illustrate internal components of the flywheel;

FIG. 9A is a first rear isometric view of the trainer with several components hidden or transparent to better illustrate internal components of the flywheel assembly that fix the electromagnetic components and others in place relative to the spinning flywheel portion and also provide for power measurement;

4

FIG. 9B is a second rear isometric view of the trainer with several components hidden or transparent to better illustrate internal components of the flywheel assembly that fix the electromagnetic components and others in place relative to the spinning flywheel portion and also provide for power measurement;

FIG. 10 is a right side view of the trainer with several components hidden or transparent to better illustrate internal components of the flywheel assembly that fix the electromagnetic components and others in place relative to the spinning flywheel portion and also provide for power measurement;

FIG. 11 is an isometric view of a second trainer conforming to aspects of the present disclosure;

FIG. 12 is a left side view of the trainer shown in FIG. 1;

FIG. 13 is a front isometric view of the trainer shown in FIG. 1, the view of FIG. 13 providing the flywheel in transparent view to illustrate various components of an internal flywheel brake assembly;

FIG. 14 is left side view of the trainer shown in FIG. 1, the view including a cover in transparent view to show various components otherwise hidden within the cover;

FIG. 15 is a right side view of the trainer shown in FIG. 1, the view including various flywheel assembly components hidden or in transparent view to illustrate a torque bracket coupling the magnetic brake with the frame;

FIG. 16 is a rear isometric zoomed view of the flywheel assembly with various components hidden or transparent to illustrate the torque member and its relationship with the frame and the flywheel assembly;

FIG. 17 is a front isometric zoomed view of the flywheel assembly with various components hidden or transparent to illustrate the torque member and its relationship with the frame and the flywheel assembly;

FIG. 18 is an electrical schematic of one example of a strain gauge that may be deployed on the torque member to measure the torque on the member, which may be used to measure a riders pedaling power;

FIG. 19 is a block diagram of electrical components involved in obtaining torque data, calculating power data and controlling a magnetic brake of the flywheel, among others and shows components of a bicycle trainer system according to an example embodiment;

FIG. 20 is a flowchart illustrating connecting the bicycle trainer with a computing device executing an application according to an example embodiment;

FIG. 21A is a flowchart illustrating execution of the bicycle system in standard mode according to an example embodiment;

FIG. 21B is a graph illustrating exemplary power curves associated with standard mode according to an example embodiment;

FIG. 22 is a flowchart illustrating execution of the bicycle system in simulation mode according to an example embodiment;

FIG. 23 is a flowchart illustrating execution of the bicycle system in ergometer mode according to an example embodiment;

FIG. 24 is a flowchart illustrating execution of the bicycle system in resistance mode according to an example embodiment;

FIGS. 25A-25E illustrate screenshots of an example application executing on the computing device in communication with the bicycle trainer; and

US 11,090,542 B2

5

FIG. **26** is a block diagram illustrating an example computing device for use with the example embodiments.

DETAILED DESCRIPTION

Aspects of the present disclosure involve a bicycle trainer that provides several advantages over conventional trainers. The trainer includes a vertically adjustable rear axle and cassette (rear bicycle gears) where the user mounts her bicycle to the trainer. Generally speaking, the user removes her rear wheel from the drop outs at the rear of the bicycle (not shown) and then connects the rear axle and cassette of the trainer to the drop outs in the same manner that the rear wheel would be coupled to the bicycle. Additionally, the trainer is configured with a reversible spacer that allows for mounting bicycles, such as mountain bicycles and road bicycles, with different width rear wheels and attendant frame or hub spacing.

The cassette is coupled to a pulley that drives a belt connected to a flywheel or other resistance mechanism such that when the user is exercising, her pedaling motion drives the flywheel. The flywheel includes an electromagnetic brake that is controllable. Further, torque imparted on the flywheel by a rider pedaling a bicycle mounted on the trainer, is measured at a bracket interconnecting a portion of the flywheel with a stationary portion of the frame. Based on power measurements, RPM, heart rate and other factors, the magnetic brake may be controlled. Control of the trainer, and display of numerous possible features (power, RPM, terrain, video, user profile, heart-rate, etc.) may be provided through a dedicated device or through a smart phone, tablet or the like, running a software application ("app") configured to communicate with the trainer.

According to an example embodiment, a device, such as the smartphone or tablet running the app, connects with the bicycle trainer using an application programming interface (API) also known as a framework. The framework is bundled within the app and loaded into memory as needed by the smartphone or tablet. The framework may include shared resources such as a dynamic shared library, interface files, image files, header files, and reference documentation all within a single package. The API is made publically available for download to software developers to use to develop apps for use with the bicycle trainer. As an example, software developers may add the framework to a third party app which provides a user interface for interacting with the bicycle trainer, and upload the app to a repository of apps to be downloaded by smartphone users. The app may be executed by a user's smartphone and communicate with the bicycle trainer using a wireless interface. The app may be used to select and control a mode of operation for the bicycle trainer and provide visual feedback regarding bicycle rides on a display of the smartphone. The apps may also be used as an interface to select power based fitness training, interact or simulate recorded actual rides, simulate hill climbing and descending, and input desired ride variables such as grade, wind, rider weight and bike weight, etc. Accordingly, the framework will allow the bicycle trainer to interface with a variety of different first-party and third-party apps such as bicycle training apps, bicycle ride tracking apps, map apps, multiplayer synchronous game-type apps, asynchronous game apps, course leaderboard apps, course simulation apps, GPS-type apps, etc. Stated differently, the API turns the trainer into an open platform that third parties may use to develop apps to control and obtain information from the trainer.

6

Now referring to the trainer itself and FIGS. **1-7**, the bicycle trainer **10** includes a center leg **12** coupled to and extending rearwardly from a front mounting bracket **14**. The center leg **12** is arranged below the pulley **16** and offset slightly from the longitudinal centerline of the trainer **10**. A pair of support legs **18**, **20** is pivotally coupled to and at opposing ends of the bracket **14**. The first and second support legs **18**, **20** are configured to pivot inward toward the center leg **12** for storage and movement of the trainer **10**, and pivot outward and away from the center leg **12** when the trainer is in use.

Distal the first and second pivotal connections with the bracket **14**, first and second pads **22**, **24** are coupled at the outer end of each of the respective first and second legs **18**, **20**. Additionally, an elongate pad **23** is coupled to a bottom side of the bracket **14**. Each pad **22**, **24** and leg **18**, **20** functions in the same manner so the first pad **22** at the outer end of the first leg **18** is discussed in detail. Referring to FIG. **3**, the pad **22** is adjustably mounted to the leg **18** to allow the trainer **10** to be leveled, transverse the longitudinal centerline, and thereby maintain the mounted bicycle in a side-to-side level orientation. While other alternatives are possible, in the example illustrated in the figures, the leg **18** defines a threaded aperture and the pad **22** is coupled with a threaded member that engages the aperture. An adjustment collar **26** is coupled with the threaded member such that rotation of the collar **26** causes the pad **22** to move vertically relative to the leg **18**.

A main frame member **28** extends vertically and rearwardly from the mounting bracket **14**. The plane in which the main frame member **28** pivots is oriented at about a right angle relative to the plane in which the legs pivot. Accordingly, in one possible implementation, a bubble level **30** (shown in FIG. **2**) is mounted within a recess in the main frame member **28**. The bubble level **30** is mounted parallel with the plane in which the legs **18**, **20** pivot. Thus, when the bubble level **30** reads level, the main frame member **28** is vertical or otherwise perpendicular to the plane defined by the legs **18**, **20**. In such an orientation, any bicycle mounted to the axle will be straight, and not lean to the left or right. With such an integrated level, a user can quickly and easily adjust the pads **22**, **24** on one or both legs and thereby level the trainer **10**, even on an uneven or slanted surface.

Referring to FIG. **1A**, adjacent each pivot, the front mounting bracket **14** defines an upper arcuate surface with a pair of notches **32** corresponding to an inwardly pivoted configuration of the leg **18**, **20**, and an outwardly pivotal (as shown) configuration of the leg **18**, **20**. A retention assembly **34** is coupled with the leg adjacent the upper arcuate surface and notches **32**. The retention assembly **34** includes a spring loaded pin **36** with a user engageable head **38**. The pin **36** supports a collar **40** that fits within the notches **32**. By depressing the pin **36** against the spring **42**, the collar **40** moves downwardly into a recess defined in the leg **18**, **20** and disengages the respective notch **32**. The leg may then be pivoted inwardly or outwardly, and when the user releases the pin **36**, the spring **42** nudges the pin **36** upward causing the collar **40** to engage one of the respective notches **32** securing the leg **18**, **20** in the desired position.

Referring to FIGS. **1** and **2**, among others, the pulley **16**, an axle **44**, a cassette **46**, a flywheel **48** and other components are supported by the main frame member **28** extending rearwardly and upwardly from the pivot mount bracket **14**. The main frame member **28** is pivotably mounted to pivot mount bracket **14** to adjust the height at which the bicycle is supported. Thus, the main frame member **28** may be pivoted

US 11,090,542 B2

7 8

upwardly or downwardly relative to the orientation illustrated in the drawings to vertically adjust the height of the bicycle.

A height adjustment bracket 50, as seen up-close in FIG. 1A, is coupled between the main frame member 28 and the center leg 12 to maintain the main member 28 in a desired height. More specifically, at a rearward end, the adjustment bracket 50 includes a u-shaped portion defining opposing members that are arranged to either side of the center leg 12. Each member defines an aperture. The center leg 12 defines a plurality of apertures 52 along its length that are configured to receive a pin 54 that extends through the member apertures and one of the pluralities of apertures 52 in the center leg 12. In the illustrated example, the aperture opposite the portion of the pin, including a handle portion, is threaded. Similarly, the end of the pin, opposite the handle, is also threaded. By fixing the bracket 50 with one of the plurality of apertures 52 along the center leg 12, a user can raise or lower the main member 28 thereby raising or lowering the axle 44 to which the bicycle is mounted.

Other mechanisms are also possible to secure the bracket 50 to the center leg 12, as well as to elevate the center leg 12. For example, a telescoping vertical member pivotally coupled with the main frame member 28 might be used to adjust the height of the main member 28 and fix the height at a certain location by fixing the amount of telescoping. The height adjustment bracket 50 might include one or a pair of pop pins 37 to secure the u-bracket relative to the apertures in the center leg.

Turning now to mounting a bicycle to the trainer 10, and referring to FIG. 2A, the trainer 10 can be converted for use with bicycles having different sized wheels chain stay, dropout, and/or axle spacing, such as differences in width between typical mountain bikes and road bikes. Generally speaking, road bikes have narrower axle spacing (and wheels and rims) compared to the axle spacing on mountain bikes. In some implementations, such as shown in FIG. 2A, the trainer 10 may include a two-sided axle spacer 56 that allows a user to convert the trainer 10 between use with a road bike and mountain bike, or other sizes, without use of a tool and otherwise very simply. The trainer 10 includes the two-sided spacer 56 that is at the end of the axle 44 (opposite the cassette 46), and which can be reversed depending on what type of bicycle (and its hub) that is being mounted on the trainer. A quick release (not shown) extends through the reversible spacer 56 to hold it, as well as the bicycle, in place and on the trainer 10 when the trainer 10 is in use.

Referring still to FIG. 2A, the two-sided spacer 56 includes a relatively longer cylindrical spacer section 58 adjacent a relatively shorter spacer section 60. The spacer sections 58, 60 are separated by a collar 62 that ensures correct positioning of the spacer 56 by limiting a depth that the spacer 56 is received within an aperture 67 defined in the main member 28. Extending from each spacer section 58, 60 is a dropout mount 64 that is dimensioned to be received in a dropout on a bicycle. The bicycle dropout may be mounted directly on the dropout mount 64, both of which are secured to the trainer 10 by the quick release axle. As shown, an aperture 66 is defined through the spacer 56, which receives the quick release axle. The aperture 67 in the main frame 28 is sized to receive the shorter and longer spacer sections 58, 60. The depth of the aperture 67 in the frame is at least as deep as the longer of the spacer sections 58, 60. Thus, both the longer and the shorter spacer sections 58, 60 fit within the aperture 67. Additionally, by inserting the spacer sections 58, 60 into the frame aperture 67, the spacer 56 is securely held on the bicycle frame. Thus, when a user is

mounting a bicycle, the spacer 56 is held securely on the frame making bicycle mounting easier for the rider. In the orientation shown, when the spacer 56 is inserted in the main frame aperture 67, the shorter spacer section 60 extends from the main frame 28 and the collar 62 abuts the main frame 28. The dropout from a road bike being mounted on the trainer 10 is placed over the dropout mount 64 extending from the shorter section 60. To mount a mountain bike, the spacer 56 is reversed so that the relatively longer spacer section 60 extends from the main frame 28. Similarly, the collar 62 abuts the main frame wall thereby ensuring that the spacer 56 is properly positioned, and the mountain bike dropout is mounted on the dropout mount 64 extending from the relatively longer spacer section 58.

As introduced above, the main frame member 28 supports the flywheel assembly 68. Unlike conventional flywheel assemblies, the present assembly 68 is particularly configured to allow for power measurement. Generally speaking, the trainer 10 determines the amount of power being expended by the rider while pedaling by measuring the torque on a member of the flywheel assembly 68. Torque may be measured through a strain gauge 70 mounted on the member, and the torque on the member may be translated into a wattage measurement reflective of the amount of power expended by the rider.

More particularly and referencing FIGS. 1, 8-10, and others, the flywheel assembly 68 along with the components used for measuring power are now discussed in more detail. The flywheel assembly 68 includes an outer relatively heavy flywheel member 48 that is configured to rotate relative to a plurality of internal components that are substantially fixed relative to the outer rotatable flywheel member 48. The flywheel member 48 is coupled with a flywheel axle 72 that communicates through and is rotatably supported by the main member 28. The flywheel axle 72 also includes a second flywheel pulley 74 that rotates in conjunction with the first flywheel pulley through a belt 76. The belt 76 interconnects the pulleys 16, 74 and may include teeth that correspond to teeth on the first and second pulleys 16, 74. In the depicted arrangement, a user's pedaling force is translated through the belt from the first larger pulley 16 to the second pulley 74 supported on the flywheel axle 72, which in turn causes the flywheel member 48 to rotate.

A belt tensioner assembly 78 is mounted on the main frame 28 and is used to mount and remove the belt 76 to and from the pulleys 16, 74, and also to adjust the tension of the belt 76 for proper function. The belt tensioner bracket 80 is generally L-shaped and supports a tensioner wheel 82 on the end of a longer side of the bracket. The belt 76 is positioned around the tensioner wheel 82, and by adjusting the tensioner wheel 82 fore and aft, the tension on the belt 76 can be increased or decreased. Adjacent the tensioner wheel 82, the bracket 80 defines an elongate aperture 84 through which is positioned a locking bolt 86 mounted to the main frame 28. When the bracket 80 and tensioner wheel 82 are positioned in the appropriate fore/aft position, the bolt 86 is tightened thereby locking the bracket 80 and wheel 82 in place. Finally, on a short portion of the bracket 80, an adjustment screw 88 is connected with a front face of the main frame 28 and through a threaded adjustment aperture in the short portion of the bracket 80. While the bolt 86 is loosened, the adjustment screw 88 may be used to move the bracket 80 fore or aft.

The flywheel member 48 is fabricated partially or wholly with a ferrous material or other magnetic material. The fixed internal components of the flywheel assembly 68 may include a plurality of electromagnetic members 105

US 11,090,542 B2

9

mounted on a core **92**, and provide a magnetic flywheel brake. In some arrangements, the magnetic brake may be computer controlled thereby dynamically adjusting the braking force to simulate any possible riding profile. In the illustrated example, the core **92** defines six T-shaped portions **94** extending radially from an annular main body. A conductor **98**, such as copper wiring, is wound around a neck of the T-shaped portions **94** between the upper portion of the T and the annual or core **92**. The wire may be continuous so that a consistent current flows around each T-shaped portion **94**, core **92**; and a consistent and electromagnet force is generated uniformly around the core **92**. Collectively, the T-shaped portions **94** and wound wiring can generate a magnetic field that magnetically couples with the flywheel member **48**. The trainer includes a processor **100** and associated electronics that allow for the control of a current through the wires thereby inducing a controllable magnetic field from the T-shaped portions **94**. Since the flywheel member **48** is magnetic, by varying the strength of the magnetic fields, the amount of braking force resisting rotation of the flywheel **48** may also be varied.

Turning now more specifically to the mechanisms by which power is measured, the various rotationally fixed portions of the flywheel assembly **68** are connected directly, or indirectly, to a mounting plate **102** adjacent the main member **28**. The mounting plate **102** is rotatably mounted to a tubular member supported by the main frame member **28**. The flywheel axle **72** extends through the center of the tubular member; therefore, the flywheel member **48** is coaxial with the mounting plate **102**. While the mounting plate **102** is rotationally mounted, it is rotationally fixed by a torque bracket **106** connected between the main frame member **28** and the mounting plate **102**. Generally speaking, a strain gauge assembly **70** is mounted on the torque bracket **106**. Because the torque bracket **106** couples the main frame member **28** to the mounting plate **102**, when rotational forces are transferred between the flywheel member **48** and the rotationally fixed components (e.g., magnets) **105**, those forces exert a torque on the torque bracket **106** which is detected by the strain gauge assembly **70**. Without the torque bracket **106**, the entire flywheel assembly **68** would rotate about the flywheel axle **72** rather than only the external flywheel member **48** that is fixed to the flywheel axle **72**. Thus, the pedaling force exerted by the rider translates through the flywheel assembly **68** and is measured at the torque bracket **106** that resists the rotational torque exerted on the flywheel **48**.

More specifically and referring primarily to FIGS. **9A**, **9B**, and **10**, the torque bracket **106** is arcuate and defines a radius generally along a matching radius of the mounting plate **102**. A mid portion, between each end, of the torque bracket **106** is machined and has a strain gauge assembly **120** mounted thereon. One end of the torque bracket **106** defines an aperture through which in a pin **108** extends, the pin **108** is fixed with the main frame **28**. A bushing **109** may support the pin **108** with the torque bracket aperture. A bushing **109** may also be included at the main frame **28**. In either case, at least one end of the pin **108** is floating within a bushing **109**. Thus, the pin **108** resists the rotation of the flywheel **48**. However, while the pin **108** may be fixed without any bushings **109**, by using one or more bushing **109** or other equivalent mechanisms, no unwanted stresses or strains are placed on the pin **108**. At an opposing end of the torque bracket **106**, the torque bracket **106** is secured to the mounting bracket **102** by bolts **101** or otherwise secured to the mounting plate **102**. Thus, the mounting plate **102** is rotatably fixed through a combination of the pin **108** fixed to

10

the main member **28**, the torque bracket **106** connected with the pin **108**, and the torque bracket **106** coupled with the mounting plate **102**. Accordingly, when the flywheel **48** mounted with the flywheel axle **72** is rotated by a user, the rotational force is translated to the flywheel mounting plate **102**. The torque bracket **106**, which is the only member resisting the rotational movement, deflects or is otherwise, placed in tension or compression. The strain gauge assembly **120** detects the deflection and that deflection is translated into a power measurement. The torque arm **106** may be positioned in other alternative locations between the flywheel **48** and some fixed portion of the trainer **10**.

In one particular implementation, a display **110** is wirelessly coupled with a processor **100** that receives the strain gauge **70** measurement and calculates power. The display **110** may wirelessly receive power data and display a power value. The display **110**, being wireless, may be mounted anywhere desirable, such as on a handlebar. The display **110** may also be incorporated in a wrist watch or cycling computer. The power data may also be transmitted to other devices, such as a smart phone, tablet, laptop, and other computing device for real-time display and/or storage. The display **110** and device that receives the strain gauge measurement and calculates power are discussed further in detail herein and is shown in FIG. **19**.

In the example implementation shown herein, a power measurement device (e.g., processor **100**) is mounted on an inner wall of the brake assembly portion of the flywheel **48**. Alternatively, the power measurement device along with other electronics may be mounted within a cap **114** at the top of the mainframe member **28**. The power measurement device may include a housing within which various power measurement, and other electronics are provided, including a Wheatstone bridge circuit **118** that is connected with the strain gauge assembly **120** on the torque bracket **106**, and produces an output voltage proportional to the torque applied to the bracket **106**. The output is sent to a processor **100**, such as through wires or wirelessly, that is mounted within the end cap **114** or as part of the power measurement device, or otherwise. In various possible other implementations, the housing and/or the strain gauge assembly **120** may also be secured to other portions of the torque arm **106**. The strain gauge assembly **120** may involve one or more, such as four, discrete strain gauges **70**. When compression tension forces are applied to the gauges **70** the resistance changes. When connected in a Wheatstone circuit **118** or other circuit, a voltage value or other value proportional to the torque on the bracket **106** is produced.

Within the recessed portion of the torque arm **106**, one or more strain gauges **70** may be provided. Generally speaking, the torque member **106** will be stretched to varying degrees under correspondingly varying forces. The strain gauges **70** elongate accordingly and the elongation is measured and converted into a power measurement. In one particular implementation, the strain gauges **70** are glued to a smooth flat portion of the torque member **106**, such as the machined area **122**. While a machined or otherwise provided recess **122** is shown, the power measurement apparatus may be applied to a bracket with little or no preprocessing of the bracket. The machined portion **122** helps protect the strain gauge from inadvertent contact and amplifies the strain measurement. The machined recess **122** is provided with a smooth flat bottom upon which the strain gauges **70** are secured. To assist with consistency between torque members **106** and thereby assist in manufacturing, a template may be used to apply the strain gauge **70** to the surface within the machined recess **122**. Alternatively, the strain gauge **70** may

US 11,090,542 B2

11                                                                                 12

be pre-mounted on a substrate in a desired configuration, and the substrate mounted to the surface. The side walls of the machined recess 122 also provide a convenient way to locate the housing.

FIGS. 11-17 illustrate an alternative trainer 10 conforming to aspects of the present disclosure. The trainer 10 functions and operates in generally the same manner as the embodiment illustrated in FIGS. 1-10, with some variations discussed below. Overall, the trainer 10 has a pivot mount bracket 14 at the front of the trainer 10. A first leg 18 and a second leg 20 are each pivotally mounted to the mount bracket 14. The legs 18, 20 may be folded out for use (as shown) or folded in for transportation and storage. A retention assembly 34 is positioned adjacent to each pivot to hold the respective leg in either position.

A main frame member 28 extends upwardly and rearwardly from the pivot mount bracket 14. Adjacent to the main frame member 28, a center leg 12 extends rearwardly from the main frame member 28. A pulley 16, rotatably mounted to the main frame 28 and to which an axle 44 and cassette 46 are coupled, is positioned above and in generally the same plane as the center leg 12. Therefore, when the bicycle is mounted on the axle 44 and its chain is placed around the cassette 46, the bicycle is positioned generally along the center of the trainer 10 which falls between the main frame 28 and center leg 12.

To adjust the height of the main member 28 and thereby adjust the height of the rear of any bicycle connected with the trainer 10, a height adjustment bracket 50 is pivotally mounted with the main member 28 and adjustably connected with the center leg 12. More particularly, the adjustment bracket 50 may be pinned at various locations along the length of the center leg 12, the further forward the bracket is pinned, the higher the main member 28 and the further rearward the bracket 50 is pinned, the lower the main member 28.

The trainer 10 may include a handle member 124 coupled with a front wall of the main member. A user may use the handle 124 to transport or otherwise lift and move the trainer 10. In the example shown, the handle 124 is bolted to the main member 28 at either end of the handle. Other handle forms are possible, such as a T-shaped member, an L-shaped member bolted at only one end to the main frame, a pair of smaller handles on either side of the main member as opposed to on the front facing wall of the main member as shown, a pair of bulbous protrusions extending from the sides of the main member and/or the front face of the main member 28, among others.

A generally triangular cover 126 is positioned over the belt 76, belt tensioner 78, flywheel axle 72, flywheel pulley 74, and other adjacent components, in an area between the pulley 16 and the flywheel pulley 74 at the flywheel axle 72. The cover 126 may be composed of a left side and right side that are bolted together. In one example, the left side (shown in FIG. 11) may be removed to provide access to the covered components. As seen in FIG. 12, the flywheel assembly 68 can additionally include a cover 127 that covers the internal components of the assembly 68. FIG. 14 illustrates the cover 126 in transparent view thereby illustrating what components are covered.

Referring now specifically to FIGS. 15-17, a torque bracket 106 is coupled between a flywheel mounting plate 102 and the main member 28. A strain gauge 70 is mounted on the torque bracket 106. The strain gauge assembly 120 is positioned in a full bridge circuit 118 with four grids, with the gauges 70 arranged ninety degrees to each other. The four grids make a square and turn ninety degrees to the

adjacent gauge 70. Two of the gauges 70 are up and down and two of the gauges 70 are side to side, and these matching pairs are on opposite corners from each other. They take a measurement of deflection on the strain gauge member 106. The forces are measured by allowing the brake (the electromagnetic components that resist rotation of the flywheel) to rotate around the same axis as the flywheel 48. The strain gauge member (torque member) 106 stops that rotation, and the force applied to that member 106 is measured. This force due to the motion constraint represents the torque.

The torque bracket 106 defines an aperture at one end, through which a pin 108 extends into the main member 28. A bushing 109 may also be press fit into the aperture with the pin 108 extending through the bushing 109. Two bolts secure the torque bracket 106 to the mounting plate 102. The bracket 106 necks down between the ends. The deflection of the torque bracket 106 is thus focused at the neck 111. Thus, the strain gauges 70 may be positioned on a flat surface of the necked area, as best shown in FIG. 17.

FIG. 18 illustrates one example of strain gauge 70. Each discrete gauge 70, different than described above but functioning similarly (shown in each quadrant of FIG. 18) includes leads connected in a full Wheatstone bridge circuit arrangement 118. Other circuit arrangements are possible that use more or less strain gauges 70, such as a quarter bridge or a half bridge configuration. An input voltage is applied to the bridge circuit 118 and the output voltage of the circuit is proportional to the bending force (torque) applied to the torque member 106. The output voltage may be applied to some form of conditioning and amplification circuitry, such as a differential amplifier and filter that will provide an output voltage to the processor 100. It is further possible to use an analog to digital converter to convert and condition the signal. A method of measuring power among other features is disclosed in application Ser. No. 13/356,487 entitled "Apparatus, System and Method for Power Measurement," filed on Jan. 23, 2012, which is hereby incorporated by reference herein.

Referring to FIG. 18, there are two vertically positioned gauges 70 at the top of the strain gauge assembly 120, and two gauges 70 horizontally arranged at the bottom of the strain gauge assembly 120. The upper, vertical gauges 70 primarily detect deflection of the torque member 106.

Referring now also to FIG. 19, among others, revolution per minute (RPM) of the rear wheel is measured at the pulley 16, such as through an optical sensor 136 and an alternative black and white pattern on the pulley 16. The optical sensor 136 detects the pattern as it rotates by the sensor and thereby produces a signal indicative of RPM. There is an 8:1 gear ratio between the pulley 16 and the flywheel 48 so by knowing the pulley RPM, the flywheel RPM is derived. Alternatively, the flywheel RPM may be measured directly. The measured torque multiplied by the flywheel RPM provides the power value, which may be calculated by the processor 100.

"Power" is the most common measurement of a rider's strength. With measured torque multiplied by the Rad/Sec value (RPM), power is calculated. In one example, the torque measurement and RPM measurements are communicated to a processor 100, and power is calculated. Power values may then be wirelessly transmitted to a second processor 138, coupled with a display 110 providing a user interface 140, using the ANT+® protocol developed by Dynastream Innovations, Inc. The transmitter may be a discrete component coupled with the processor 100 within the housing 116 at the top of the main member 28. The ANT+® protocol in its current iteration is unidirectional.

US 11,090,542 B2

13
14

Thus, power measurement and other data may be transmitted using the wireless ANT+® protocol.

Other protocols and wireless transmission mechanisms may also be employed. In one specific example, the processor **100** is configured to communicate over a BLUETOOTH® connection. For example, a smart phone, tablet or other device that communicates over a BLUETOOTH® connection may receive data, such as power data and RPM data, from the processor **100**, and may also transmit control data to the processor **100**. For example, a smart phone running a bicycle training app may provide several settings. In one example, a rider, interacting through the user interface **140**, may select a power level for a particular training ride. This is known as "standard mode" which is discussed further below. The power level is associated with a power curve associated with RPM measurements of the trainer. As the rider uses the trainer **10**, RPM and power measurements are transmitted to the computing device, and the app compares those values to the power level and transmits a brake control signal based on the comparison. So, for example, if the rider is generating more power than called for by the setting, the app will send a display signal to change cadence (RPM) and/or send a signal used by the processor **100** to reduce the braking force applied to the flywheel **48**, with either change or both, causing the power output of the rider to be reduced. The app will continue to sample data and provide control signals for the rider to maintain the set level.

In another example, the trainer **10** can be programmed to maintain a set power value. This is known as "ergometer mode" which is discussed further below. Thus, when a rider exceeds the set power value, a control signal from the first processor **100** to the second processor **138** increases magnetic braking. Conversely, when the rider is falling below the set power value, the first processor **100** directs the second processor **138** to decrease braking power. These and other examples uses may be realized by apps or other applications developed for the device. Thus, as noted above and further detailed below, the main (first processor and memory) may provide an application programming interface (API) to which connected devices, such as smart phones and tablets running apps, may pass data, commands, and other information to the device in order to control power, among other attributes of the trainer **10**. Since conventional trainers do not have integrated torque and power measurement capability in conjunction with mechanisms to automatically control a magnetic brake, the device opens up countless opportunities to customize control of the trainer **10**, provide power based fitness training, interact or simulate recorded actual rides, simulate hill climbing and descending, coordinate the trainer **10** with graphical information such as speed changes, elevations changes, wind changes, rider weight and bike weight, etc.

FIG. **19** is a system diagram of components of a bicycle trainer system **1900** according to an example embodiment. FIG. **19** illustrates the bicycle trainer system **1900** including a bicycle trainer **1902** which is in communication with a computing device **1904**. This computing device **1904** comprises a processor **138** and memory, and may be a laptop, a smartphone, a tablet, a personal digital assistant, a watch, or any other suitable computing device. According to one specific embodiment, the computing device **1904** is a smartphone, such as an iPhone® or an ANDROID® type device.

The bicycle trainer **1902** includes a strain gauge **70**, a microprocessor **100** and an electromagnet braking system **1914**. As discussed herein, the strain gauges measure the torque applied by the person pedaling the bicycle and that torque measurement may be converted to a power measurement. The electromagnetic braking system is controlled by the microprocessor or other components and imparts a braking resistance on the flywheel, which in turn is felt by the person using the trainer and can be used alone, in a feedback loop or otherwise in conjunction with the measured power generated by the person using the trainer. The electromagnet braking system **1914** may be at least one twelve volt electromagnet which may be variably controlled between zero and twelve volts to produce a larger or smaller electromagnetic braking force. The electromagnets generate braking forces based on the equations disclosed herein.

The microprocessor **100** communicates with the computing device **1904** using wireless protocols including ANT+® and BLUETOOTH® as noted above. The bicycle trainer may thus include an ANT+® radio **1906** and/or a BLUETOOTH® radio **1908** in communication with the microprocessor **100**. The ANT+® radio and the BLUETOOTH® radio report a variety of real-time and historical information to the computing device **1904**, such as speed (revolution per minute (RPM) of the flywheel), current power as measured by the strain gauges, etc. Similarly, the microprocessor **100** may receive information from the computing device **1904** using a wireless protocol. While the embodiment discussed herein uses a wireless protocol to communicate with the external computing device, it is also possible to use a wired connection or other forms of wireless protocols. The trainer **1902** further includes a memory **1910** in the form of a hard disk which may be flash-based, a memory stick, and the like, as well as RAM, ROM and other forms of memory. This memory **1910** may store trainer firmware which is updatable and a physics engine defined by equations for simulating a bicycle ride. Variables for the equations may be temporarily stored in the memory **1910**. This physics engine and variables are discussed further below. In addition, the computing device includes memory **1912** in the form of a hard disk which may be flash-based, a memory stick, and the like, as well as RAM, ROM and other forms of memory. This memory **1912** may store an application to control and operate the trainer **1902** in addition to other data.

FIG. **19** illustrates an overview of wireless communication between the computing device **1904** and the bicycle trainer **1902** according to an example embodiment. As shown in FIG. **19**, the computing device **1904** communicates with the bicycle trainer **1902** via a short range wireless network provided the ANT+® radio **1906** and/or the BLUETOOTH® radio **1908** and this communication is facilitated by an API (framework) **1905** which is bundled within an app installed on the computing device **1904**. Wireless protocols suitable for use with the trainer disclosed herein, or other forms of exercise equipment conforming to aspects of this disclosure, are not limited to ANT+® and BLUETOOTH®, and may further include other wireless protocols capable of API communication.

ANT+® allows a single computing device to communicate with a plurality of bicycle trainers. Accordingly, ANT+® may be used in a gym environment. As an example, a gym may have ten bicycle trainers and a gym member may use a different bicycle trainer for a current workout from a previous workout because the bicycle trainer used during the previous workout may be occupied. In other words, the gym member is not limited to using the same bicycle trainer for each workout. In addition, at the gym a bicycle class organizer could setup a plurality of bicycle trainers for the class so that they provide a similar workout for the entire class, and the use of the ANT+® protocol would allow simultaneous communication and control of many trainers by the instructor. While there are benefits of using ANT+®,

US 11,090,542 B2

15

ANT+® also has drawbacks. As one example, with ANT+® it is possible that more than one user could pair with the same bicycle trainer. This could result in a problem and in certain instances use of BLUETOOTH® may be more desirable.

In contrast to ANT+®, BLUETOOTH® is a one-to-one wireless protocol. This serves as a limit, but it can also be beneficial. This means that each BLUETOOTH® device such as the bicycle trainer **1902** advertises that it is pairable with another device such as the computing device **1904** only until it is paired. A BLUETOOTH® device such as the bicycle trainer **1902** will send radio signals requesting a response from any device with an address in a particular range. In other words, once a bicycle trainer **1902** is paired with a computing device **1904**, it will be paired with that computing device and cannot be paired with another computing device until the bicycle trainer **1902** is unpaired. BLUETOOTH® may be a suitable protocol for a home gym experience because a computing device **1904** such as a smartphone will be paired with a specific bicycle trainer.

According to an example embodiment, the computing device **1904** may execute an app providing a user interface (**110/140**) for the bicycle trainer **1902**. The computing device **1904** and the bicycle trainer **1902** will establish and use a wireless communication protocol such as ANT+® or BLUETOOTH®. The user interface within the app will allow a user to set values for static variables as well as dynamic variables, which individually, collectively and/or in combination, are used to control electromagnetic braking for the bicycle trainer **1902**. Hence, through various possible values, the training experience may be customized and controlled to provide a variety of different experiences for the user. Moreover, app developers, through the API, can create apps to provide such unique experiences. The control of such variables may be done in conjunction with rider feedback, such as the amount of power the rider is using, the cadence of the rider, and other factors. Some values may be preset, and some values may be adjusted by the app or trainer, depending on the type of application executing, the exercise mode, and the like. While discussed herein with reference to an app running on a smart phone to provide control and display functions for the trainer, it is possible for the trainer to include a processor, display and other components to provide command, control and display functions, alone or in combination with one or more external devices **1904**. It is also possible to use wired connections to smart phones, tablets, personal computers or other devices for command, control and display functions. Returning to the example of FIG. **19**, the user may set values for the static variables using the app on the computing device **1904** and the computing device **1904** will communicate these static variables to the bicycle trainer **1902**. In addition, the user may input desired settings for a ride and initial values for dynamic variables and the computing device **1904** will update and communicate dynamic variables to the bicycle trainer **1902**. Stated differently, the static and/or dynamic variables are used to control the amount of electromagnetic resistance at the flywheel and thereby effect whether the rider has to deliver more or less power to turn the cranks. The user interface will also provide real-time and historical ride data for display on the computing device. An example user interface is described below and shown in FIGS. **25**A-**25**E

The static and dynamic variables are used to control electromagnetic resistance in the bicycle trainer **1902** based on the following equation. This equation defines a physics engine for simulating a bicycle ride.

16

Force (total)=(Force (rolling resistance)+Force (slope)+Force (acceleration)+Force (wind resistance))/drivetrain efficiency

In other words, the force that resists (or assists) the motion of the bicycle is the sum of the force to overcome rolling friction (rolling resistance), the force to overcome aerodynamic drag friction, the force needed to accelerate, and the force related to slope or grade.

Force (rolling resistance) is based on a rolling resistance coefficient, and the normal force of the bicycle and the rider caused by gravity.

Force (Wind resistance) is based on a density of the air, rider velocity, a coefficient of wind resistance, and a frontal area of the rider.

Force (Acceleration) is based on a mass of the rider and the bicycle, and acceleration between a starting speed and an ending speed within a period of time.

Force (Slope) is based on the mass of the rider and the bicycle, a grade, and acceleration due to gravity (9.81 m/s$^2$).

Thus, the power that is required to overcome the Force (total), is equal to Force (total)*velocity or speed of the bicycle.

The static variables that may be set in an app on the computing device **1904** may include a weight of a rider, a coefficient of rolling resistance, a coefficient of wind resistance, a frontal area, and an air density. The coefficient of rolling resistance is based upon frictional forces related to bicycle tire tread, wheel diameter, air pressure of bicycle tires, and surface type. A typical coefficient of rolling resistance for typical bicycle tires and surfaces may range between 0.0015 and 0.015. The coefficient of wind resistance is based on the friction of air as the air passes over the rider and bicycle. A typical coefficient of wind resistance for a bicycle and its rider may range between 0.5 and 1.0. Frontal area is based on a bicycle type (mountain, road, etc.) and a girth and height of the rider. Air density is based on altitude, as well as temperature and humidity. These static variables may be set individually by a user or may be preset in an app, and such preset values may be associated with different riding modes, different simulated experiences, different bicycles, a customized setting for a specific user, and the like. Some or all of the values may also be established directly by the trainer.

In one specific example, some of the static variables are set when a user first opens an app and may also be initialized when a workout is initiated and/or when a riding mode is selected and remain constant until a new riding mode is selected or they are individually updated. These static variables may be stored in memory within an app and based on user entered information such as a particular bicycle type, a wheel size, and a rider profile which includes the rider's height and weight. As an example, a mountain bicycle will weigh more, and produce more drag than a road bicycle. A mountain bicycle may also have larger tires with a thicker tread than a road bicycle, and as a result, provide a higher coefficient of rolling resistance. In addition, a larger rider will weigh more, and produce more aerodynamic drag than a smaller rider. Using the information entered by the user, the app accesses a coefficient of rolling resistance, a coefficient of wind resistance, and a frontal area. As an example, using the app, a user can select a bicycle type, and predetermined coefficients for the bicycle type are automatically used (e.g., rolling resistance and wind resistance). In other words, the app can store and use pre-determined coefficients in memory associated with the app or the user can use the app to enter the coefficients.

US 11,090,542 B2

17

Some of the static variables may be modified during a ride. As an example, the coefficient of rolling resistance may be modified and come into play when the mode is set to be simulation mode, and may change in real-time if a simulated riding surface were to change from smooth pavement to a dirt road. For example, a rider may choose a simulation of a ride which includes a portion on a road in a city and then transitions to another portion on a bicycle trail which includes a stretch of dirt road. As the simulation progresses, the coefficient of rolling resistance may begin at a lower value during the road portion of the ride and as the rider moves onto the stretch of dirt road, the coefficient of rolling resistance will increase. Accordingly, the microprocessor will received the static variable change and will cause an increase in electromagnetic braking thereby causing the rider to pedal harder (in the same gear) and/or faster (in a smaller gear) to continue at a same velocity.

According to an example embodiment, dynamic variables may include speed, power, grade, and wind speed. Speed and power are based on the rider's pedaling input measured by the bicycle trainer **1902** as cadence and power, and are updated as the bicycle trainer is being used by the rider. Speed and power may be used locally at the microprocessor and may also be communicated to the computing device **1904**. Grade and wind speed may be set using the computing device **1904** based on rider input such as a riding mode and desired ride settings, and updated by the app automatically. In addition, grade and wind speed also may be manually input by the rider. In one specific implementation, the computing device **1904** will communicate an initial value for grade and wind speed and all changes to the grade and wind speed to the bicycle trainer **1902** using the API **1905**.

As a result, using the physics engine, the bicycle trainer **1902** will continually determine a power set point, which translates to an amount of electromagnetic braking, based on the static variables, dynamic variables, and instantaneous speed of the rider. At a same time, the bicycle trainer **1905** will measure and calculate an instantaneous power output of the rider, which power may also be used to calculate the power set point. According to an example embodiment, the bicycle trainer **1902**, and specifically the microprocessor, will continually adjust a PWM signal delivered to the electromagnetic braking system at a rate of 64 Hz. The PWM signal adjustment controlling the electromagnetic braking is based on instantaneous power and speed provided by the rider and the power set point which is determined based on the static variables, grade, and wind speed communicated from the computing device **1904**. The bicycle trainer **1902** will measure instantaneous flywheel speed based on how fast the rider is pedaling and calculate the power the rider is using to pedal based on torque applied at the flywheel **48** and compare the measurements with the power set point based on the static and dynamic variables to determine if more or less electromagnetic braking is required. This continual adjustment of the electromagnetic braking is accomplished using firmware stored within the bicycle trainer memory **1910**. The bicycle trainer firmware uses a Proportional, Integral, and Derivative (PID) flywheel brake controller **1907** as shown in FIG. **19** and associated with the flywheel assembly **68** to smoothly and efficiently adjust the electromagnetic braking to match the power set point.

In short, the dynamic variables which are set using the computing device **1904** are updated on an as needed basis and may frequently change during a workout. As an example, the grade of a bicycle path and a wind speed may be constantly changing throughout a workout as a user rides

18

on a windy, hilly, simulated course. Thus, the bicycle trainer **1902** will continually update a power set point based on the variables received from the computing device **1904** and the instantaneous speed of the rider based on the rider's pedaling of the bicycle trainer **1902**. The bicycle trainer **1902** is able to control the feel of a ride through electromagnetic resistance to simulate a windy hill climb by increasing the electromagnetic resistance (and then reducing the electromagnetic resistance when descending the hill or experiencing a strong tail wind).

As an example, a rider can be traveling at a set speed up a simulated hill that suddenly gets steeper. The bicycle trainer **1902** will calculate a theoretical power output of the rider using the physics engine, dynamic variables, static variables, and instantaneous speed. This is the instantaneous power set point. If the instantaneous power does not match the instantaneous power set point, the bicycle trainer **1902** will adjust the resistance until a match is achieved. The adjustment of the resistance may be executed over a two-three second time span, or any other pre-determined appropriate time span. If the rider is unable to maintain a power output, the rider's speed will drop, and the instantaneous power set point will also drop. If the rider's power output is higher than the power set point, the rider's speed will rise and the instantaneous power set point will also rise. Thus, the bicycle trainer **1902** provides the rider with an experience that they would have on an actual bicycle ride.

According to an example embodiment, the API **1905** provides a bridge or interface between the app executing on the computing device **1904** and the bicycle trainer **1902**. The API is distributed as the framework, which provides a convenient means of packaging headers and binaries into a single logical unit. As the framework is static, libraries may be linked into an application build. The framework need not be installed on the computing device **1904**, but rather is linked and compiled into a final application binary.

As a general notion, the API **1905** is the mechanism through which various possible static and dynamic variables described above may be transmitted from the computing device **1904** to the trainer **1902** in order to control the electromagnetic resistance of the flywheel **48**. The bicycle trainer **1902** may calculate cadence (RPM) and a current velocity based on rider pedal input received by the bicycle trainer **1902** and maintain or alter the electromagnetic resistance based on the power set point. Using the cadence, speed of the rider, and current electromagnetic resistance of the flywheel **48**, the bicycle trainer **1902** is able to communicate a current rider power in watts to the computing device **1904** using the API **1905**. The cadence, speed of the rider, and current rider power in watts may be displayed within user interface of the app **140** in addition to a variety of other information as described below.

According to an example embodiment, the API or framework **1905** may be downloaded from a publicly available website. After downloading the API **1905** from the website, an application developer can import the framework **1905** into an application by using an integrated development environment (IDE) such as XCODE®. XCODE® includes a plurality of software development tools which have been developed by APPLE® for developing software for the MAC® and iOS® devices. The API **1905** is not limited to use with MAC® and iOS® devices. As an example, the API **1905** may provide an interface between the bicycle trainer **1902** and iOS® devices, ANDROID® devices, WINDOWS® devices, and other similar computing devices. Furthermore, the IDE is not limited to XCODE® and can include other IDEs such as ECLIPSE®, etc.

US 11,090,542 B2

<table>
<tr><td>19</td><td>20</td></tr>
</table>

According to an example embodiment, a primary class of the API **1905** is WFHardwareConnector. As an example, this class enables a developer using a Mac to write an app to configure the bicycle trainer **1902** via the computing device **1904** and retrieve data from available ANT+® and BLU-ETOOTH® sensors within the bicycle trainer **1902** using the framework or API **1905**. The API **1905** may include mir-rored functionality and identical command sets for both BLUETOOTH® and ANT+®. The functionality included in the framework **2002** may be used to communicate static and dynamic variables to the bicycle trainer **1902** in order to

update a power set point in the bicycle trainer **1902** based on rider input and settings within the app executing on the computing device **1904**. In addition, the functionality included in the framework may be used to communicate real-time rider data including power and speed from the bicycle trainer **1902** to the app to be displayed on the computing device **1904**.

Example source code for displaying real-time rider data from the bicycle trainer **1902** on the computing device **1904** is provided below. Included below is an example header file as well as an example implementation file.

```
//
// BikePowerViewController.h
//
//
#import <UIKit/UIKit.h>
#import "WFSensorCommonViewController.h"
@class WFBikePowerConnection;
@interface BikePowerViewController : WFSensorCommonViewController
{
        UILabel* eventCountLabel;
        UILabel* instantCadenceLabel;
        UILabel* accumulatedTorqueLabel;
        UILabel* instantPowerLabel;
        UILabel* speedLabel;
}
@property (readonly, nonatomic) WFBikePowerConnection* bikePowerConnection;
@property (retain, nonatomic) IBOutlet UILabel* eventCountLabel;
@property (retain, nonatomic) IBOutlet UILabel* instantCadenceLabel;
@property (retain, nonatomic) IBOutlet UILabel* accumulatedTorqueLabel;
@property (retain, nonatomic) IBOutlet UILabel* instantPowerLabel;
@property (retain, nonatomic) IBOutlet UILabel* speedLabel;
@property (retain, nonatomic) IBOutlet UILabel *speedUnitsLabel;
@property (retain, nonatomic) IBOutlet UILabel *pedalRightLabel;
@property (retain, nonatomic) IBOutlet UILabel *pedalLeftLabel;
@property (retain, nonatomic) IBOutlet UIProgressView *pedalPower;
- (IBAction)calibrateClicked:(id)sender;
@end
//
// BikePowerViewController.m
//
//
#import "BikePowerViewController.h"
#import "BikePowerCalibration.h"
/////////////////////////////////////////////////////////////
// BikePowerViewController Implementation.
/////////////////////////////////////////////////////////////
@implementation BikePowerViewController
@synthesize eventCountLabel;
@synthesize instantCadenceLabel;
@synthesize accumulatedTorqueLabel;
@synthesize instantPowerLabel;
@synthesize speedLabel;
@synthesize speedUnitsLabel;
@synthesize pedalRightLabel;
@synthesize pedalLeftLabel;
@synthesize pedalPower;
#pragma mark -
#pragma mark UIViewController Implementation
//-------------------------------------------------------------------------
- (void)dealloc
{
        [eventCountLabel release];
        [instantCadenceLabel release];
        [accumulatedTorqueLabel release];
        [instantPowerLabel release];
        [speedLabel release];
    [pedalRightLabel release];
    [pedalLeftLabel release];
    [pedalPower release];
    [speedUnitsLabel release];
    [super dealloc];
}
//-------------------------------------------------------------------------
- (void)didReceiveMemoryWarning
{
        // Releases the view if it doesn't have a superview.
```

US 11,090,542 B2

<table>
<tr><td>21</td><td>22</td></tr>
</table>

-continued

```
    [super didReceiveMemoryWarning];
        // Release any cached data, images, etc that aren't in use.
}
//-----------------------------------------------------------------------
- (id)initWithNibName:(NSString *)nibNameOrNil bundle:(NSBundle *)nibBundleOrNil

{
    if ( (self=[super initWithNibName:nibNameOrNil bundle:nibBundleOrNil]) )
    {
        sensorType = WF_SENSORTYPE_BIKE_POWER;
    }
    return self;
}
//-----------------------------------------------------------------------
- (void)viewDidLoad
{
    [super viewDidLoad];
    self.navigationItem.title = @"Bike Power";
}
//-----------------------------------------------------------------------
- (void)viewDidUnload
{
    [self setSpeedUnitsLabel:nil];
    [self setPedalPower:nil];
    [self setPedalLeftLabel:nil];
    [self setPedalRightLabel:nil];
        // Release any retained subviews of the main view.
        // e.g. self.myOutlet = nil;
}
#pragma mark -
#pragma mark WFSensorCommonViewController Implementation
//-----------------------------------------------------------------------
- (void)resetDisplay
{
    [super resetDisplay];
        eventCountLabel.text = @"n/a";
        instantCadenceLabel.text = @"n/a";
        accumulatedTorqueLabel.text = @"n/a";
        instantPowerLabel.text = @"n/a";
        speedLabel.text = @"n/a";

}
//-----------------------------------------------------------------------
- (void)updateData
{
    [super updateData];
        WFBikePowerData* bpData = [self.bikePowerConnection getBikePowerData];
        WFBikePowerRawData* bpRawData = [self.bikePowerConnection
getBikePowerRawData];
        if ( bpData != nil )
        {
        // update the basic data.
            eventCountLabel.text = [NSString stringWithFormat:@"%ld",
bpData.accumulatedEventCount];
        accumulatedTorqueLabel.text = [NSString stringWithFormat:@"%1.0f",
bpData.accumulatedTorque];
        // POWER
        //instantPowerLabel.text = [NSString stringWithFormat:@"%d", bpData.instantPower];
        instantPowerLabel.text = [bpData formattedPower:FALSE];
        // CADENCE
        if(bpData.cadenceSupported)
        {
        //instantCadenceLabel.text = [NSString stringWithFormat:@"%d",
bpData.instantCadence];
            instantCadenceLabel.text = [bpData formattedCadence:FALSE];
        }
        else
        {
            instantCadenceLabel.text = @"n/a";
        }
        // SPEED
        if(bpData.wheelRevolutionSupported)
        {
        //double spd = 0.06 * instantWheelRPM *
hardwareConnector.settings.bikeWheelCircumference;
            speedLabel.text = [bpData formattedSpeed:FALSE];
            speedUnitsLabel.text = hardwareConnector.settings.useMetricUnits ? @"kph" : @"mph";
        }
        else
        {
            speedLabel.text = @"n/a";
```

US 11,090,542 B2

23           24

-continued

```
    }
    //Update Pedal power
    if(bpRawData.powerOnlyData.pedalPowerSupported)
    {
        //Some power meters don't know the difference between left and right
        if(bpRawData.powerOnlyData.pedalDifferentiation)
        {
            pedalRightLabel.text = @"R";
            pedalLeftLabel.text = @"L";
        }
        else
        {
            pedalRightLabel.text = @"?";
            pedalLeftLabel.text = @"?";
        }
        //set the actual power contribution
        pedalPower.progress = 1.0-bpRawData.powerOnlyData.pedalPowerContributionPercent;
        pedalRightLabel.text = [NSString stringWithFormat:@"%@ %g%%",
pedalRightLabel.text, (bpRawData.powerOnlyData.pedalPowerContributionPercent*100.0)];
        pedalLeftLabel.text = [NSString stringWithFormat:@"%@ %g%%",
pedalLeftLabel.text, ((1.0-
bpRawData.powerOnlyData.pedalPowerContributionPercent)*100.0)];
    }
    else
    {
        //Not supported, disabled
        pedalRightLabel.text = @"X";
        pedalLeftLabel.text = @"X";
        pedalPower.progress = 0.5;
    }
    }
    else
    {
        [self resetDisplay];
    }
}
#pragma mark -
#pragma mark BikePowerViewController Implementation
#pragma mark Properties
//----------------------------------------------------------------------------
- (WFBikePowerConnection*)bikePowerConnection
{
    WFBikePowerConnection* retVal = nil;
    if ( [self.sensorConnection isKindOfClass:[WFBikePowerConnection class]] )
    {
        retVal = (WFBikePowerConnection*)self.sensorConnection;
    }
    return retVal;
}
#pragma mark Event Handlers
//----------------------------------------------------------------------------
- (IBAction)calibrateClicked:(id)sender
{
    // configure and display a power calibration view controller.
    BikePowerCalibration *calView = [[BikePowerCalibration alloc]
initWithNibName:@"BikePowerCalibration" bundle:nil];
    calView.bikePowerConnection = [self bikePowerConnection];
    [self.navigationController pushViewController:calView animated:TRUE];
    [calView release];
}
@end
```

The source code provided above is a "view" part of an example app which is based on the model-view-controller software architecture pattern. In other words, the example code is used to generate a view, or dynamic output representation of data to be displayed as a user interface **140** on the computing device **1904** using data obtained from the bicycle trainer **1902**. The updateData method in the source code provided above is called more than once a second while the app is being executed on the computing device **1904** and is used to obtain updated real-time data from the bicycle trainer **1902** using the bikePowerConnection object.

First, the updateData method includes code to instantiate and populate data fields of the bikePowerConnection with power data from the bicycle trainer **1902** which is based on the power that the rider is using to pedal.

Next, the updateData method includes code which is used to read the data fields of from the bikePowerConnection object. An instantaneous power of the rider is read using bpData.instantPower, an instantaneous cadence of the rider is read using bpData.instantCadence, and a current speed of the rider is read using instantWheelRPM*hardwareConnector.settings.bikeWheelCircumference. As noted above, the strain gauge member **70** (torque member) is mounted on the member between the trainer frame and electromagnetic brake and measures the force (torque) applied to that member when the rider is pedaling. This force due to the motion constraint represents the torque and is used to calculate the

US 11,090,542 B2

25

26

power the rider is using to pedal. Also as noted above, revolution per minute (RPM) of the rear wheel is measured at the pulley **16**, such as through an optical sensor **136** and an alternative black and white pattern on the pulley **16**. Instantaneous speed is based on the revolution per minute (RPM) of the flywheel **48**. In short, the trainer **1902** measures the instantaneous speed (how fast the rider is pedaling) based on the RPM of the flywheel **48**, the instantaneous cadence (the number of revolutions of the crank per minute), and calculates the power the rider is using to pedal based on torque applied at the flywheel **48** and the instantaneous speed.

The updateData method also includes code to format and display the data obtained from the bicycle trainer **1902** via the API **2002** on the display **110** of the computing device **1904** using UILabels. Based on the understanding of the framework **2002** and its usage, the bicycle trainer system **1900** is further described below.

FIG. **20** is a flowchart of a process **2000** of starting up the bicycle trainer system **1900** and connecting the bicycle trainer **1902** with a computing device **1904** executing an app having the framework bundled therein according to an example embodiment. As shown in FIG. **20**, the process **2000** begins in step **2002** when the bicycle trainer **1902** establishes communication with the computing device **1904**. The computing device **1904** may be executing a fitness app downloaded from an app repository which provides a user interface for the bicycle trainer **1902**. According to an example embodiment, the communication between the bicycle trainer **1902** and the computing device **1904** may be established using a short range wireless network operating on a wireless protocol. In step **2004**, if the bicycle trainer **1902** is determined to be wirelessly connected to the computing device **1904**, then in step **2006** the user can select a riding mode using the app. In step **2008**, the user may begin riding the bicycle trainer **1902** using the selected riding mode. However, if in step **2004** the bicycle trainer **1902** is determined to not be wirelessly connected to the computing device **1904**, then in step **2010** the bicycle trainer **1902** may default to a standard riding mode and the user may begin a training ride in standard mode. By default, in step **2010**, if not wirelessly connected to the computing device **1904** the bicycle trainer **1902** will operate in standard mode at or level 2. Standard mode and other riding modes are further described below.

According to an example embodiment, each of these riding modes is based on a feedback loop executed by the PID controller **1907** in the flywheel assembly **68** whereby the bicycle trainer **1902** measures the power output until the riding mode ends and compares the power output of the rider with the power set point. Power (in watts) is calculated according to the physics engine described above whereby the power set point=Force (total)*velocity. The riding modes discussed below are based on this equation and the Force (total) may be modified every 64 Hz by the electromagnetic braking system **1914**. Thus, the bicycle trainer **1902** determines the current wheel speed and current RPMs and continually adjusts the Force (total) based on a number of factors and variables determined by the current riding mode.

A user of the bicycle trainer **1902** may desire to have an interval workout. Generally speaking, an interval workout involves a rider pedaling the trainer **1902** at some elevated cadence, speed, and/or power for a period of time, resting, and then repeating the sequence. As an example, if a rider's power threshold is about 250 watts, the rider may desire to perform threshold training at 120% of their threshold for five

minute intervals, and then rest for two minutes and then repeat. By way of the computing device **1904**, the bicycle trainer **1902** can provide the appropriate electromagnetic resistance so that the rider has to maintain 300 watts of power (at some speed or cadence) for five minutes. Additionally, the trainer can measure the rider's power and display that value during each interval. In one example, the rider may enter their functional power threshold value into the app or a user profile that may be accessed by one or more apps, and simply set the percentage of that number for the interval session. This workout can be provided via ergometer mode. Ergometer mode is shown in FIG. **23**.

Besides ergometer mode, the system **1900** also provides the user with other possible modes. For example, a user may also desire to ride a simulated real world course, with ascents and descents, and experience simulated weather along the course which may dynamically affect variables such as grade based on the ascents and descents, wind speed as the wind changes, and coefficient of rolling resistance if a portion of the course has a different riding surface and/or is wet. Such a workout may be provided via simulation mode as well as a third-party app that extends simulation mode. One method of providing simulation mode is shown in FIG. **22**, and described in more detail below.

Instead of simulating a course, a user may desire a quick and simple workout, which can be provided via standard mode. In standard mode, the user may select a level from 0-9 using the app, this level will be communicated from the computing device **1904** to the bicycle trainer **1902**, and the workout will begin. Each level 0-9 represents a pre-set power curve based on a speed of a rider. One method of providing standard mode is shown in FIG. **21A**, and described in more detail below.

In addition, a user may desire to simply experience a level of brake resistance and work to pedal against that brake resistance. A user can directly control brake resistance through a resistance mode, which is shown and discussed in more detail below with reference to FIG. **24**.

The bicycle trainer **1902** is not limited to these example riding modes and additional riding modes and experiences may be provided via an app using the framework **1905**. In other words, the bicycle trainer system **1900** and its framework or API **1905** are an open platform and with correctly passed variables from an app being executed on the computing device **1904**, an app developer may define a wide array of fitness routines using the bicycle trainer **1902**. In other words, an app developer can create additional riding modes for the bicycle trainer **1902** by creating an app executed on the computing device **1904** that communicates with the bicycle trainer **1902** using the API **1905**. The computing device **1904** can communicate data to the bicycle trainer **1902** using the API **1905** and the bicycle trainer **1902** can store data related to the additional riding modes. As another example, the bicycle trainer **1902** can provide additional riding modes via a firmware update. The firmware update can be sent directly to the bicycle trainer **1902** using a network connection or sent from the computing device **1904** to the bicycle trainer **1902** using a network connection.

FIG. **21A** is a flowchart of a process **2100** illustrating a standard riding mode for the bicycle trainer system **1900** according to one possible example embodiment. This standard riding mode is also known as normal mode or level mode. In standard mode, the bicycle trainer system **1900** can set a progressive resistance curve as shown in FIG. **21B**. Generally speaking, in standard mode, the faster that the rider pedals, the more difficult the ride will become, simulating rolling resistance and air resistance by increasing

US 11,090,542 B2

27

electromagnetic braking along the curves. In one specific implementation, standard mode may be based on the following pseudocode:

```
TrainerBeginWirelessCommunication( ); // Either ANT+ ® or
BLUETOOTH ®
TrainerSetStandardMode(Level); // The level value is transmitted
to the trainer
TrainerBeginStandardMode( );
TrainerEndStandardMode( );
The pseudocode is explained below in view of Figure 21A and
Figure 21B.
```

As shown in FIG. **21**A, the process, which is a feedback loop, begins in step **2101**. In step **2102**, the user selects standard mode using the computing device **1904**. As an example, the user may provide input to the computing device **1904** executing the app by selecting a selection displayed on a display **110** of the computing device **1904**. The display **110** may be a touchscreen, and the user may touch a "standard mode" selection that is displayed. In step **2104**, the user may also select a difficulty level by selecting one of level 0, 1, 2, 3, 4, 5, 6, 7, 8, or 9. Here, the selected difficulty may pertain to the level of electromagnetic resistance applied as well as the amount of increase in electromagnetic resistance applied as the rider increases speed. Depending on the applied electromagnetic resistance, the rider will have to deliver a certain amount of power to maintain a target cadence depending on whatever gear the rider selects and the power and cadence are displayed. With the trainer, the rider is able to change rear gears.

In standard mode, all static variables and dynamic variables will be set to default values except for grade and the user will experience a training ride which provides a level of grade (and associated electromagnetic resistance) based on the level chosen. Grade is the amount of slope or incline or decline of the simulated riding surface to the horizontal. As an example, grade may be expressed as a percentage calculated based on the equation 100*rise/run. The grade variable is set so as to sequence through progressively greater values (associated with progressively higher applied electromagnetic braking) to simulate a progressively steeper grade based on the level chosen. Thus, the grade dynamic variable will be continually updated by the computing device **1904** based on the level selected by the rider and a power set point will directly coincide with any changes in the rider's instantaneous speed. As an example, a ride in level 2 on the bicycle trainer **1902** would simulate the experience of riding on a hill with a 1% grade. When in standard mode, if the rider is riding up a hill and wants to move faster, the ride will get more difficult. As a result, as a rider increases speed, the rider will experience an increase in resistance and an increase in power.

According to an example embodiment, a difficulty level of 0 provides the rider with a training experience that mimics a flat bicycle ride, with the trainer at a relatively constant and relatively low amount of electromagnetic braking. A difficulty level of 9, in contrast, provides a simulated hill grade of 4.5% and more resistance for a same given speed. Once the level is selected, in step **2106**, the computing device **1904** will receive the selected level and store the selected level in temporary memory in the computing device **1902** until a new level or different riding mode is selected. In step **2108**, the computing device **1904** will set variables based on the selected level to begin a standard mode workout and communicate the variables to the bicycle trainer **1902** using the API.

28

According to an example embodiment, and as shown in FIG. **21**B, the grade percentage will be set to 0.05*the level selected by the rider. Based on the selected level, the grade will range from 0% to 4.5%. In other words, a difficulty level of 0 will include no grade during a ride, a difficulty level of 5 will simulate a consistent 2.5% grade, and a difficulty level of 9 will simulate a consistent 4.5% grade. The levels are translated to a grade value by multiplying the selected level (0-9) by a grade factor. According to an example embodiment, the grade factor is 0.05%. This translated grade is used along with pre-determined default static variables.

FIG. **21**B shows that level 0 (**2150**) provides 0% grade and approximately 110 watts of power when a rider has a velocity of 15 mph. Level 1 (**2152**) provides 0.5% grade and approximately 140 watts of power when a rider has a velocity of 15 mph. Level 2 (**2154**) provides 1.0% grade and approximately 170 watts of power when a rider has a velocity of 15 mph. Level 3 (**2156**) provides 1.5% grade and approximately 200 watts of power when a rider has a velocity of 15 mph. Level 4 (**2158**) provides 2.0% grade and approximately 220 watts of power when a rider has a velocity of 15 mph. Level 5 (**2160**) provides 2.5% grade and approximately 250 watts of power when a rider has a velocity of 15 mph. Level 6 (**2162**) provides 3.0% grade and approximately 280 watts of power when a rider has a velocity of 15 mph. Level 7 (**2164**) provides 3.5% grade and approximately 310 watts of power when a rider has a velocity of 15 mph. Level 8 (**2366**) provides 4.0% grade and approximately 340 watts of power when a rider has a velocity of 15 mph. Level 9 (**2168**) provides 4.5% grade and approximately 370 watts of power when a rider has a velocity of 15 mph.

In step **2110**, the bicycle trainer **1902** will use the physics engine to calculate an appropriate power output for the rider based on the rider's threshold, the difficulty level, and an instantaneous speed of the rider. As noted above, and as shown in FIG. **21**B, the power output is equal to Force (total)*velocity of the rider. Thus the physics engine may determine a fluctuating Force (slope) which is based on the grade.

In step **2112**, the bicycle trainer **1902** will execute the feedback loop to continually adjust a PWM pulse rate based on instantaneous speed of the rider and a power set point based on the selected level. Stated differently, the trainer measures the instantaneous speed (how fast the rider is pedaling) and calculates the power the rider is using to pedal based on torque and wheel speed, and compares those measurements to the power set point for the portion of the exercise routine, to determine if more or less braking is required. So, for example, if the rider is delivering the power for the selected difficulty level, then the bicycle trainer **1902** will not alter the applied electromagnetic braking, whereas if the rider is not maintaining their power, then the PWM signal may be modified to increase or decrease the amount of electromagnetic braking. The bicycle trainer **1902** provides the electromagnetic braking by sending the PWM signal to the PID controller **1907** as shown in FIG. **19** and associated with flywheel assembly **68**.

In step **2114**, the computing device **1904** will receive a wireless communication from the bicycle trainer **1902** using the API **1905** and display ride information on display **110** such as an instantaneous speed and power which are being measured and/or calculated by the trainer. In step **2116**, the bicycle trainer **1902** will determine whether the user continues to operate the bicycle trainer **1902** in standard mode. If the user continues to operate the bicycle trainer **1902** in standard mode, then the workout will continue and the

US 11,090,542 B2

29

bicycle trainer **1902** will continue to communicate with the computing device **1904**. If the user ends standard mode, then in step **2118** the workout may be modified to another riding mode or ended.

FIG. **22** is a flowchart of a process **2200** illustrating simulation mode for the bicycle trainer system **1900** according to an example embodiment. In simulation mode, the rider can enter information using the app such as rider weight, bicycle type, bicycle weight, riding position, headwind, grade, etc. and the bicycle trainer system **1900** will model a power curve using the physics engine to simulate a real world riding experience.

According to an example embodiment, the app on the computing device **1904** will model the power curve and communicate this power curve to the bicycle trainer **1902** using the API **1905**. According to an additional example embodiment, the app on the computing device can communicate static and dynamic variables to the bicycle trainer **1902** using the API **1905** and the bicycle trainer may determine a required power for a given instantaneous rider speed. This required power is the power set point and determined using the physics engine whereby Force (total) =((Force (rolling resistance)+Force (slope)+Force (acceleration)+Force (wind resistance))/drivetrain efficiency. According to the example embodiment described below, the simulation input may include variables for a coefficient of rolling resistance, a weight of the rider and bicycle, and wind speed. Using these variables, the bicycle trainer **1902** will determine a power required at a particular speed and grade and adjust the resistance accordingly using the PID controller **1907** as shown in FIG. **19** associated with flywheel assembly **68**.

Thus, as an example, the power needed to simulate wind resistance may be 150 watts, the power needed to simulate normal force due to gravity may be 150 watts, and the power needed to simulate rolling resistance may be 25 watts. At this particular power set point, there is no slope, and thus grade does not factor into the power set point. Thus, according to an example embodiment, the power needed to simulate the ride at a particular instant and associated power set point at that instant along the power curve may be 325 watts. This simulation may be based on the following pseudocode:

```
TrainerBeginWirelessCommunication( ); // Either ANT+® or
BLUETOOTH ®
TrainerSetSimMode( );
TrainerSetWindResistance(Value); // The value is transmitted to the trainer
TrainerSetWeight(Rider Weight + Bicycle Weight); // The value is
transmitted to the trainer
TrainerSetRollingResistance(Value); // The value is transmitted
to the trainer
TrainerBeginSimMode( );
TrainerEndSimMode( );
The pseudocode is explained below in view of Figure 22.
```

Thus, for any given set grade and speed, as provided in the pseudocode above, power is determined based upon wind resistance, gravity, and rolling resistance which may continually change during the ride and the bicycle trainer **1902** will compute the power required. As provided above, a power output for the bicycle trainer **1902** will be based on Force (total) and an instantaneous speed of the rider.

Referring now to FIG. **22**, the process, which is a feedback loop, begins in step **2201**. In step **2202**, the user selects simulation mode using the computing device **1904**. As an example, the user may provide input to the computing device **1904** which is executing the app by selecting a

30

selection displayed on a display **110** of the computing device **1904**. The display **110** may be a touchscreen, and the user may touch the selection which is displayed on the display **110** of the computing device **1904**. In step **2204**, static and dynamic variables may be received by the app. The static variables are set by the user by entering the variables into fields provided in the app such as a weight of the rider and a weight of the bicycle. These static variables may be stored in a user's rider profile which is within the app. In simulation mode or a third-party-app-based variant of simulation mode that further extends simulation mode, the user may enter dynamic variables such as grade and wind speed or select a real-world course from a list of courses and the computing device **1904** will determine rolling resistance, grade and wind speed based on course information. The course information may include but is not limited to GPS course information, realtime, historical, average, or random wind, and realtime, historical, average, or random weather information. This information may be used to determine Force (rolling resistance)+Force (slope)+Force (acceleration)+ Force (wind resistance).

In step **2206**, the computing device **1904** communicates the static variables and the dynamic variables to the bicycle trainer **1902** using the API **1905**. In step **2208**, the bicycle trainer **1902** will use the physics engine to determine a power curve based on the variables and calculate an appropriate power output for the power set point based on an instantaneous speed of the rider. As noted above, the power output is equal to Force (total)*velocity of the rider. Thus, the physics engine may provide a fluctuating Force (total) which is based on the power curve. In step **2210**, the bicycle trainer **1902** will execute the feedback loop to continually adjust a PWM pulse rate based on instantaneous speed of the rider and a power set point. Stated differently, the bicycle trainer **1902** will measure the instantaneous speed (how fast the rider is pedaling) and calculate the power the rider is using to pedal based on torque applied at the cranks, and compares those measurements to the power set point for the portion of the exercise routine, to determine if more or less braking is required. So, for example, if the rider is delivering the power that matches the power set point at a particular instant, then the trainer will not alter the applied electromagnetic braking, whereas if the rider is not maintaining a power that matches the power set point, then the PWM signal may be modified to increase or decrease the amount of electromagnetic braking using the PID controller **1907** as shown in FIG. **19** associated with flywheel assembly **68**.

In step **2212**, the computing device **1904** will receive wireless communication from the bicycle trainer **1902** using the API **1905** and display information on display **110** such as an instantaneous speed and power. In addition, while in simulation mode, the computing device **1904** may also display additional information on display **110**, such as a three dimensional simulation of the course or a map. The display **110** is not limited to displaying this data and may include additional information such as all-time mileage and all-time average speed, etc. In step **2214**, the bicycle trainer **1902** will determine whether the user continues to operate the bicycle trainer **1902** in simulation mode. If the user continues to operate the bicycle trainer **1902** in simulation mode, then the workout will continue and the bicycle trainer **1902** will continue to communicate with the computing device **1904**. If the user ends simulation mode, then in step **2216** the workout may be modified to another riding mode or end.

US 11,090,542 B2

31

According to a further embodiment, two or more users may race on a simulated course in simulation mode. The users need not be located in the same location and may communicate their real-time riding data to a server which then communicates with each rider's computing device **1904**. The users need not race simultaneously, and may race at different times. In other words, the race may be completed by the users asynchronously. As an example, course data may be uploaded and downloaded by users. The database provides geolocated videos which have been recorded by users along with an associated GPS signal during actual bicycle rides. The videos may then be played back using an app. In other words, a geolocated video and its course information may be parsed into the static and dynamic variables to be communicated from the computing device **1904** to the bicycle trainer **1902** using the API **1905** and a map of the course may be displayed using the app. The power data which is received by the bicycle trainer **1902** during the bicycle ride is communicated to the computing device **1904** using the API **1905**, and the computing device **1904** may determine a position of the rider on the course on the map of the course displayed in the app. Furthermore, based on the information received from the server, each rider may view where an opposing rider is located on the map of the simulated course and may see positional information displayed on the display **110** of the computing device **1904**. The server may determine a final race position of each rider, determine a winner of the race, determine each rider's overall ranking for the course, and transmit this information to each of the users during the race and after the race is completed. Further details regarding the database of geolocated videos and its usage with the bicycle trainer system **1900** are beyond the scope of the embodiments disclosed herein.

According to example embodiment, while in simulation mode, the power curve may be buffered and stored within memory in the bicycle trainer **1902** so that if wireless connectivity drops, the bicycle trainer **1902** will continue to provide the rider with the simulated ride. The power curve for the ride may be represented in a data object such as an array. The array may store a plurality of future power set points based on the power curve at particular future course positions. According to an example embodiment, the amount of future storage of a simulated ride is dependent upon the size of the memory in the bicycle trainer **1902**. Depending upon a memory capacity, the bicycle trainer **1902** will interpolate data points between each of the power set points in the array and provide a seamless simulated ride for the rider such that the rider will not even realize that wireless connectivity has dropped. In other words, the array will act similar to a buffer and temporarily store future course power set point information. Once wireless connectivity is reestablished the array will be repopulated with future power set points.

FIG. **23** is a flowchart of a process **2300** illustrating ergometer ("erg") mode for the bicycle trainer system **1900** according to an example embodiment. In erg mode, the bicycle trainer system **1900** can set a target wattage and remain at the wattage independent of a rider's speed and cadence. Erg mode may be based on the following pseudocode:

```
TrainerBeginWirelessCommunication( ); // Either ANT+ ® or
BLUETOOTH ®
TrainerSetErgMode(Power); // The power is transmitted to the trainer
```

32

-continued

```
TrainerBeginErgMode( );
TrainerEndErgMode( );
The pseudocode is explained below in view of Figure 23.
```

As shown in FIG. **23**, the process, which is a feedback loop, begins in step **2301**. In step **2302**, the user selects erg mode using the computing device **1904**. As an example, the user may provide input to the computing device **1904** which is executing the app by selecting a selection displayed on a display of the computing device **1904**. The display may be a touchscreen device, and the user may touch the selection which is displayed on the display **110** of the computing device **1904**. In step **2304**, a desired target wattage may be selected by the user.

Once the user selects the target wattage, in step **2306**, the computing device **1904** transmits the power set point to the bicycle trainer **1902**. In step **2308**, the bicycle trainer **1902** executes the feedback loop to continually adjust a PWM pulse rate based on instantaneous power and the power set point. As noted above, the power output is equal to Force (total)*velocity of the rider. Stated differently, the bicycle trainer **1902** will execute the feedback loop to continually adjust a PWM pulse rate based on instantaneous power and a power set point. Stated differently, the trainer measures the instantaneous speed (how fast the rider is pedaling) and calculates the power the rider is using to pedal based on torque applied at the flywheel **48**, and compares those measurements to the power set point, e.g. the target power wattage, to determine if more or less electromagnetic braking is required. So, for example, if the rider is delivering the power for the selected target power wattage, then the trainer **1902** will not alter the applied electromagnetic braking, whereas if the rider is not maintaining their power, then the PWM signal may be modified to increase or decrease the amount of electromagnetic braking in order to maintain the target power using the PID controller as shown in FIG. **19**. In step **2310**, the computing device **1904** receives a wireless communication from the bicycle trainer **1902** using the API **1905** and displays information such as an instantaneous speed and power on display **110**. In step **2312**, the bicycle trainer **1902** determines whether the user is continuing to operate the trainer **1902** in erg mode. If trainer **1902** is in erg mode, then the workout will continue and the bicycle trainer **1902** will continue to communicate with the computing device **1904**. If the user ends erg mode, then in step **2314** the workout may be modified to another riding mode or end.

FIG. **24** is a flowchart of a process **2400** illustrating resistance mode for the bicycle trainer system **1900** according to an example embodiment. In resistance mode, the trainer **1902** sets a brake resistance of the electromagnetic braking system **1914** manually between 0 and 100%. Resistance mode may be based on the following pseudocode:

```
TrainerBeginWirelessCommunication( ); // Either ANT+ ® or
BLUETOOTH ®
TrainerSetResistanceMode(ResistancePercentage); // The value is
transmitted to the trainer
TrainerBeginResistanceMode( );
TrainerEndResistanceMode( );
```

The pseudocode is explained below in view of FIG. **24**. As shown in FIG. **24**, the process **2400**, which is a feedback loop, begins in step **2401**. In step **2402**, the user selects resistance mode using the computing device **1904**. As an

US 11,090,542 B2

33                                                                      34

example, the user may touch a selection displayed on the computing device **1904**. In step **2404**, a percentage of brake power (0-100%) may be selected by the user. This percentage of brake power is based on available torque from the electromagnetic brake power of the bicycle trainer **1902**. In other words, if the available torque of the electromagnetic brake is 8 Newton meters (Nm), and if 50% is selected by the user, then the trainer **1902** will continually provide 4 Nm of electromagnetic brake torque.

Once the desired percentage of brake power is selected by the user, in step **2406**, the computing device **1904** communicates the percentage of brake power to the bicycle trainer **1902**. In step **2408**, a PWM pulse rate for the electromagnetic brake is calculated and set by the trainer **1902** based on the percentage of electromagnetic braking power. In step **2410**, the computing device **1904** receives wireless communication from the bicycle trainer **1902** using the API **1905** and displays information such as an instantaneous speed and power on the display **110**. In step **2412**, the trainer **1902** determines whether the user continues to operate the bicycle trainer **1902** in resistance mode. If the user continues to operate the bicycle trainer **1902** in resistance mode, then the workout will continue and the bicycle trainer **1902** will continue to communicate with the computing device **1904** and wait for a next mode command. If the user ends resistance mode, then in step **2414** the workout may be modified to another riding mode or end.

FIGS. **25A-25E** are screenshots of an example app executing on the computing device **1904**. The app may be used for selecting standard mode, simulation mode, erg mode or resistance mode. Each of the screenshots show displayed information as well as variables that can be modified.

FIG. **25A** is a screenshot **2502** of normal mode. As described above, the screenshot **2502** includes a selectable level of 0-9 using a toggle switch **2504** (alternatively using − or + screen selections). So, the user may decrement or increment the grade between 0 and 9 using the − or + screen selections **2506** and **2508**. As noted, a level of 0 represents 0% grade whereas a level of 9 represents 4.5% grade with each value between 1 and 8 being 0.5% increments. This real-time power data received by the computing device **1904** is used by the app to determine and display power **2510**. In the example shown, the rider is generating 42 watts—a relatively easy effort. Time, cadence, and other values may also be shown.

FIG. **25B** is a screenshot **2512** of the resistance mode. Note, the user may select a mode by touching the appropriate descriptor (level, resistance, erg and sim) along the top area of the display. In resistance mode, the user can select a percentage of electromagnetic brake resistance from 0-100% using a toggle switch **2514** that will be communicated from the computing device **1904** to the bicycle trainer **1902** using the API **1905**. As shown in FIG. **25B**, the app is displaying a power **2516** of 52 watts.

FIG. **25C** is a screenshot **2518** of erg mode. In erg mode, a user can select a target power (in watts) using three toggle switches **2520** to set the target power between 0 and some upper value of no more than 999 watts (although such a level is unlikely attainable). The target power value is then communicated from the computing device **1904** to the bicycle trainer **1902** using the API **1905**. In the illustrated example, the target power is input as 110 watts by toggling a first numeric value to 0, a second numeric value to 1 and a third numeric value to 1, using the three numeric toggle switches **2520**. The bicycle trainer **1902**, through a feedback

loop, will adjust the braking force to help the user maintain a constant power of 110 watts even as a user pedals faster or slower, or switches gears.

FIGS. **25D** and **25E** are screenshot **2522** and **2524** of simulation mode. As described above, in sim mode, a user can select a bicycle type (tri, road bike in drops, road, and mountain) to set a coefficient of rolling resistance and a drag coefficient. The screenshot **2524** shows that the user can also select a slope (grade) in percentage using a toggle switch **2526** and a wind speed in miles per hour using a toggle switch **2528**. These variables will be communicated from the computing device **1904** to the bicycle trainer **1902** using the API **1905** and may be modified during the ride.

FIG. **26** illustrates an example computing system **2600** that may implement various systems and methods discussed herein. A general purpose computer system **2600** is capable of executing a computer program product to execute a computer process. Data and program files may be input to the computer system **2600**, which reads the files and executes the programs therein. Some of the elements of a general purpose computer system **2600** are shown in FIG. **26** wherein a processor **2602** is shown having an input/output (I/O) section **2604**, a Central Processing Unit (CPU) **2606**, and a memory section **2608**. There may be one or more processors **2602**, such that the processor **2602** of the computer system **2600** comprises a single central-processing unit **2606**, or a plurality of processing units, commonly referred to as a parallel processing environment. The computer system **2600** may be a conventional computer, a distributed computer, or any other type of computer, such as one or more external computers made available via a cloud computing architecture. The presently described technology is optionally implemented in software devices loaded in memory **2608**, stored on a configured DVD/CD-ROM **2610** or storage unit **2612**, and/or communicated via a wired or wireless network link **2614**, thereby transforming the computer system **2600** in FIG. **26** to a special purpose machine for implementing the described operations.

The I/O section **2604** is connected to one or more user-interface devices (e.g., a keyboard **2616** and a display unit **2618**), a disc storage unit **2612**, and a disc drive unit **2620**. Generally, the disc drive unit **2620** is a DVD/CD-ROM drive unit capable of reading the DVD/CD-ROM medium **2610**, which typically contains programs and data **2622**. Computer program products containing mechanisms to effectuate the systems and methods in accordance with the presently described technology may reside in the memory section **2604**, on a disc storage unit **2612**, on the DVD/CD-ROM medium **2610** of the computer system **2600**, or on external storage devices made available via a cloud computing architecture with such computer program products, including one or more database management products, web server products, application server products, and/or other additional software components. Alternatively, a disc drive unit **2620** may be replaced or supplemented by a floppy drive unit, a tape drive unit, or other storage medium drive unit. The network adapter **2624** is capable of connecting the computer system **2600** to a network via the network link **2614**, through which the computer system can receive instructions and data. Examples of such systems include personal computers, Intel or PowerPC-based computing systems, AMD-based computing systems and other systems running a Windows-based, a UNIX-based, or other operating system. It should be understood that computing systems may also embody devices such as Personal Digital Assistants (PDAs), mobile phones, tablets or slates, multimedia consoles, gaming consoles, set top boxes, etc.

US 11,090,542 B2

35

When used in a LAN-networking environment, the computer system **2600** is connected (by wired connection or wirelessly) to a local network through the network interface or adapter **2624**, which is one type of communications device. When used in a WAN-networking environment, the computer system **2600** typically includes a modem, a network adapter, or any other type of communications device for establishing communications over the wide area network. In a networked environment, program modules depicted relative to the computer system **2600** or portions thereof, may be stored in a remote memory storage device. It is appreciated that the network connections shown are examples of communications devices for and other means of establishing a communications link between the computers may be used.

In an example implementation, the framework or API **1905** bundled within an app executing on the computing device **1904** wirelessly communicating with the bicycle trainer **1905**, a plurality of internal and external databases, source databases, and/or cached data on servers are stored as the memory **2608** or other storage units, such as the disk storage unit **2612** or the DVD/CD-ROM medium **2610**, and/or other external storage devices made available and accessible via a network architecture. The framework or API **1905** bundled within an app may be embodied by instructions stored on such storage systems and executed by the processor **2602**.

Some or all of the operations described herein may be performed by the processor **2602**. Further, local computing systems, remote data sources and/or services, and other associated logic represent firmware, hardware, and/or software configured to control operations of the bicycle trainer system **1900** and/or other components. Such services may be implemented using a general purpose computer and specialized software (such as a server executing service software), a special purpose computing system and specialized software (such as a mobile device or network appliance executing service software), or other computing configurations. In addition, one or more functionalities disclosed herein may be generated by the processor **2602** and a user may interact with a Graphical User Interface (GUI) using one or more user-interface devices (e.g., the keyboard **2616**, the display unit **2618**, and the user devices **2604**) with some of the data in use directly coming from online sources and data stores. The system set forth in FIG. **26** is but one possible example of a computer system that may employ or be configured in accordance with aspects of the present disclosure.

In the present disclosure, the methods disclosed may be implemented as sets of instructions or software readable by a device. Further, it is understood that the specific order or hierarchy of steps in the methods disclosed are instances of example approaches. Based upon design preferences, it is understood that the specific order or hierarchy of steps in the method can be rearranged while remaining within the disclosed subject matter. The accompanying method claims present elements of the various steps in a sample order, and are not necessarily meant to be limited to the specific order or hierarchy presented.

The described disclosure may be provided as a computer program product, or software, that may include a machine-readable medium having stored thereon instructions, which may be used to program a computer system (or other electronic devices) to perform a process according to the present disclosure. A machine-readable medium includes any mechanism for storing information in a form (e.g., software, processing application) readable by a machine (e.g., a computer). The machine-readable medium may

36

include, but is not limited to, magnetic storage medium (e.g., floppy diskette), optical storage medium (e.g., CD-ROM); magneto-optical storage medium, read only memory (ROM); random access memory (RAM); erasable programmable memory (e.g., EPROM and EEPROM); flash memory; or other types of medium suitable for storing electronic instructions.

The description above includes example systems, methods, techniques, instruction sequences, and/or computer program products that embody techniques of the present disclosure. However, it is understood that the described disclosure may be practiced without these specific details.

It is believed that the present disclosure and many of its attendant advantages will be understood by the foregoing description, and it will be apparent that various changes may be made in the form, construction and arrangement of the components without departing from the disclosed subject matter or without sacrificing all of its material advantages. The form described is merely explanatory, and it is the intention of the following claims to encompass and include such changes.

While the present disclosure has been described with reference to various embodiments, it will be understood that these embodiments are illustrative and that the scope of the disclosure is not limited to them. Many variations, modifications, additions, and improvements are possible. More generally, embodiments in accordance with the present disclosure have been described in the context of particular implementations. Functionality may be separated or combined in blocks differently in various embodiments of the disclosure or described with different terminology. These and other variations, modifications, additions, and improvements may fall within the scope of the disclosure as defined in the claims that follow.

Although various representative embodiments of this invention have been described above with a certain degree of particularity, those skilled in the art could make numerous alterations to the disclosed embodiments without departing from the spirit or scope of the inventive subject matter set forth in the specification. All directional references (e.g., upper, lower, upward, downward, left, right, leftward, rightward, top, bottom, above, below, vertical, horizontal, clockwise, and counterclockwise) are only used for identification purposes to aid the reader's understanding of the embodiments of the present invention, and do not create limitations, particularly as to the position, orientation, or use of the invention unless specifically set forth in the claims. Joinder references (e.g., attached, coupled, connected, and the like) are to be construed broadly and may include intermediate members between a connection of elements and relative movement between elements. As such, joinder references do not necessarily infer that two elements are directly connected and in fixed relation to each other.

In some instances, components are described with reference to "ends" having a particular characteristic and/or being connected to another part. However, those skilled in the art will recognize that the present invention is not limited to components which terminate immediately beyond their points of connection with other parts. Thus, the term "end" should be interpreted broadly, in a manner that includes areas adjacent, rearward, forward of, or otherwise near the terminus of a particular element, link, component, member or the like. In methodologies directly or indirectly set forth herein, various steps and operations are described in one possible order of operation, but those skilled in the art will recognize that steps and operations may be rearranged, replaced, or eliminated without necessarily departing from

US 11,090,542 B2

37 38

the spirit and scope of the present invention. It is intended that all matter contained in the above description or shown in the accompanying drawings shall be interpreted as illustrative only and not limiting. Changes in detail or structure may be made without departing from the spirit of the invention as defined in the appended claims.

The invention claimed is:

1. A bicycle trainer comprising:
a frame assembly supporting an axle to which a bicycle with a rear wheel removed may be connected to operably connect the bicycle to the bicycle trainer, the frame assembly comprising:
a main frame member pivotally coupled with a bracket, the main frame member supporting the axle;
a center frame member extending from the main frame member;
a member pivotally connected with the main frame member and configured to adjustably connect with the center frame member along a length of the center frame member, a vertical height of the axle may be adjusted by connecting the member at different positions of the center frame member which thereby supports the main frame member at different pivot positions corresponding to different heights of the axle; and
a first leg and a second leg, each of the first and second legs being pivotally mounted on the frame assembly to pivot inwardly, each of the first and second legs being pivotally mounted on the frame assembly to pivot inwardly toward the center frame member or outwardly from the center frame member; and
a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel mounting supported on the frame assembly, the magnetic brake assembly rotationally fixed and coupled with a tubular member coaxial with the flywheel axle, the flywheel member coupled with the axle such that the flywheel spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle.

2. The bicycle trainer of claim 1 further comprising a reversible spacer coupled with the axle, the reversible spacer having a first portion defining a first width and a second portion defining a second width, the first width corresponding with a first dropout spacing of a bicycle and the second width corresponding with a second dropout spacing wider than the first dropout spacing.

3. The bicycle trainer of claim 1, wherein the frame assembly further comprises a mounting bracket including a first arcuate surface adjacent to which the first leg is pivotally mounted, the bracket including a second arcuate surface adjacent to which the second leg is pivotally mounted; and the arcuate surface defining a first notch along the first arcuate surface and a second notch along the second arcuate surface, the first notch receiving a first spring loaded pin to secure the first leg in an outwardly pivoted position, the second receiving a second spring loaded pin to secure the second leg in an outwardly pivoted position.

4. The bicycle trainer of claim 1 wherein:
the flywheel axle rotatably supported at the main frame member.

5. The bicycle trainer of claim 1 wherein a first pulley is coupled with the axle, the first pulley interconnected with a second pulley coupled with the flywheel axle, and wherein a cassette is coupled with the axle whereby a chain from the bicycle engaging the cassette may drive the first pulley and

through the interconnection between the first pulley with the second pulley drive the flywheel member.

6. The bicycle trainer of claim 1 wherein the magnetic brake assembly is rotationally fixed by a member coupled between the magnetic brake assembly and the frame assembly, and further comprising a strain gauge mounted on the member that detects torque imparted on the member when a rider is pedaling.

7. The bicycle trainer of claim 1 further comprising:
a computer readable memory having computer-executable instructions; and
at least one processor to execute the computer-executable instructions to:
wirelessly connect the bicycle trainer to receive communications from a computing device running an exercise application;
wirelessly receive at least one variable from the computing device, the at least one variable for determining a power set point and formatted for the exercise device;
determine the power set point responsive to a training mode and the at least one variable; and
control the magnetic brake assembly responsive to the power set point.

8. The bicycle trainer of claim 7, the at least one processor further to:
measure an instantaneous speed;
determine a power that the rider is using to pedal the exercise device based on the instantaneous speed; and
adjust the electromagnetic braking provided by the magnetic brake assembly responsive to a difference between the power and the power set point.

9. A bicycle trainer comprising:
a frame assembly supporting an axle to which a bicycle with a rear wheel removed may be connected to operably connect the bicycle to the bicycle trainer;
a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed, the flywheel member mounted on the frame assembly such that the flywheel spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle;
the magnetic brake assembly is an electromagnetic brake assembly further comprising a plurality of electromagnetic members mounted on a core, the electromagnetic members controllable to generate a magnetic field that magnetically couples with the flywheel member; and
wherein the plurality of electromagnetic members comprise a T-shaped portion of the core extending radially from an annular main body and a conductor is wound about the T-shaped portion.

10. The bicycle trainer of claim 9 wherein the plurality of electromagnetic members are each equidistantly spaced about the core.

11. The bicycle trainer of claim 9 wherein there are six electromagnetic members.

12. A bicycle trainer comprising:
a frame assembly supporting a first axle, the first axle adapted to be connected to a bicycle with a rear wheel removed to operably connect the bicycle to the bicycle trainer, the frame assembly comprising:
a main frame member pivotally coupled with a bracket, the main frame member supporting the axle;
a center frame member extending from the main frame member;

US 11,090,542 B2

39

40

a member pivotally connected with the main frame member and configured to adjustably connect with the center frame member along a length of the center frame member, a vertical height of the axle may be adjusted by connecting the member at different positions of the center frame member which thereby supports the main frame member at different pivot positions corresponding to different heights of the axle; and

a first leg and a second leg, each of the first and second legs being pivotally mounted on the frame assembly, each of the first and second legs being pivotally mounted on the frame assembly to pivot inwardly toward the center frame member or outwardly from the center frame member; and

a flywheel assembly comprising a magnetic brake assembly and a flywheel member, the flywheel assembly rotatably supported on the frame assembly along an axis, the magnetic brake assembly fixed to the frame assembly, and the flywheel member coupled with the first axle such that the flywheel spins relative to the fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the first axle.

**13**. The bicycle trainer of claim **12** further comprising:

a computer readable memory having computer-executable instructions; and

at least one processor to execute the computer-executable instructions to:

wirelessly connect the bicycle trainer to receive communications from a computing device running an exercise application;

wirelessly receive at least one variable from the computing device, the at least one variable for determining a power set point;

determine the power set point responsive to a training mode and the at least one variable; and

control the magnetic brake assembly in the exercise device responsive to the power set point.

**14**. The bicycle trainer of claim **13** further comprising a strain gauge mounted on a member coupled between the

magnetic brake assembly and the frame assembly, the strain gauge detects torque imparted on the member when a rider is pedaling.

**15**. The bicycle trainer of claim **14**, the at least one processor further to:

measure an instantaneous speed;

determine a power that the rider is using to pedal the exercise device based on the instantaneous speed and a torque measurement from the strain gauge; and

adjust electromagnetic braking provided by the magnetic brake assembly responsive to a difference between the power and the power set point.

**16**. A bicycle trainer comprising:

a frame assembly supporting an axle to which a bicycle with a rear wheel removed may be connected to operably connect the bicycle to the bicycle trainer;

a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed and coupled with a tubular member coaxial with the flywheel axle, the flywheel member coupled with the axle such that the flywheel spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle;

a computer readable memory having computer-executable instructions; and

at least one processor to execute the computer-executable instructions to:

wirelessly receive at least one variable from a computing device running an exercise application, the at least one variable for determining a power set point and formatted for the exercise device;

determine the power set point responsive to a training mode and the at least one variable;

receiving information to determine a power at which a user is pedaling; and

control the magnetic brake assembly responsive to the power set point and the power at which the user is pedaling.

\* \* \* \* \*

EXHIBIT 4

US011559732B2

(12) **United States Patent**
Hawkins, III et al.

(10) Patent No.: **US 11,559,732 B2**
(45) Date of Patent: ***Jan. 24, 2023**

(54) **BICYCLE TRAINER**

(71) Applicant: **Wahoo Fitness LLC**, Atlanta, GA (US)

(72) Inventors: **Harold M. Hawkins, III**, Atlanta, GA (US); **Andrew P. Lull**, Boulder, CO (US)

(73) Assignee: **Wahoo Fitness LLC**, Atlanta, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/162,685**

(22) Filed: **Jan. 29, 2021**

(65) **Prior Publication Data**

US 2021/0146216 A1     May 20, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 16/011,237, filed on Jun. 18, 2018, now Pat. No. 10,933,290, which is a
(Continued)

(51) **Int. Cl.**
*A63B 69/16* (2006.01)
*A63B 21/22* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... *A63B 69/16* (2013.01); *A63B 21/0052* (2013.01); *A63B 21/00069* (2013.01); *A63B 21/225* (2013.01); *A63B 22/0605* (2013.01);

*A63B 24/0087* (2013.01); *A63B 71/0622* (2013.01); *A63B 2024/009* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC . A63B 69/16; A63B 21/0052; A63B 71/0622; A63B 24/0087; A63B 22/0605; A63B 21/00069; A63B 21/225; A63B 2230/062; A63B 2225/50; A63B 2225/093; A63B 2220/34; A63B 2210/50; A63B 2071/0638; A63B 2069/165; A63B 2024/0093; A63B 2024/009; A63B 2220/54; A63B 2024/0081; G08C 2201/93

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,259,385 A * 7/1966 Boren ............... A63B 22/0694
482/60
3,481,331 A * 12/1969 Carr ................. A63B 23/03533
602/24
(Continued)

*Primary Examiner* — Garrett K Atkinson
(74) *Attorney, Agent, or Firm* — Polsinelli PC

(57) **ABSTRACT**

A bicycle trainer including folding legs and a vertically adjustable frame member supporting an axle and cassette where a rider mounts the rear frame, such as dropouts, of a conventional bicycle with the rear wheel removed. The trainer includes a flywheel with a magnetic brake assembly controlled through an open protocol and configured to receive wireless transmitted signals from an app running on a smart phone or other such applications. The flywheel assembly also includes a bracket coupling the magnetic brake with a frame. A strain gauge is mounted on the bracket to detect torque, which is used to calculate a rider's power while using the trainer.

**18 Claims, 22 Drawing Sheets**



## US 11,559,732 B2

Page 2

### Related U.S. Application Data

continuation of application No. 13/975,720, filed on Aug. 26, 2013, now Pat. No. 9,999,818.

(60) Provisional application No. 61/728,155, filed on Nov. 19, 2012, provisional application No. 61/693,685, filed on Aug. 27, 2012.

(51) **Int. Cl.**

| | | |
|---|---|---|
| *A63B 21/00* | (2006.01) | |
| *A63B 71/06* | (2006.01) | |
| *A63B 21/005* | (2006.01) | |
| *A63B 22/06* | (2006.01) | |
| *A63B 24/00* | (2006.01) | |

(52) **U.S. Cl.**

CPC . *A63B 2024/0093* (2013.01); *A63B 2069/165* (2013.01); *A63B 2071/0638* (2013.01); *A63B 2210/50* (2013.01); *A63B 2220/34* (2013.01); *A63B 2220/54* (2013.01); *A63B 2225/093* (2013.01); *A63B 2225/50* (2013.01); *A63B 2230/062* (2013.01); *G08C 2201/93* (2013.01)

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,452,447 A | * | 6/1984 | Lepley | A63B 21/00845 36/11.5 |
| 4,789,153 A | * | 12/1988 | Brown | A63B 21/0088 482/111 |
| 5,067,710 A | * | 11/1991 | Watterson | A63B 21/015 434/247 |
| 5,110,003 A | * | 5/1992 | MacWilliams | B60K 15/0406 220/288 |
| 5,267,925 A | * | 12/1993 | Boyd | A63B 21/0056 188/77 R |
| 5,468,201 A | * | 11/1995 | Minoura | A63B 69/16 482/61 |
| 5,711,404 A | * | 1/1998 | Lee | A63B 21/0051 188/158 |
| 5,848,953 A | * | 12/1998 | Wei | A63B 21/0051 482/63 |
| 6,042,517 A | * | 3/2000 | Gunther | A63B 21/0051 188/161 |
| 6,070,774 A | * | 6/2000 | Rak | B60R 9/045 224/309 |
| 6,238,155 B1 | * | 5/2001 | Aukzemas | F16B 39/28 411/107 |
| 6,273,845 B1 | * | 8/2001 | Liou | A63B 21/0051 188/164 |
| 6,695,752 B2 | * | 2/2004 | Lee | A63B 21/0051 482/110 |
| 6,964,633 B2 | * | 11/2005 | Kolda | A63B 21/0051 482/63 |
| 7,011,607 B2 | * | 3/2006 | Kolda | A63B 21/0051 482/57 |
| 7,585,258 B2 | * | 9/2009 | Watson | A63B 24/00 188/159 |
| 7,727,124 B1 | * | 6/2010 | Lassanske | A63B 69/16 482/61 |
| 7,732,961 B2 | * | 6/2010 | Lin | H02K 1/146 310/153 |
| 7,976,434 B2 | * | 7/2011 | Radow | A63B 21/00196 482/5 |
| 9,050,494 B2 | * | 6/2015 | Bass | A63B 69/16 |
| 10,166,434 B2 | * | 1/2019 | Caccia | A63B 69/16 |
| 2003/0027692 A1 | * | 2/2003 | Phillips | A63B 21/015 482/57 |
| 2004/0077465 A1 | * | 4/2004 | Schmidt | A63B 21/0058 482/57 |
| 2006/0009329 A1 | * | 1/2006 | Toyama | A63B 21/023 482/51 |
| 2006/0234839 A1 | * | 10/2006 | Peterson | A63B 69/16 482/61 |
| 2006/0234840 A1 | * | 10/2006 | Watson | A63B 24/00 482/61 |
| 2007/0203000 A1 | * | 8/2007 | Chiu | A63B 21/0052 482/63 |
| 2008/0096725 A1 | * | 4/2008 | Keiser | A63B 21/0051 482/8 |
| 2008/0200308 A1 | * | 8/2008 | Pedrini | A61B 5/0205 482/6 |
| 2008/0242511 A1 | * | 10/2008 | Munoz | A63B 22/02 482/5 |
| 2010/0179030 A1 | * | 7/2010 | Liao Lai | A63B 21/0051 482/63 |
| 2010/0234185 A1 | * | 9/2010 | Watt | A63B 21/0051 482/8 |
| 2011/0287902 A1 | * | 11/2011 | Bingham, Jr | A63B 21/0088 482/61 |
| 2012/0004074 A1 | * | 1/2012 | Schelzig | A61B 5/0245 482/4 |
| 2012/0166105 A1 | * | 6/2012 | Biermann | A63B 24/0062 702/43 |
| 2013/0053223 A1 | * | 2/2013 | Shu-Chiung | A63B 69/16 482/61 |
| 2013/0059698 A1 | * | 3/2013 | Barton | A63B 71/0622 482/63 |
| 2013/0237386 A1 | * | 9/2013 | Tsai | A63B 21/015 482/60 |

* cited by examiner



FIG. 1



FIG. 1A



FIG. 2



FIG. 2A



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9A



FIG. 9B

FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19

US 11,559,732 B2

1

**BICYCLE TRAINER**

CROSS REFERENCE TO RELATED
APPLICATIONS

The present application is a continuation of U.S. patent
application Ser. No. 16/011,237, entitled "Bicycle Trainer"
and filed Jun. 18, 2018, which is a continuation of U.S.
patent application Ser. No. 13/975,720 (now U.S. Pat. No.
9,999,818), entitled "BICYCLE TRAINER" and filed Aug.
26, 2013, which claims priority under 35 U.S.C. § 119 to
U.S. provisional patent application 61/728,155, entitled
"BICYCLE TRAINER," which was filed Nov. 19, 2012, and
to U.S. provisional patent application 61/693,685, entitled
"BICYCLE TRAINER," which was filed Aug. 27, 2012. All
applications are hereby incorporated by reference in their
entirety into the present application.

TECHNICAL FIELD

Aspects of the present invention involve a bicycle trainer
providing various features including portability, levelability,
height adjustment, power measurement, and controllability,
such as through a smart device or tablet, among other
features and advantages.

BACKGROUND

Busy schedules, bad weather, focused training, and other
factors cause bicycle riders ranging from the novice to the
professional to train indoors. Numerous indoor training
options exist including exercise bicycles and trainers. An
exercise bicycle looks similar to a bicycle but without
wheels, and includes a seat, handlebars, pedals, crank arms,
a drive sprocket and chain. An indoor trainer, in contrast, is
a mechanism that allows the rider to mount her actual
bicycle to the trainer, with or without the rear wheel, and
then ride the bike indoors. The trainer provides the resis-
tance and supports the bike but otherwise is a simpler
mechanism than a complete exercise bicycle. Such trainers
allow a user to train using her own bicycle, and are much
smaller than full exercise bicycles, are often less expen-
sive than full exercise bicycles.

While very useful, conventional trainers nonetheless suf-
fer from many drawbacks. For example, it is often difficult
to level conventional trainers from side to side. Moreover,
riding a slightly tilted bicycle is uncomfortable and can
cause unintended damage to the bicycle. In another example,
many riders prefer that their bicycle be level fore and aft so
that it feels like the rider is training on a flat surface as
opposed to an incline or decline. Most conventional trainers,
however, cannot be vertically adjusted so the rider places
boards, books, or the like under the trainer to elevate the
entire trainer, or under the front wheels to elevate the front
of the bicycle. Similarly, many trainers are designed for a
bicycle with a certain wheel size, such as conventional 26
inch wheels, relatively newer but increasingly popular 29
inch mountain bike wheels, and even more recent 700c
wheel sizes. However, conventional trainers are meant for
only one size bicycle tire and thus a rider would need to have
a separate trainer or use boards or the like to elevate the
entire trainer if, for example, the user wanted to use a 26 inch
trainer with a 29 inch mountain bike.

While many trainers are portable based on the simple fact
that they are relatively small. Such trainers are nonetheless
heavy, can be awkward to load into car trunks, and can still
occupy substantial space when not in use. Portability, how-

2

ever, is important as some folks may want to store their
trainer when not in use and some folks may take their trainer
to races and the like in order to warm-up before a race and
cool-down afterward. Finally, fitness training using a power
meter, particularly for bicyclists, is increasingly popular.
Power meters measure and display the rider's power output
(typically displayed in Watts) used for pedaling. Power
meters of many different sorts have been adapted for use on
bicycles, exercise bicycles and other fitness equipment.
Many of these designs, however, are overly complicated,
prone to error, and/or prone to failure, and also tend to be
relatively expensive.

With these thoughts in mind among others, aspects of the
trainer disclosed herein were conceived.

SUMMARY

Aspects of the present disclosure involve a bicycle trainer
that provides several advantages over conventional designs.
The trainer includes a vertically adjustable rear axle and
cassette (rear bicycle gears) where the user mounts her
bicycle to the trainer. Generally speaking, the user removes
her rear wheel from the drop outs at the rear of the bicycle
(not shown) and then connects the rear axle and cassette of
the trainer to the drop outs in the same manner that the rear
wheel would be coupled to the bicycle. Additionally, the
trainer is configured with a reversible spacer that allows for
mounting bicycles, such as mountain bicycles and road
bicycles, with different width rear wheels and attendant
frame or hub spacing.

The cassette is coupled to a pulley that drives a belt
connected to a flywheel or other resistance mechanism such
that when the user is exercising, her pedaling motion drives
the flywheel. The flywheel includes an electromagnetic
brake that is controllable. Further, torque imparted on the
flywheel by a rider pedaling a bicycle mounted on the
trainer, is measured at a bracket interconnecting a portion of
the flywheel with a stationary portion of the frame. Based on
power measurements, RPM, heart rate and other factors, the
magnetic brake may be controlled. Control of the trainer,
and display of numerous possible features (power, RPM,
terrain, video, user profile, heart-rate, etc.) may be provide
through a dedicated device or through a smart phone, tablet
or the like, running an app configured to communicate with
the trainer.

In one embodiment of the bicycle trainer, the trainer
includes a frame assembly that supports an axle to which a
rear wheel of a bicycle may be connected. The trainer further
includes a flywheel assembly comprising a magnetic brake
assembly and a flywheel member, wherein the flywheel
assembly is rotatably supported on the frame assembly. The
magnetic brake assembly is rotationally fixed by a member
coupled between the brake assembly and the frame assem-
bly. The flywheel member is coupled with the axle such that
the flywheel spins relative to the magnetic brake assembly
when a rider is pedaling a bicycle connected with the axle.
The trainer also includes a strain gauge mounted on the
member that detects torque imparted on the member when a
rider is pedaling.

Other implementations are also described and recited
herein. Further, while multiple implementations are dis-
closed, still other implementations of the presently disclosed
technology will become apparent to those skilled in the art
from the following detailed description, which shows and
describes illustrative implementations of the presently dis-
closed technology. As will be realized, the presently dis-
closed technology is capable of modification in various

US 11,559,732 B2

3

aspects, all without departing from the spirit and scope of the presently disclosed technology. Accordingly, the drawings and detailed description are to be regarded as illustrative in nature and not limiting.

BRIEF DESCRIPTION OF THE DRAWINGS

Example embodiments are illustrated in referenced figures of the drawings. It is intended that the embodiments and figures disclosed herein are to be considered illustrative rather than limiting.

FIG. **1** is an isometric view of a trainer;

FIG. **1A** is a zoom area view of a portion of the trainer illustrated in FIG. **1A** with a first leg of the trainer made transparent so as to illustrate internal components of a retention assembly that is used to lock the leg in a folded or use position;

FIG. **2** is a front view of the trainer of FIG. **1**;

FIG. **2A** is an isometric view of a two-sided spacer that may be employed to mount different size and types of bicycles to the trainer;

FIG. **3** is a left side view of the trainer in FIG. **1**;

FIG. **4** is a rear view of the trainer of FIG. **1**;

FIG. **5** is a top view of the trainer of FIG. **1**;

FIG. **6** is a right side view of the trainer of FIG. **1**;

FIG. **7** is a bottom view of the trainer of FIG. **1**;

FIG. **8** is a right side view of the trainer of FIG. **1**, with an outer flywheel portion of a flywheel assembly removed to illustrate internal components of the flywheel op view of the crank arm and power measurement device with various components hidden to illustrate internal components;

FIG. **9A** is a first rear isometric view of the trainer with several components hidden or transparent to better illustrate internal components of the flywheel assembly that fix the electromagnetic components and others in place relative to the spinning flywheel portion and also provide for power measurement;

FIG. **9B** is a second rear isometric view of the trainer with several components hidden or transparent to better illustrate internal components of the flywheel assembly that fix the electromagnetic components and others in place relative to the spinning flywheel portion and also provide for power measurement;

FIG. **10** is a right side view of the trainer with several components hidden or transparent to better illustrate internal components of the flywheel assembly that fix the electromagnetic components and others in place relative to the spinning flywheel portion and also provide for power measurement;

FIG. **11** is an isometric view of a second trainer conforming to aspects of the present disclosure;

FIG. **12** is a left side view of the trainer shown in FIG. **12**;

FIG. **13** is a front isometric view of the trainer shown in FIG. **12**, the view of FIG. **13** providing the flywheel in transparent view to illustrate various components of an internal flywheel brake assembly;

FIG. **14** is left side view of the trainer shown in FIG. **12**, the view including a cover in transparent view to show various components otherwise hidden within the cover;

FIG. **15** is a right side view of the trainer shown in FIG. **12**, the view including various flywheel assembly components hidden or in transparent view to illustrate a torque bracket coupling the magnetic brake with the frame;

FIG. **16** is a rear isometric zoomed view of the flywheel assembly with various components hidden or transparent to illustrate the torque member and its relationship with the frame and the flywheel assembly;

4

FIG. **17** is a front isometric zoomed view of the flywheel assembly with various components hidden or transparent to illustrate the torque member and its relationship with the frame and the flywheel assembly;

FIG. **18** is an electrical schematic of one example of a strain gauge that may be deployed on the torque member to measure the torque on the member, which may be used to measures a riders pedaling power; and

FIG. **19** is a block diagram of electrical components involved in obtaining torque data, calculating power data and controlling a magnetic brake of the flywheel, among others.

DETAILED DESCRIPTION

Aspects of the present disclosure involve a bicycle trainer that provides several advantages over conventional designs. The trainer includes a vertically adjustable rear axle and cassette (rear bicycle gears) where the user mounts her bicycle to the trainer. Generally speaking, the user removes her rear wheel from the drop outs at the rear of the bicycle (not shown) and then connects the rear axle and cassette of the trainer to the drop outs in the same manner that the rear wheel would be coupled to the bicycle. Additionally, the trainer is configured with a reversible spacer that allows for mounting bicycles, such as mountain bicycles and road bicycles, with different width rear wheels and attendant frame or hub spacing.

The cassette is coupled to a pulley that drives a belt connected to a flywheel or other resistance mechanism such that when the user is exercising, her pedaling motion drives the flywheel. The flywheel includes an electromagnetic brake that is controllable. Further, torque imparted on the flywheel by a rider pedaling a bicycle mounted on the trainer, is measured at a bracket interconnecting a portion of the flywheel with a stationary portion of the frame. Based on power measurements, RPM, heart rate and other factors, the magnetic brake may be controlled. Control of the trainer, and display of numerous possible features (power, RPM, terrain, video, user profile, heart-rate, etc.) may be provide through a dedicated device or through a smart phone, tablet or the like, running an app configured to communicate with the trainer.

More particularly and referring to FIGS. **1-7**, a bicycle trainer **10** includes a center leg **12** coupled to and extending rearwardly from a front mounting bracket **14**. The center leg **12** is arranged below a pulley **16** and offset slightly from a longitudinal centerline of the trainer **10**. A pair of support legs **18, 20** is pivotally coupled to and at opposing ends of the bracket **14**. The first and second support legs **18, 20** are configured to pivot inward toward the center leg **12** for storage and movement of the trainer **10**, and pivot outward and away from the center leg **12** when the trainer **10** is in use.

Distal the first and second pivotal connections with the bracket **14**, first and second pads **22, 24** are coupled at an outer end of each of the respective first and second legs **18, 20**. Additionally, an elongate pad **23** is coupled to a bottom side of the bracket **14**. Each pad **22, 24** and leg **18, 20** functions in the same manner so the first pad **22** at the outer end of the first leg **18** is discussed in detail. Referring to FIG. **3**, the pad **22** is adjustably mounted to the leg **18** to allow the trainer **10** to be leveled, transverse the longitudinal centerline, and thereby maintain the mounted bicycle in a side-to-side level orientation. While other alternatives are possible, in the example illustrated in the figures, the leg **18** defines a threaded aperture and the pad **22** is coupled with a threaded member that engages the aperture. An adjustment

US 11,559,732 B2

5

collar 26 is coupled with the threaded member such that rotation of the collar 26 causes the pad 22 to move vertically relative to the leg 18.

A main frame member 28 extends vertically and rearwardly from the mounting bracket 14. A plane in which the main frame member 28 pivots is oriented at a about a right angle relative to a plane in which the legs pivot. Accordingly, in one possible implementation, a bubble level 30 (shown in FIG. 2) is mounted within a recess in the main frame member 28. The bubble level 30 is mounted parallel with the plane in which the legs 18, 20 pivot. Thus, when the bubble 30 reads level, the main frame member 28 is vertical or otherwise perpendicular to the plane defined by the legs 18, 20. In such an orientation, any bicycle mounted to the axle will be straight, and not lean to the left or right. With such an integrated level, a user can quickly and easily adjust the pads 22, 24 on one or both legs and thereby level the trainer 10, even on an uneven or slanted surface.

Referring to FIG. 1A, adjacent each pivot, the front mounting bracket 14 defines an upper arcuate surface with a pair of notches 32 corresponding to an inwardly pivoted configuration of the leg 18, 20, and an outwardly pivotal (as shown) configuration of the leg 18, 20. A retention assembly 34 is coupled with the leg adjacent the upper arcuate surface and notches 32. The retention assembly 34 includes a spring loaded pin 36 with a user engageable head 38. The pin 36 supports a collar 40 that fits within the notches 32. By depressing the pin 36 against the spring 42, the collar 40 moves downwardly into a recess defined in the leg 18, 20 and disengages the respective notch 32. The leg may then be pivoted inwardly or outwardly, and when the user releases the pin 36, the spring 42 nudges the pin 36 upward causing the collar 40 to engage one of the respective notches 32 securing the leg 18, 20 in the desired position.

Referring to FIGS. 1 and 2, among others, the pulley 16, an axle 44, a cassette 46, a flywheel 48 and other components are supported by the main frame member 28 extending rearwardly and upwardly from the pivot mount bracket 14. The main frame member 28 is pivotably mounted to the pivot mount bracket 14 to adjust the height at which a bicycle is supported. Thus, the main frame member 28 may be pivoted upwardly or downwardly relative to the orientation illustrated in the drawings to vertically adjust the height of the bicycle.

A height adjustment bracket 50, as seen up-close in FIG. 1A, is coupled between the main frame member 28 and the center leg 12 to maintain the main member 28 in a desired height. More specifically, at a rearward end, the adjustment bracket 50 includes a u-shaped portion defining opposing members that are arranged on either side of the center leg 12. Each member defines an aperture. The center leg 12 defines a plurality of apertures 52 along its length that are configured to receive a pin 54 that extends through the opposing member apertures and one of the pluralities of apertures 52 in the center leg 12. In the illustrated example, the aperture opposite the portion of the pin that includes a handle portion is threaded. Similarly, the end of the pin, opposite the handle, is also threaded. By fixing the bracket 50 with one of the plurality of apertures 52 along the center leg 12, a user can raise or lower the main member 28 thereby raising or lowering the axle 44 to which the bicycle is mounted.

Other mechanisms are also possible to secure the bracket 50 to the center leg 12, as well as to elevate the center leg 12. For example, a telescoping vertical member pivotally coupled with the main frame member 28 might be used to adjust the height of the main member 28 and fix the height at a certain location by fixing the amount telescoping. The

6

height adjustment bracket 50 might include one or a pair of pop pins 37 to secure the u-bracket relative to the apertures in the center leg.

Turning now to mounting a bicycle to the trainer 10, and referring to FIG. 2A, the trainer 10 may be converted for use with bicycles having different sized wheels, chain stay, dropout, and/or axle spacing to accommodate differences in width between typical mountain bikes and road bikes. Generally speaking, road bikes have narrower axle spacing (and wheels and rims) compared to the axle spacing on mountain bikes. In some implementations, such as shown in FIG. 2A, the trainer 10 may include a two-sided axle spacer 56 that allows a user to elegantly covert the trainer between use with a road bike and mountain bike, or other sizes, without use of a tool. The trainer 10 includes the two-sided spacer 56 that is at the end of the axle 44 (opposite the cassette 46), and which can be reversed depending on what type of bicycle (and its hub) that is being mounted on the trainer. A quick release axle (not shown) extends through the reversible spacer 56 to hold it, as well as the bicycle, in place and on the trainer 10 when the trainer 10 is in use.

Referring still to FIG. 2A, the two-sided spacer 56 includes a relatively longer cylindrical spacer section 58 adjacent a relatively shorter spacer section 60. The spacer sections 58, 60 are separated by a collar 62 that ensures correct positioning of the spacer 56 by limiting a depth that the spacer 56 is received within an aperture 67 defined in the main member 28. Extending from each spacer section 58, 60 is a dropout mount 64 that is dimensioned to be received in a dropout on a bicycle. The bicycle dropout may be mounted directly on the dropout mount 64, both of which are secured to the trainer 10 by the quick release axle. As shown, an aperture 66 is defined through the spacer 56, which receives the quick release axle. The aperture 67 in the main frame 28 is sized to receive the shorter and longer spacer sections 58, 60. The depth of the aperture 67 in the frame is at least as deep as the longer of the spacer sections 58, 60. Thus, both the longer and the shorter spacer sections 58, 60 fit within the aperture 67. Additionally, by inserting the spacer sections 58, 60 into the frame aperture 67, the spacer 56 is securely held on the bike frame. Thus, when a user is mounting a bicycle, the spacer 56 is held securely on the frame making bicycle mounting easier for the rider. In the orientation shown, when the spacer 56 is inserted in the main frame aperture 67, the shorter spacer section 60 extends from the main frame 28 and the collar 62 abuts the main frame 28. The dropout from a road bike being mounted on the trainer 10 is placed over the dropout mount 64 extending from the shorter section 60. To mount a mountain bike, the spacer 56 is reversed so that the relatively longer spacer section 60 extends from the main frame 28. Similarly, the collar 62 abuts the main frame wall thereby ensuring that the spacer 56 is properly positioned, and the mountain bike dropout is mounted on the dropout mount 64 extending from the relatively longer spacer section 58.

As introduced above, the main frame member 28 supports the flywheel assembly 68. Unlike conventional flywheel assemblies 68, the present assembly is particularly configured to allow for power measurement. Generally speaking, the trainer 10 determines the amount of power being expended by the rider while pedaling by measuring the torque on a member of the flywheel assembly 68. Torque may be measured through a strain gauge 70 mounted on the member, and the torque on the member may be translated into a wattage measurement reflective of the amount of power expended by the rider.

US 11,559,732 B2

7

More particularly and referencing FIGS. 1, 8-10, and others, the flywheel assembly 68 along with the components used for measuring power are now discussed in more detail. The flywheel assembly 68 includes an outer relatively heavy flywheel member 48 that is configured to rotate relative to a plurality of internal components that are substantially fixed relative to the outer rotatably flywheel member 48. The flywheel member 48 is coupled with a flywheel axle 72 that communicates through and is rotatably supported by the main member 28. The flywheel axle 72 also includes a second flywheel pulley 74 that rotates in conjunction with the first flywheel pulley 16 through a belt 76. The belt 76 interconnects the pulleys 16, 74 and may include teeth that correspond to teeth on the first and second pulleys 16, 74. In the depicted arrangement, a user's pedaling force is translated through the belt from the first larger pulley 16 to the second pulley 74 supported on the flywheel axle 72, which in turn causes the flywheel member 48 to rotate.

A belt tensioner assembly 78 is mounted on the main frame 28 and is used to mount and remove the belt 76 to and from the pulleys 16, 74, and also to adjust the tension of the belt 76 for proper function. The belt tensioner bracket 80 is generally L-shaped and supports a tensioner wheel on the end of a longer side of the bracket. The belt is positioned around the tensioner wheel 82, and by adjusting the tensioner wheel 82 fore and aft, the tension on the belt 76 can be increased or decreased. Adjacent the tensioner wheel 82, the bracket 80 defines an elongate aperture 84 through which is positioned a locking bolt 86 mounted to the main frame 28. When the bracket 80 and tensioner wheel 82 are positioned in the appropriate fore/aft position, the bolt 86 is tightened thereby locking the bracket 80 and wheel 82 in place. Finally, on a short portion of the bracket 80, an adjustment screw 88 is connected with a front face of the main frame 28 and through a threaded adjustment aperture in the short portion of the bracket 80. While the bolt 86 is loosened, the adjustment screw 86 may be used to move the bracket 80 fore or aft.

The flywheel member 48 is fabricated partially or wholly with a ferrous material or other magnetic material. The fixed internal components of the flywheel assembly 68 may include a plurality of electromagnetic members 105 mounted on a core 92, and provide a magnetic flywheel brake. In some arrangements, the magnetic brake may be computer controlled thereby dynamically adjusting the braking force to simulate any possible riding profile. In the illustrated example, the core 92 defines six T-shaped portions 94 extending radially from an annular main body 96. A conductor 98, such as copper wiring, is wound around a neck of the T-shaped portions 94 between the upper portion of the T and the annual or core 92. The wire may be continuous so that a consistent current flows around each T-shaped portion 94, core 92; a consistent and electromagnet force is generated uniformly around the core 92. Collectively, the T-shaped portions 94 and wound wiring can generate a magnetic field that magnetically couples with the flywheel member 48. The trainer includes a processor 100 and associated electronics that allow for the control of a current through the wires thereby inducing a controllable magnetic field from the T-shaped portions 94. Since the flywheel member 48 is magnetic, by varying the strength of the magnetic fields, the amount of braking force resisting rotation of the flywheel 48 may also be varied.

Turning now more specifically to the mechanisms by which power is measured, the various rotationally fixed portions of the flywheel assembly 68 are connected directly, or indirectly, to a mounting plate 102 adjacent the main

8

member 28. The mounting plate 102 is rotatably mounted to a tubular member 104 supported by the main frame member 28. The flywheel axle 72 extends through the center of the tubular member 102; therefore, the flywheel member 48 is coaxial with the mounting plate 102. While the mounting plate 102 is rotationally mounted, it is rotationally fixed by a torque bracket 106 connected between the main frame member 28 and the mounting plate 102. Generally speaking, a strain gauge assembly 70 is mounted on the torque bracket 106. Because the torque bracket 106 couples the main frame member 28 to the mounting plate 102, when rotationally forces are transferred between the flywheel member 48 and the rotationally fixed components (e.g., magnets) 105, those forces exert a torque on the torque bracket 106 which is detected by the strain gauge assembly 70. Without the torque bracket 106, the entire flywheel assembly 68 would rotate about the flywheel axle 72 rather than only the external flywheel member 48 is that is fixed to the flywheel axle 72. Thus, the pedaling force exerted by the rider translates through the flywheel assembly 68 and is measured at the torque bracket 106 that resists the rotationally torque exerted on the flywheel 48.

More specifically and referring primarily to FIGS. 9A, 9B, and 10, the torque bracket 106 is arcuate and defines a radius generally along a matching radius of the mounting plate 102. A mid portion, between each end, of the torque bracket 106 is machined and has a strain gauge assembly 120 mounted thereon. One end of the torque bracket 106 defines an aperture through which a pin 108 extends, the pin 108 is fixed with the main frame 28. A bushing 109 may support the pin 108 with the torque bracket aperture. A bushing 109 may also be included at the main frame 28. In either case, at least one end of the pin 108 is floating within a bushing. Thus, the pin 108 resists the rotation of the flywheel 48. However, while the pin 108 may be fixed without any bushings 109, by using one or more bushing 109 or other equivalent mechanisms, no unwanted stresses or strains are placed on the pin 108. At an opposing end of the torque bracket 106, the bracket 106 is secured to the mounting bracket 102 by bolts 101 or otherwise secured to the mounting plate 102. Thus, the mounting plate 102 is rotatably fixed through a combination of the pin 108 fixed to the main member 28, the torque bracket 106 connected with the pin 108, and the torque bracket 106 coupled with the mounting plate 102. Accordingly, when the flywheel 48 mounted with the flywheel axle 72 is rotated by a user, the rotational force is translated to the flywheel mounting plate 102. The torque bracket 106, which is the only member resisting the rotational movement, deflects or is otherwise, placed in tension or compression. The strain gauge assembly 120 detects the deflection and that deflection is translated into a power measurement. The torque arm 106 may be positioned in other alternative locations between the flywheel 48 and some fixed portion of the trainer 10.

In one particular implementation, a display 110 is wirelessly coupled with a processor 100 that receives the strain gauge 70 measurement and calculates power. The display 110 may wirelessly receive power data and display a power value. The display 110, being wireless, may be mounted anywhere desirable, such as on a handlebar. The display 110 may also be incorporated in a wrist watch or cycling computer. The power data may also be transmitted to other devices, such as a smart phone, tablet, laptop, and other computing device for real-time display and/or storage.

In the example implementation shown herein, a power measurement device 112 is mounted on an inner wall of the brake assembly portion of the flywheel 48. Alternatively, the

US 11,559,732 B2

9

power measurement device **112** along with other electronics may be mounted within a cap **114** at the top of the mainframe member **28**. The power measurement device **112** may include a housing **116** within which various power measure-ment, and other electronics are provided, including a Wheat-stone bridge circuit **118** that is connected with the strain gauge assembly **120** on the torque bracket **106**, and produces an output voltage proportional to the torque applied to the bracket **106**. The output is sent to a processor **100**, such as through wires or wirelessly, that is mounted within the end cap **114** or as part of the power measurement device **112**, or otherwise. In various possible other implementations, the housing **116** and/or the strain gauge assembly **120** may also be secured to other portions of the torque arm **106**. The strain gauge assembly **120** may involve one or more, such as four, discrete strain gauges **70**. When compression tension forces are applied to the gauges **70** the resistance changes. When connected in a Wheatstone circuit **118** or other circuit, a voltage value or other value proportional to the torque on the bracket **106** is produced.

Within the recessed portion of the torque arm **106**, one or more strain gauges **70** may be provided. Generally speaking, the torque member **106** will be stretched to varying degrees under correspondingly varying forces. The strain gauges **70** elongate accordingly and the elongation is measured and converted into a power measurement. In one particular implementation, the strain gauges **70** are glued to a smooth flat portion of the torque member **106**, such as the machined area **122**. While a machined or otherwise provided recess **122** is shown, the power measurement apparatus may be applied to a bracket with little or no preprocessing of the bracket. The machined portion **122** helps protect the strain gauge from inadvertent contact and amplifies the strain measurement. The machined recess **122** is provided with a smooth flat bottom upon which the strain gauges **70** are secured. To assist with consistency between torque members **106** and thereby assist in manufacturing, a template may be used to apply the strain gauge **70** to the surface within the machined recess **122**. Alternatively, the strain gauge **70** may be pre-mounted on a substrate in a desired configuration, and the substrate mounted to the surface. The side walls of the machined recess **122** also provide a convenient way to locate the housing **116**.

FIGS. **11-17** illustrate an alternative trainer **10** conform-ing to aspects of the present disclosure. The trainer **10** functions and operates in generally the same manner as the embodiment illustrated in FIGS. **1-10**, with some variations discussed below. Overall, the trainer **10** has a pivot mount bracket **14** at the front of the device **10**. A first leg **18** and a second leg **20** are each pivotally mounted to the mount bracket **14**. The legs **18**, **20** may be folded out for use (as shown) or folded in for transportation and storage. A reten-tion assembly **34** is positioned adjacent each pivot to hold the respective leg in either position.

A main frame member **28** extends upwardly and rear-wardly from the pivot mount bracket **14**. Adjacent to the main frame member **28**, a center leg **12** extends rearwardly from the main frame member **28**. A pulley **16**, rotatably mounted to the main frame **28** and to which an axle **44** and cassette **46** are coupled, is positioned above and in generally the same plane as the center leg **12**. Therefore, when the bicycle is mounted on the axle **44** and its chain is placed around the cassette **46**, the bicycle is positioned generally along the center of the trainer **10** which falls between the main frame **28** and center leg **12**.

To adjust the height of the main member **28** and thereby adjust the height of the rear of any bicycle connected with

10

the trainer **10**, a height adjustment bracket **50** is pivotally mounted with the main member **28** and adjustably connected with the center leg **12**. More particularly, the adjustment bracket **50** may be pinned at various locations along the length of the center leg **12**, the further forward the bracket is pinned, the higher the main member **28** and the further rearward the bracket **50** is pinned, the lower the main member **28**.

The trainer **10** may include a handle member **124** coupled with a front wall of the main member. A user may use the handle **124** to transport or otherwise lift and move the trainer **10**. In the example shown, the handle **124** is bolted to the main member **28** at either end of the handle. Other handle forms are possible, such as a T-shaped member, an L-shaped member bolted at only one end to the main frame, a pair of smaller handles on either side of the main member as opposed to on the front facing wall of the main member as shown, a pair of bulbous protrusions extending from the sides of the main member and/or the front face of the main member **28**, among others.

A generally triangular cover **126** is positioned over the belt **76**, belt tensioner **78**, flywheel axle **72**, flywheel pulley **74**, and other adjacent components, in an area between the pulley **16** and the flywheel pulley **74** at the flywheel axle **72**. The cover **126** may be composed of a left side **128** and right side **130** that are bolted together. In one example, the left side **128** (shown in FIG. **11**) may be removed to provide access to the covered components. As seen in FIG. **12**, the flywheel assembly **68** can additionally include a cover **127** that covers the internal components of the assembly **68**. FIG. **14** illustrates the cover **126** in transparent view thereby illustrating what components are covered.

Referring now specifically to FIGS. **15-17**, a torque bracket **106** is coupled between a flywheel mounting plate **132** and the main member **28**. A strain gauge **70** is mounted on the torque bracket **106**. The strain gauge **70** is positioned in a full bridge circuit **134** with 4 grids, with the gauges **70** arranged 90 degrees to each other. The four grids make a square and turn 90 degrees to the adjacent gauge **70**. Two of the gauges **70** are up and down and two of the gauges **70** are side to side, and these matching pairs are on opposite corners from each other. They take a measurement of deflection on the torque member **106**. The forces are measured by allow-ing the brake (the electromagnetic components that resist rotation of the flywheel) to rotate around the same axis as the flywheel **48**. The strain gage member (torque member) **106** stops that rotation, and the force applied to that member **106** is measured. This force due to the motion constraint repre-sents the torque.

The torque bracket **106** defines an aperture at one end, through which a pin **108** extends into the main member **28**. A bushing **109** may also be press fit into the aperture with the pin **108** extending through the bushing **109**. Two bolts secure the torque bracket **106** to the mounting plate **132**. The bracket **106** necks down between the ends. The deflection of the torque bracket **106** is thus focused at the neck **111**. Thus, the strain gauges **70** may be position on a flat surface of the necked area, as best shown in FIG. **17**.

FIG. **18** illustrates one example of a strain gauge **70**. Each discrete gauge **70**, different than described above but func-tioning similarly (shown in each quadrant of FIG. **18**) includes leads connected in a full Wheatstone bridge circuit arrangement **118**. Other circuit arrangements are possible that use more or less strain gauges **70**, such as a quarter bridge or a half bridge configuration. An input voltage is applied to the bridge circuit **118** and the output voltage of the circuit is proportional to the bending force (torque) applied

US 11,559,732 B2

**11**

to the torque member **106**. The output voltage may be applied to some form of conditioning and amplification circuitry, such as a differential amplifier and filter that will provide an output voltage to the processor **100**. It is further possible to use an analog to digital converter to convert and condition the signal. A method of measuring power, among other features, is disclosed in application Ser. No. 13/356,487 titled "Apparatus, System and Method for Power Measurement," filed on 23 Jan. 2012, which is hereby incorporated by reference herein.

Referring to FIG. **18**, there are two vertically positioned gauges **70** at the top of the strain gauge assembly **120**, and two **70** horizontally arranged at the bottom of the strain gauge assembly **120**. The upper, vertical, gauges **70** primarily detect deflection of the torque member **106**.

Referring now also to FIG. **19**, among others, revolution per minute (RPM) of the rear wheel is measured at the pulley **16**, such as through an optical sensor **136** and an alternative black and white pattern on the pulley **16**. The optical sensor **136** detects the pattern as it rotates by the sensor and thereby produces a signal indicative of RPM. There is an 8:1 gear ratio between the pulley **16** and the flywheel **48** so by knowing the pulley RPM, the flywheel RPM is derived. Alternatively, the flywheel RPM may be measured directly. The measured torque multiplied by the flywheel RPM **25** provides the power value, which may be calculated by the processor **100**.

"Power" is the most common measurement of a rider's strength. With measured torque multiplied by the Rad/Sec value (RPM), power is calculated. In one example, the torque measurement and RPM measurements are communicated to a processor **100**, and power is calculated. Power values may then be wirelessly transmitted to a second processor **138**, coupled with a display **110** providing a user interface **140**, using the ANT+ protocol developed by Dynastream Innovations, Inc. The transmitter may be a discrete component coupled with the processor **100** within the housing **116** at the top of the main member **28**. The ANT protocol in its current iteration is unidirectional. Thus, power measurement and other data may be transmitted using the wireless ANT protocol.

Other protocols and wireless transmission mechanism may also be employed. In one specific example, the processor **100** is configured to communicate over a Bluetooth connection. For example, a smart phone, tablet or other device that communicates over a Bluetooth connection may receive data, such as power data and RPM data, from the processor **100**, and may also transmit control data to the processor **100**. For example, a smart phone running a bicycle training app may provide several settings. In one example, a rider, interacting through the user interface **140**, may select a power level for a particular training ride. The power level is associated with a power curve associated with RPM measurements of the trainer. As the rider uses the trainer **10**, RPM and power measurements are transmitted to the computing device, and the app compares those values to the power level and transmits a brake control signal based on the comparison. So, for example, if the rider is generating more power than called for by the setting, the app will send a display signal to change cadence (RPM) and/or send a signal used by the processor **100** to reduce the braking force applied to the flywheel **48**, with either change or both, causing the power output of the rider to be reduced. The app will continue to sample data and provide control signals for the rider to maintain the set level.

In another example, the trainer can be programmed to maintain a set power value. Thus, when a rider exceeds the

**12**

set power value, a control signal from the first processor **100** to the second processor **138** increases magnetic braking. Conversely, when the rider is falling below the set power value, the first processor **100** directs the second processor **138** to decrease braking power. These and other examples uses may be realized by apps or other applications developed for the device. Thus, the main (first processor and memory) may provide an application programming interface (API) **140** to which connected devices, such as smart phones and tablets running apps, may pass data, commands, and other information to the device in order to control power, among other attributes of the trainer **10**. Since conventional trainers **10** do not have integrated torque and power measurement capability in conjunction with mechanisms to automatically control a magnetic brake, the device opens up countless opportunities to customize control of the trainer, provide power based fitness training, interact or simulate recorded actual rides, simulate hill climbing and descending, coordinate the trainer **10** with graphical information such as speed changes, elevations changes, wind changes, rider weight and bike weight, etc.

Although various representative embodiments have been described above with a certain degree of particularity, those skilled in the art could make numerous alterations to the disclosed embodiments without departing from the spirit or scope of the inventive subject matter set forth in the specification. All directional references (e.g., upper, lower, upward, downward, left, right, leftward, rightward, top, bottom, above, below, vertical, horizontal, clockwise, and counterclockwise) are only used for identification purposes to aid the reader's understanding of the embodiments of the present invention, and do not create limitations, particularly as to the position, orientation, or use of the invention unless specifically set forth in the claims. Joinder references (e.g., attached, coupled, connected, and the like) are to be construed broadly and may include intermediate members between a connection of elements and relative movement between elements. As such, joinder references do not necessarily infer that two elements are directly connected and in fixed relation to each other.

In some instances, components are described with reference to "ends" having a particular characteristic and/or being connected to another part. However, those skilled in the art will recognize that the present invention is not limited to components which terminate immediately beyond their points of connection with other parts. Thus, the term "end" should be interpreted broadly, in a manner that includes areas adjacent, rearward, forward of, or otherwise near the terminus of a particular element, link, component, member or the like. In methodologies directly or indirectly set forth herein, various steps and operations are described in one possible order of operation, but those skilled in the art will recognize that steps and operations may be rearranged, replaced, or eliminated without necessarily departing from the spirit and scope of the present invention. It is intended that all matter contained in the above description or shown in the accompanying drawings shall be interpreted as illustrative only and not limiting. Changes in detail or structure may be made without departing from the spirit of the invention as defined in the appended claims.

The invention claimed is:
1. A cycling trainer to be used with a bicycle comprising:
a frame assembly supporting a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed and coupled with a

US 11,559,732 B2

13

tubular member coaxial with the flywheel axle such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly.

2. The cycling trainer of claim 1, the frame assembly further supporting an axle to which the bicycle with a rear wheel removed may be connected to operably connect the bicycle to the bicycle trainer; and the flywheel member coupled with the axle such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle.

3. The cycling trainer of claim 1, wherein the bicycle is operably coupled with the cycling trainer to drive the flywheel member.

4. The cycling trainer of claim 1 wherein the magnetic brake assembly is an electromagnetic brake assembly further comprising a plurality of electromagnetic members mounted on a core, the electromagnetic members controllable to generate a magnetic field that magnetically couples with the flywheel member.

5. The cycling trainer of claim 4 wherein each electromagnetic member of the plurality of electromagnetic members is each equidistantly spaced about the core.

6. The cycling trainer of claim 5 wherein each electromagnetic member of the plurality of electromagnetic members comprises a T-shaped portion of the core extending radially from an annular main body and a conductor is wound about the T-shaped portion.

7. The cycling trainer of claim 4 wherein there are six electromagnetic members.

8. The cycling trainer of claim 1 wherein the magnetic brake assembly and the flywheel member are rotationally supported relative to a common axis, and further comprising a member coupled between the magnetic brake assembly and the frame assembly, the member rotationally fixing the magnetic brake assembly relative to the flywheel member.

9. The cycling trainer of claim 1 further comprising:
a sensor to obtain a rotational velocity; and
a computing element to provide a power value based on the rotational velocity,
wherein a bicycle is operably coupled with the bicycle trainer to drive the flywheel member and the power value is associated with the power of a person pedaling the bicycle.

10. A cycling trainer to be used with a bicycle comprising:
a frame assembly supporting a flywheel assembly comprising a magnetic brake assembly and a flywheel

14

member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed and coupled with a tubular member coaxial with the flywheel axle such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly;
a sensor to obtain a rotational velocity; and
a computing element to provide a power value based on the rotational velocity.

11. The cycling trainer of claim 10 wherein the sensor is an optical sensor positioned to detect a pattern on the flywheel assembly to obtain the rotational velocity of the flywheel assembly.

12. The cycling trainer of claim 10 further comprising a strain gauge positioned to determine torque required to rotate the flywheel member, wherein the computing element is further to provide the power value based on the rotational velocity and the torque.

13. The cycling trainer of claim 10 further comprising a pulley coupled with the flywheel axle, the pulley receiving a belt configured to be driven from a bicycle operably coupled with the bicycle trainer.

14. The cycling trainer of claim 10, wherein the frame assembly further supports an axle to which the bicycle with a rear wheel removed may be connected to operably connect the bicycle to the cycling trainer, the flywheel member coupled with the axle such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling the bicycle connected with the axle.

15. The cycling trainer of claim 10, wherein a bicycle is operably coupled with the cycling trainer to drive the flywheel member and the power value is associated with the power of a person when the person is pedaling the bicycle.

16. The cycling trainer of claim 10, wherein the magnetic brake assembly is an electromagnetic brake assembly, the computing element configured to process a wirelessly transmitted signal from a remote device to control the electromagnetic brake assembly.

17. The cycling trainer of claim 16 wherein the wireless transmitted signal comprises a power setting.

18. The cycling trainer of claim 10 further comprising a tubular member coaxial with the flywheel axle, the magnetic brake assembly operably coupled with the tubular member.

* * * * *

EXHIBIT 5

**Exhibit 5 – Exemplary Claim Chart**

U.S. Patent No.: 10,933,290 B2 | Granted: March 2, 2021

Title: Bicycle Trainer
Assignee: Wahoo Fitness LLC
Inventorship: Harold M. Hawkins III, Andrew P. Lull

| CLAIM | ANALYSIS |
|---|---|
| 1. A bicycle trainer comprising: | The Zwift Hub is a bicycle trainer:<br><br><br><br>[Hub Website]<br><br>"Zwift, the global online fitness platform for cyclists, has today launched its first **smart trainer, Zwift Hub**."<br><br>https://news.zwift.com/en-WW/217849-unlock-the-power-of-zwift-with-the-zwift-hub-smart-trainer (emphasis added) |

**Exhibit 5 – Exemplary Claim Chart**

U.S. Patent No.: 10,933,290 B2 | March 2, 2021

| | |
|---|---|
| <span style="color:red">a frame assembly supporting an axle</span> to which a bicycle with a rear wheel removed may be connected to operably connect the bicycle to the bicycle trainer; | The Zwift Hub includes a frame assembly supporting an axle. In operation, a bicycle with a rear wheel removed is connected to the Zwift Hub via the axle.<br><br><br><br>https://us.zwift.com/pages/zwift-hub<br><br><br><br>https://us.zwift.com/pages/zwift-hub |

**Exhibit 5 – Exemplary Claim Chart**

U.S. Patent No.: 10,933,290 B2 | March 2, 2021

| CLAIM | ANALYSIS |
|---|---|
| a frame assembly supporting an axle to which a bicycle with a rear wheel removed may be connected to operably connect the bicycle to the bicycle trainer; | In operation, a bicycle with a rear wheel removed is connected to the Zwift Hub via the axle.<br><br>Step 3 of 15<br>**PREPARE YOUR BIKE**<br>1. Before removing your rear wheel, shift to the smallest cog on the cassette.<br>2. Remove your rear wheel from your bike.<br><br>https://us.zwift.com/pages/zwift-hub-trainer-setup<br><br>Step 7 of 15<br>**MOUNTING YOUR BIKE TO YOUR ZWIFT HUB**<br>Lower your bike frame onto the Zwift Hub while pushing the derailleur backward and out of the way. Align the chain with the smallest cog on the cassette and lower onto the skewer.<br><br>https://us.zwift.com/pages/zwift-hub-trainer-setup |

**Exhibit 5 – Exemplary Claim Chart**

U.S. Patent No.: 10,933,290 B2 | March 2, 2021

| CLAIM | ANALYSIS |
|---|---|
| a frame assembly supporting an axle to which a bicycle with a rear wheel removed may be connected to operably connect the bicycle to the bicycle trainer; | <br>https://us.zwift.com/pages/zwift-hub-trainer-setup |

**Exhibit 5 – Exemplary Claim Chart**

U.S. Patent No.: 10,933,290 B2 |  March 2, 2021

| CLAIM | ANALYSIS |
|---|---|
| a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed and coupled with a tubular member coaxial with the flywheel axle, the flywheel member coupled with the axle such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle. | The Zwift Hub includes a flywheel assembly. The flywheel assembly of the Zwift Hub includes a flywheel member including a flywheel axle that is supported on the frame assembly when the Zwift Hub is fully assembled.<br><br> |

**Exhibit 5 – Exemplary Claim Chart**

U.S. Patent No.: 10,933,290 B2 |  March 2, 2021

| CLAIM | ANALYSIS |
|---|---|
| a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed and coupled with a tubular member coaxial with the flywheel axle, the flywheel member coupled with the axle such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle. | Below, the flywheel assembly with flywheel member (w/flywheel axle) is removed. When assembled, the flywheel axle extends through the magnetic brake assembly and is supported by the frame assembly.<br><br> |

**Exhibit 5 – Exemplary Claim Chart**

U.S. Patent No.: 10,933,290 B2 | March 2, 2021

| CLAIM | ANALYSIS |
|---|---|
| a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, <span style="color:red">the magnetic brake assembly rotationally fixed and coupled with a tubular member coaxial with the flywheel axle</span>, the flywheel member coupled with the axle such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle. | The flywheel assembly of the Zwift Hub further includes a magnetic brake assembly that is rotationally fixed by, for example, bolts. The magnetic brake assembly is coupled with a tubular member coaxial with the flywheel axle when the Zwift Hub is assembled.<br><br> |

**Exhibit 5 – Exemplary Claim Chart**

U.S. Patent No.: 10,933,290 B2 | March 2, 2021

| CLAIM | ANALYSIS |
|---|---|
| a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed and coupled with a tubular member coaxial with the flywheel axle, the flywheel member coupled with the axle such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle. |  |

**Exhibit 5 – Exemplary Claim Chart**

U.S. Patent No.: 10,933,290 B2 | March 2, 2021

| CLAIM | ANALYSIS |
|---|---|
| a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed and coupled with a tubular member coaxial with the flywheel axle, the flywheel member coupled with the axle such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle. | The flywheel member is coupled with the axle (for example via a belt) such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle.  *Drive system (belt removed).* |

**Exhibit 5 – Exemplary Claim Chart**

U.S. Patent No.: 10,933,290 B2 | March 2, 2021

| CLAIM | ANALYSIS |
|---|---|
| a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed and coupled with a tubular member coaxial with the flywheel axle, the flywheel member coupled with the axle such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle. | During operation, a rider pedals the bicycle coupled to the axle.  The axle drives the primary drive pulley, which is coupled by a belt (not shown) to the flywheel pulley disposed on the end of the flywheel axle, thereby driving the flywheel member.<br><br><br><br>*See also*, "What is Zwift?", https://www.youtube.com/watch?v=JMGbZFEZOM8 (illustrating general operation of Zwift software with Zwift Hub). |

**Exhibit 5 – Exemplary Claim Chart**

U.S. Patent No.: 10,933,290 B2 | March 2, 2021

**References**

[Hub Press Release] "Unlock the power of Zwift with the Zwift Hub Smart Trainer," Zwift, September 6, 2022, https://news.zwift.com/en-WW/217849-unlock-the-power-of-zwift-with-the-zwift-hub-smart-trainer

[Hub Quick Start] "Zwift: Hub — Quick Start Guide," Zwift, accessed September 27, 2022 (available at https://cdn.shopify.com/s/files/1/0600/7852/2624/files/zwift-hub_setup-guide_091422.pdf?v=1663179361) ("Hub Quick Start")

[Hub Website] "Zwift Hub Smart Trainer for Indoor Cycling," Zwift, accessed September 27, 2022, https://us.zwift.com/pages/zwift-hub

EXHIBIT 6

**Exhibit 6 – Exemplary Claim Chart**

U.S. Patent No.: 11,090,542 B2 | August 17, 2021

TITLE: System and Method for Controlling a Bicycle Trainer
ASSIGNEE: Wahoo Fitness LLC
INVENTORSHIP: Harold M. Hawkins III, Michael A. Lyle, Bradley Jaymes Collins

| CLAIM | ANALYSIS |
|---|---|
| 9. A bicycle trainer comprising: | The Zwift Hub is a bicycle trainer:  [Hub Website] "Zwift, the global online fitness platform for cyclists, has today launched its first **smart trainer, Zwift Hub**." https://news.zwift.com/en-WW/217849-unlock-the-power-of-zwift-with-the-zwift-hub-smart-trainer (emphasis added) |

85325936.1

**Exhibit 6 – Exemplary Claim Chart**

U.S. Patent No.: 11,090,542 B2 | August 17, 2021

| CLAIM | ANALYSIS |
|---|---|
| a frame assembly supporting an axle to which a bicycle with a rear wheel removed may be connected to operably connect the bicycle to the bicycle trainer; | The Zwift Hub includes a frame assembly supporting an axle.<br><br><br><br>https://us.zwift.com/pages/zwift-hub<br><br><br><br>https://us.zwift.com/pages/zwift-hub |

**Exhibit 6 – Exemplary Claim Chart**

U.S. Patent No.: 11,090,542 B2 |  August 17, 2021

| CLAIM | ANALYSIS |
|---|---|
| a frame assembly supporting an axle to which a bicycle with a rear wheel removed may be connected to operably connect the bicycle to the bicycle trainer; | In operation, a bicycle with a rear wheel removed is connected to the Zwift Hub via the axle.<br><br>Step 3 of 15<br><br>**PREPARE YOUR BIKE**<br><br>1. Before removing your rear wheel, shift to the smallest cog on the cassette.<br><br>2. Remove your rear wheel from your bike.<br><br>https://us.zwift.com/pages/zwift-hub-trainer-setup<br><br>Step 7 of 15<br><br>**MOUNTING YOUR BIKE TO YOUR ZWIFT HUB**<br><br>Lower your bike frame onto the Zwift Hub while pushing the derailleur backward and out of the way. Align the chain with the smallest cog on the cassette and lower onto the skewer.<br><br>https://us.zwift.com/pages/zwift-hub-trainer-setup |

**Exhibit 6 – Exemplary Claim Chart**

U.S. Patent No.: 11,090,542 B2 |  August 17, 2021

| CLAIM | ANALYSIS |
|---|---|
| a frame assembly supporting an axle <span style="color:red">to which a bicycle with a rear wheel removed may be connected to operably connect the bicycle to the bicycle trainer;</span> | <br><br>https://us.zwift.com/pages/zwift-hub-trainer-setup |

**Exhibit 6 – Exemplary Claim Chart**

U.S. Patent No.: 11,090,542 B2 | August 17, 2021

| CLAIM | ANALYSIS |
|---|---|
| a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed, the flywheel member mounted on the frame assembly such that the flywheel spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle; | The Zwift Hub includes a flywheel assembly with a magnetic brake assembly and a flywheel member including a flywheel axle. The flywheel assembly is supported on the frame assembly when the Zwift Hub is fully assembled.<br><br> |

**Exhibit 6 – Exemplary Claim Chart**

U.S. Patent No.: 11,090,542 B2 | August 17, 2021

| CLAIM | ANALYSIS |
|---|---|
| a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed, the flywheel member mounted on the frame assembly such that the flywheel spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle; | Below, the flywheel assembly with flywheel member (w/flywheel axle) is removed. When assembled, the flywheel axle extends through the magnetic brake assembly and is supported by the frame assembly.<br><br> |

**Exhibit 6 – Exemplary Claim Chart**

U.S. Patent No.: 11,090,542 B2 | August 17, 2021

| CLAIM | ANALYSIS |
|---|---|
| a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, <span style="color:red">the magnetic brake assembly rotationally fixed</span>, the flywheel member mounted on the frame assembly such that the flywheel spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle; | The flywheel assembly of the Zwift Hub further includes a magnetic brake assembly that is rotationally fixed by, for example, bolts.<br><br> |

**Exhibit 6 – Exemplary Claim Chart**

U.S. Patent No.: 11,090,542 B2 | August 17, 2021

| CLAIM | ANALYSIS |
|---|---|
| a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed, the flywheel member mounted on the frame assembly such that the flywheel spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle; | The flywheel member is coupled with the axle such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle.<br><br><br>*Drive system (belt removed).* |

**Exhibit 6 – Exemplary Claim Chart**

U.S. Patent No.: 11,090,542 B2 | August 17, 2021

| | |
|---|---|
| a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed, <span style="color:red">the flywheel member mounted on the frame assembly such that the flywheel spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle</span>; | During operation, a rider pedals the bicycle coupled to the axle.  The axle drives the primary drive pulley, which is coupled by a belt (not shown) to the flywheel pulley disposed on the end of the flywheel axle, thereby driving the flywheel member.<br><br> |

**Exhibit 6 – Exemplary Claim Chart**

U.S. Patent No.: 11,090,542 B2 |  August 17, 2021

| CLAIM | ANALYSIS |
|---|---|
| | <br><br>*See also*, "What is Zwift?", https://www.youtube.com/watch?v=JMGbZFEZOM8 (illustrating general operation of Zwift software with Zwift Hub). |

**Exhibit 6 – Exemplary Claim Chart**

U.S. Patent No.: 11,090,542 B2 |  August 17, 2021

| CLAIM | ANALYSIS |
|---|---|
| the magnetic brake assembly is an electromagnetic brake assembly further comprising a plurality of electromagnetic members mounted on a core, the electromagnetic members controllable to generate a magnetic field that magnetically couples with the flywheel member; and | The magnetic brake assembly is an electromagnetic brake assembly including electromagnetic members mounted on a core.  |

**Exhibit 6 – Exemplary Claim Chart**

U.S. Patent No.: 11,090,542 B2 | August 17, 2021

| CLAIM | ANALYSIS |
|---|---|
| the magnetic brake assembly is an electromagnetic brake assembly further comprising a plurality of electromagnetic members mounted on a core, the electromagnetic members controllable to generate a magnetic field that magnetically couples with the flywheel member; and | The Zwift Hub is described as providing for electromagnetic resistance.<br><br>• **Resistance type: Electromagnetic**<br><br>https://us.zwift.com/products/zwift-hub<br><br>In addition, the Hub is manufactured by the same manufacturer as the bicycle trainer that was marketed by JetBlack Cycling, known as the Volt. The JetBlack website describes the operation of the Volt/Hub's electromagnetic braking system:<br><br>— How does the Electromagnetic Magnet System work?<br><br>The VOLT™ uses an electromagnetic system to apply resistance. An electric current level is calculated and applied to an impermanent magnet to generate an electromagnetic field. The electromagnetic field exerts an electromagnetic force on the magnet, which provides resistance to the VOLT™ trainer in turn applying resistance to the user. This electromagnetic magnet system provides resistance over the conventional gravitational force used in free weights.  Other forms of resistance systems used in bike trainers are wind, magnet (non-electrical) and fluid. |

Exhibit 6 – Exemplary Claim Chart

U.S. Patent No.: 11,090,542 B2 | August 17, 2021

| CLAIM | ANALYSIS |
|---|---|
| wherein the plurality of electromagnetic members comprise a T-shaped portion of the core extending radially from an annular main body and a conductor is wound about the T-shaped portion. | The magnetic brake assembly of the Zwift Hub includes a core with T-shaped portions extending from an annular main body. Each of the T-shaped portions is wrapped in a conductor (copper wire).  *Magnetic brake assembly decoupled from frame assembly and with topmost coil removed.* |

**Exhibit 6 – Exemplary Claim Chart**

U.S. Patent No.: 11,090,542 B2 | August 17, 2021

**References**

[Hub Press Release] "Unlock the power of Zwift with the Zwift Hub Smart Trainer," Zwift, September 6, 2022, https://news.zwift.com/en-WW/217849-unlock-the-power-of-zwift-with-the-zwift-hub-smart-trainer

[Hub Quick Start] "Zwift: Hub — Quick Start Guide," Zwift, accessed September 27, 2022 (available at https://cdn.shopify.com/s/files/1/0600/7852/2624/files/zwift-hub_setup-guide_091422.pdf?v=1663179361) ("Hub Quick Start")

[Hub Website] "Zwift Hub Smart Trainer for Indoor Cycling," Zwift, accessed September 27, 2022, https://us.zwift.com/pages/zwift-hub

EXHIBIT 7

**Exhibit 7 – Exemplary Claim Chart**

U.S. Patent No.: 11,559,732  |  January 24, 2023

Title: Bicycle Trainer
Assignee: Wahoo Fitness LLC
Inventorship: Harold M. Hawkins III, Andrew P. Lull

| Claim | Analysis |
|---|---|
| 1.  A cycling trainer to be used with a bicycle comprising: | The Zwift Hub is a cycling trainer to be used with a bicycle:<br><br><br><br>[Hub Website]<br><br>"Zwift, the global online fitness platform for cyclists, has today launched its first **smart trainer, Zwift Hub**."<br><br>https://news.zwift.com/en-WW/217849-unlock-the-power-of-zwift-with-the-zwift-hub-smart-trainer (emphasis added) |

**Exhibit 7 – Exemplary Claim Chart**

U.S. Patent No.: 11,559,732  |  January 24, 2023

| CLAIM | ANALYSIS |
|---|---|
| a frame assembly | The Zwift Hub includes a frame assembly.<br><br><br><br>https://us.zwift.com/pages/zwift-hub |

| | |
|---|---|
| a frame assembly <span style="color:red">supporting a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly</span>, the magnetic brake assembly rotationally fixed and coupled with a tubular member coaxial with the flywheel axle such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly. | The Zwift Hub includes a frame assembly that supports a flywheel assembly. The flywheel assembly includes a magnetic brake assembly and a flywheel member. The flywheel member includes a flywheel axle. The flywheel assembly is supported on the frame assembly.  |

**Exhibit 7 – Exemplary Claim Chart**

U.S. Patent No.: 11,559,732  |  January 24, 2023

| CLAIM | ANALYSIS |
|---|---|
| a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed and coupled with a tubular member coaxial with the flywheel axle such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly. | Below, the flywheel assembly with flywheel member (w/flywheel axle) is removed. When assembled, the flywheel axle extends through the magnetic brake assembly and is supported by the frame assembly.  |

**Exhibit 7 – Exemplary Claim Chart**

U.S. Patent No.: 11,559,732  |  January 24, 2023

| CLAIM | ANALYSIS |
|---|---|
| a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed and coupled with a tubular member coaxial with the flywheel axle such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly. | The flywheel assembly of the Zwift Hub further includes a magnetic brake assembly that is rotationally fixed by, for example, bolts. The magnetic brake assembly is coupled with a tubular member coaxial with the flywheel axle when the Zwift Hub is assembled.  |

**Exhibit 7 – Exemplary Claim Chart**

U.S. Patent No.: 11,559,732  |  January 24, 2023

| CLAIM | ANALYSIS |
|---|---|
| a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed and coupled with a tubular member coaxial with the flywheel axle such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly. |  |

**Exhibit 7 – Exemplary Claim Chart**

U.S. Patent No.: 11,559,732  |  January 24, 2023

| CLAIM | ANALYSIS |
|---|---|
| a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed and coupled with a tubular member coaxial with the flywheel axle <span style="color:red">such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly</span>. | The flywheel member is coupled with the axle (for example via a belt) such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly when a rider is pedaling a bicycle connected with the axle.<br><br><br><br>*Drive system (belt removed).* |

**Exhibit 7 – Exemplary Claim Chart**

U.S. Patent No.: 11,559,732  |  January 24, 2023

| CLAIM | ANALYSIS |
|---|---|
| a flywheel assembly comprising a magnetic brake assembly and a flywheel member including a flywheel axle, the flywheel assembly supported on the frame assembly, the magnetic brake assembly rotationally fixed and coupled with a tubular member coaxial with the flywheel axle <span style="color:red">such that the flywheel member spins relative to the rotationally fixed magnetic brake assembly</span>. | During operation, a rider pedals the bicycle coupled to the axle.  The axle drives the primary drive pulley, which is coupled by a belt (not shown) to the flywheel pulley disposed on the end of the flywheel axle, thereby driving the flywheel member.<br><br><br><br>*See also*, "What is Zwift?", https://www.youtube.com/watch?v=JMGbZFEZOM8 (illustrating general operation of Zwift software with Zwift Hub). |

**Exhibit 7 – Exemplary Claim Chart**

U.S. Patent No.: 11,559,732 | January 24, 2023

**References**

[Hub Press Release] "Unlock the power of Zwift with the Zwift Hub Smart Trainer," Zwift, September 6, 2022, https://news.zwift.com/en-WW/217849-unlock-the-power-of-zwift-with-the-zwift-hub-smart-trainer

[Hub Quick Start] "Zwift: Hub — Quick Start Guide," Zwift, accessed September 27, 2022 (available at https://cdn.shopify.com/s/files/1/0600/7852/2624/files/zwift-hub_setup-guide_091422.pdf?v=1663179361) ("Hub Quick Start")

[Hub Website] "Zwift Hub Smart Trainer for Indoor Cycling," Zwift, accessed September 27, 2022, https://us.zwift.com/pages/zwift-hub