IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAHOO FITNESS L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1295 (WCB) (SRF) |
| | ) |
| ZWIFT, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Wahoo Fitness L.L.C. and Defendant Zwift, Inc. hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(2) and subject to the approval of the Court, to the dismissal of all claims and counterclaims against them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FARNAN LLP |
| */s/ Jennifer Ying* | */s/ Michael J. Farnan* |
| Jennifer Ying (#5550) | Brian E. Farnan (#4089) |
| Ben Yenerall (#7132) | Michael J. Farnan (#5165) |
| 1201 North Market Street | 919 North Market Street, 12th Floor |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 777-0300 |
| (302) 658-9200 | bfarnan@farnanlaw.com |
| jying@morrisnichols.com | mfarnan@farnanlaw.com |
| byenerall@morrisnichols.com | |
| | *Attorneys for Defendant Zwift, Inc.* |
| *Attorneys for Plaintiff Wahoo Fitness L.L.C.* | |

August 31, 2023

SO ORDERED this ____ day of _____, 2023.

_____
J.