IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAHOO FITNESS L.L.C., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 22-1295 (WCB) (SRF) |
| ZWIFT, INC., | ) |
| Defendant. | ) |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Wahoo Fitness L.L.C. and Defendant Zwift, Inc. hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(2) and subject to the approval of the Court, to the dismissal of all claims and counterclaims against them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Ben Yenerall (#7132)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
byenerall@morrisnichols.com

*Attorneys for Plaintiff Wahoo Fitness L.L.C.*

FARNAN LLP

*/s/ Michael J. Farnan*

Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant Zwift, Inc.*

August 31, 2023

SO ORDERED this 5th day of September, 2023.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE